CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center for Public Integrity )
)
)
)
        vs   Plaintiff )   Civil Action No._____
)
Federal Communications )
Commission )
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  plaintiff, Center for Public Integrity,   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  plaintiff  which have any outstanding securities in the hands of the public:

   none (plaintiff is a nonprofit corporation)

These representations are made in order that judges of this court may determine the need for recusal.

                                      Attorney of Record

                                      /s/
                                      Signature

D.C. Bar #458244                         Peter Newbatt Smith
BAR IDENTIFICATION NO.            Print Name

                                      910 17th Street, N.W., 7th Floor
                                      Address

                                      Washington, DC 20006-2606
                                      City        State       Zip Code

                                      202-481-1239
                                      Phone Number