**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Center for Public Integrity,                    |
                                                |
    Plaintiff,                              |
                                                |
v.                                              |    Civil Action No. 06-1644 (RMC)
                                                |    ECF
Federal Communications Commission,              |
                                                |
    Defendant.                              |

**PROOF OF SERVICE**

Please take note that the attached Declaration of Service executed by Drew Clark

(Exhibit 1) and U.S. Postal Service Certified Mail Receipts, Domestic Return Receipts and Track

& Confirm records (Exhibits 2-3) are filed as proof of service in this case.

I certify that, as evidenced by the U.S. Postal Service Certified Mail Receipts, Domestic

Return Receipts and Track & Confirm records, a Summons and a copy of the Complaint in this

case was mailed to each of the following on September 25, 2006, by certified first-class mail:

(1) Federal Communications Commission, 445 12th Street, S.W., Washington, DC

    20554-0005;

(2) Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania

    Ave., N.W., Washington, DC 20530-0001.

Respectfully submitted,

_____/s/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
Attorney for Plaintiff

October 2, 2006