UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action No. 06-1644 (RMC) |
| | \| ECF |
| Federal Communications Commission, | \| |
| Defendant. | \| |

## DECLARATION OF SERVICE

My name is Drew Clark. I am over eighteen years of age. I am employed by the plaintiff, but I am not a party, in the case captioned above.

On September 25, 2006, at approximately 10:59 a.m., at 501 3rd Street, N.W., 4th Floor, Washington, D.C., I handed a copy of the Complaint in this case and a Summons addressed to the U.S. Attorney for the District of Columbia, to an employee who identified herself to me as Lakesha Carroll, a Docket Clerk, and who indicated she was authorized to accept them on behalf of the U.S. Attorney.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on   [Sept. 25, 2006]        .


                               /s/
                            Drew Clark

**Exhibit 1**