**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here — SEP 25 2006 — WASHINGTON SQUARE PO 20035 USPS

Sent To: Federal Communications Commission
Street, Apt. No.; or PO Box No.: 445 12 Street SW
City, State, ZIP+4: Washington DC 20554-0005

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Communications
Commission
445 12th Street S.W.
Washington, DC 20554-0005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] — ☒ Agent ☐ Addressee

B. Received by (Printed Name) — M. Jeloh

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED & INSPECTED
SEP 29 2006
FCC - MAILROOM

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service): 7003 1010 0003 3282 2318

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Exhibit 2**

USPS - Track & Confirm                                                                                                Page 1 of 1



Home | Help



**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 1010 0003 3282 2318**
Status: **Delivered**

Your item was delivered at 7:28 am on September 29, 2006 in WASHINGTON, DC 20554.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                              9/29/2006