UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity,<br><br>     Plaintiff,<br><br>v.<br><br>Federal Communications Commission,<br><br>     Defendant. | Civil Action No. 06-1644 (RMC)<br>ECF |

## PROOF OF SERVICE

Please take note that the attached U.S. Postal Service Certified Mail Receipt, Domestic Return Receipt and Track & Confirm record (Exhibit 1) are filed as proof of service on the defendant, Federal Communications Commission, in this case.

I certify that, as evidenced by the U.S. Postal Service Certified Mail Receipt, Domestic Return Receipt and Track & Confirm record, a Summons and a copy of the Complaint in this case was mailed on September 25, 2006, by certified first-class mail, to:

    Federal Communications Commission
    445 12th Street, S.W.
    Washington, DC 20554-0005

    Respectfully submitted,

    _____/s/_____
    Peter Newbatt Smith
    D.C. Bar #458244
    Center for Public Integrity
    910 17th Street, N.W., 7th Floor
    Washington, DC 20006-2606
    202-481-1239
    Attorney for Plaintiff

October 3, 2006