**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here — WASHINGTON SQUARE PO 20035 SEP 25 2006

Sent To: Federal Communications Commission
Street, Apt. No.; or PO Box No.: 445 12 Street SW
City, State, ZIP+4: Washington DC 20554-0005

PS Form 3800, June 2002         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Communications
Commission
445 12TH STREET S.W.
Washington, DC 20554-0005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED & INSPECTED
SEP 29 2006
FCC - MAILROOM

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7003 1010 0003 3282 2318

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit 1

                                                                    Home | Help


                                                                              **Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **7003 1010 0003 3282 2318**
Status: **Delivered**

Your item was delivered at 7:28 am on September 29, 2006 in WASHINGTON, DC 20554.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 **POSTAL INSPECTORS**     site map   contact us   government services   jobs   **National & Premier Accounts**
   Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy