UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity, | &#124; |
| Plaintiff, | &#124; |
| v. | &#124; Civil Action No. 06-1644 (RMC) |
| | &#124; ECF |
| Federal Communications Commission, | &#124; |
| Defendant. | &#124; |

## PROOF OF SERVICE

Please take note that the attached U.S. Postal Service Certified Mail Receipt, Domestic Return Receipt and Track & Confirm record (Exhibit 1) are filed as proof of service on the Attorney General of the United States in this case.

I certify that, as evidenced by the U.S. Postal Service Certified Mail Receipt, Domestic Return Receipt and Track & Confirm record, a Summons and a copy of the Complaint in this case was mailed on September 25, 2006, by certified first-class mail, to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Respectfully submitted,

_____/s/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
Attorney for Plaintiff

October 3, 2006