**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here — WASHINGTON SQUARE PO 20035-9997 USPS SEP 15 2006

Sent To: Attorney General of the U.S./U.S. Dept. of Justice
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, June 2002                See Reverse for Instructions

Article number: 7003 1010 0003 3282 2325

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the
   United States
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: SEP 2 8 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3282 2325

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Exhibit 1**

USPS - Track & Confirm                                                                 Page 1 of 1





Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **7003 1010 0003 3282 2325**
Status: **Delivered**

Your item was delivered at 4:49 am on September 28, 2006 in WASHINGTON, DC 20530.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  (Go >)

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy