IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY**  <br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL COMMUNICATION COMMISSION**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1644 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including November 30, 2006 to respond to Plaintiff's FOIA Complaint. Plaintiff does not oppose this Motion. The parties request the Court's approval for the following briefing schedule:

Defendant's Dispositive Motion - November 30, 2006

Plaintiff's Opposition - January 8, 2007

Defendant's Reply - January 24, 2007

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, the parties request the above-referenced briefing schedule.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney

Case 1:06-cv-01644-ESH    Document 7    Filed 10/24/2006    Page 3 of 3