IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY** )<br><br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL COMMUNICATION COMMISSION** )<br>)<br>**Defendant.** ) | Civil Action No. 06-1644 (RMC) |

## ORDER

UPON CONSIDERATION OF defendant's Unopposed Motion for an Enlargement of Time, and for good cause shown, it is hereby

ORDERED that defendant's motion is GRANTED. It is

FURTHER ORDERED that the briefing schedule in this FOIA case should be as follows: Defendant's Dispositive Motion due November 30, 2006; Plaintiff's Opposition due January 8, 2007 and Defendant's Reply due January 24, 2006.

                                                                          _____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Peter Newbatt Smith
Center for Public Integrity
910 17th Street, NW
7th Floor
Washington, DC 20006-2606