IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>FEDERAL COMMUNICATION )<br>COMMISSION )<br> )<br>Defendant. )<br> ) | Civil Action No. 06-1644 (RMC) |

**DEFENDANT'S MOTION FOR A FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a Further Enlargement of Time up to and including January 8, 2007, to respond to Plaintiff's FOIA Complaint. Plaintiff takes no position on this.

The additional time is requested because counsel has not received the agency's declaration to be used in support of defendant's response to Plaintiff's FOIA Complaint.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, defendant moves this Court for a Further Enlargement of Time up to and including January 8, 2007, to respond to Plaintiff's FOIA Complaint.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney

Case 1:06-cv-01644-ESH  Document 8  Filed 11/30/2006  Page 3 of 3