IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1644 (RMC) |
| | ) |
| **FEDERAL COMMUNICATION COMMISSION** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION OF defendant's Motion for a Further Enlargement of Time, and for good cause shown, it is hereby.

ORDERED that defendant's motion is GRANTED and that defendant shall have up to and including January 8, 2007, to respond to Plaintiff's FOIA Complaint.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Peter Newbatt Smith
Center for Public Integrity
910 17th Street, NW
7th Floor
Washington, DC 20006-2606