FCC Form 477, Instructions for September 1, 2006 Filing (of data as of 6/30/06)
OMB NO: 3060-0816; Expiration Date: 05/31/2008
Estimated Average Burden Hours Per Response: 10 Hours

**Instructions for Local Telephone Competition and Broadband Reporting Form (FCC Form 477)**

## I.    PURPOSE

FCC Form 477 collects information about broadband connections to end user locations, and about wired and wireless local telephone services, in individual states. The term "state" includes the District of Columbia and the "Territories and possessions" (*see* 47 U.S.C. § 153(40)). Data obtained from this form will be used to describe the deployment of broadband infrastructure and competition to provide local telecommunications services. *See Local Telephone Competition and Broadband Reporting*, Report and Order, FCC 04-266 (rel. Nov. 12, 2004) for additional information about this data collection.

## II.    WHO MUST FILE THIS FORM?

Three types of entities must file this form. For purposes of this information collection, the term "entity" (and synonyms used in these instructions) includes all **commonly-controlled or commonly-owned affiliates**. (*See* 47 U.S.C. § 153(1) (establishing a 10 percent equity interest, or the equivalent thereof, as indicia of ownership.))

- **Facilities-based Providers of Broadband Connections to End User Locations:**

    Entities that are facilities-based providers of **broadband connections** – which, for purposes of this information collection, are wired "lines" or wireless "channels" that enable the end user to receive information from and/or send information to the Internet at information transfer rates **exceeding 200 kbps in at least one direction** – must complete and file the applicable portions of this form for **each state** in which the entity provides **one or more** such connections **to end user locations**.

    For the purposes of Form 477, an entity is a **"facilities-based"** provider of broadband connections **to end user locations** if it **owns** the portion of the physical facility that terminates at the end user location, if it obtains unbundled network elements (UNEs), special access lines, or other leased facilities that terminate at the end user location and **provisions/equips** them as broadband, or if it **provisions/equips** a broadband wireless channel to the end user location over licensed or unlicensed spectrum.

    Such entities include incumbent and competitive local exchange carriers (LECs), cable system operators, fixed wireless service providers (including "wireless ISPs"), terrestrial and satellite mobile wireless service providers, MMDS providers, electric utilities, municipalities, and other entities. (Such entities do not include equipment suppliers unless the equipment supplier uses the equipment to provision a broadband connection that it offers to the public for sale. Such entities also do not include providers of fixed wireless services (*e.g.*, "Wi-Fi" and other wireless ethernet, or wireless local area network, applications) that only enable local distribution and sharing of a premises broadband facility.) For such entities, the applicable portions of the form are: 1) the Cover Page; 2) Part I; 3) Part IV (if necessary); and the relevant portion(s) of Part V.

1

- **Providers of Wired or Fixed Wireless Local Telephone Services:**

  Incumbent and competitive LECs must complete and file the applicable portions of the form for **each state** in which they provide local exchange service to **one or more** end user customers (which may include "dial-up" ISPs). For such entities, the applicable portions of the form are: 1) the Cover Page; 2) Part II; 3) Part IV (if necessary); and column (j) of Part V.

- **Providers of Mobile Telephony Services:**

  Facilities-based providers of mobile telephony services (*see* 47 C.F.R. § 20.15(b)(1)) must complete and file the applicable portions of this form for **each state** in which they serve **one or more** mobile telephony subscribers. A **mobile telephony service** is a real-time, two-way switched voice service that is interconnected with the public switched network using an in-network switching facility that enables the provider to reuse frequencies and accomplish seamless handoff of subscriber calls.

  A mobile telephony service provider is considered **"facilities-based"** if it serves a subscriber using spectrum for which the entity holds a license, that it manages, or for which it has obtained the right to use via lease or other arrangement with a Band Manager. For such entities, the applicable portions of this form. The applicable portions of the form are: 1) the Cover Page; 2) Part III; 3) Part IV (if necessary).

## III.  LINE-BY-LINE INSTRUCTIONS FOR COMPLETING FCC FORM 477

(**NOTE:** Key terms that appear in this section are summarized in **VI. Glossary of Selected Terms Appearing on FCC Form 477.**)

### A.  COVER PAGE – Name and Contact Information (All Filers Must Complete the Cover Page)

**Line 1:** Provide the name of the company or operations whose data are reported in this form. (If the filer has a holding company or other controlling entity with a different name, that controlling entity's name must be reported in Line 3 of the Cover Page.)

**Line 2:** Use the drop-down box to indicate whether the data in this form are for incumbent LEC (ILEC) operations or for non-ILEC operations. (Data for affiliated operations in a single state may be combined in a single form, except that filers **may not** combine data for ILEC operations with data for non-ILEC operations.)

**Line 3:** Use the drop-down box to select the single name, such as a holding company name, that identifies all commonly-owned or commonly-controlled entities that are filing Form 477. (If the appropriate name is not included in the provided list, enter the appropriate name in the space provided. If you have no holding company or other controlling entity, enter in Line 3 the same name as you entered in Line 1 of the Cover Page.)

**Line 4:** Use the drop-down box to select the state for which data are reported in this form. (You **may not** combine, in a single form, data for operations in more than one state. For example, the only data that may be reported in a "headquarters state" form are data for operations within that specific state.)

**Line 5:** Provide a contact name for the person who prepared this filing.

**Line 6:** Provide the telephone number and e-mail address for the contact person listed in Line 5 of the Cover Page.

**Line 7:** Use the drop-down box in Line 7 to indicate whether this filing is an original or a revised filing. (You must file a revised form if you discover mistakes as specified in Section IV.D. of these instructions.)

**Line 8:** Use the drop-down box to indicate whether you request non-disclosure of information reported in this form. You may request non-disclosure if you believe some or all of the information reported in this form is privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

### B.    Part I.A:  BROADBAND

**INCLUDE in Part I.A:**  In Part I.A., facilities-based providers of broadband connections **to end user locations** report information about those connections. *See* page 1 of these instructions for definitions of **facilities-based provider** and **broadband connection. End users** are residential, business, institutional and government entities who use broadband services for their own purposes and who do not resell such services to other entities or incorporate such services into retail Internet-access services that they market to end users. (Note that an Internet Service Provider is not an "end user" for purposes of Part I of FCC Form 477.) The end users of retail services delivered over the broadband connections reported in Part I.A. may be billed by the filer (including affiliates), by an agent of the filer, or by an unaffiliated entity.

**In categorizing lines as "broadband," filers should consider the end user's authorized maximum information transfer rate ("speed") on that connection.**

**Do not** convert into voice-grade equivalent measures any connections reported in Part I.A.

**EXCLUDE in Part I.A:**  Exclude subscribership connections for cable television service and other multi-channel video programming service; video-on-demand type service unless it is bundled with Internet-type access or uses Internet-type delivery protocols; and services that do connect the end user to the Internet but restrict the end user to both transmitting data to the Internet and receiving data from the Internet at information transfer rates ("speeds") of 200 kbps or less. Exclude connections between two locations of the same business or other end user entity (such as point-to-point connections within private or semi-private data networks or corporate telephone systems). Exclude high-capacity connections between network components within the public switched telephone network or the Internet (*note that such connections do not terminate at an end user location*). Exclude in Part I.A. high-capacity dedicated connections ("special access" circuits) between end users and interexchange (telephone) carrier points of presence.

### Lines in Part I.A.

**Report broadband connections to end user locations on Lines A.I-1 through A.I-10** based on the technology employed by the part of the connection that actually connects to the end user location. If different technologies are used in the two directions of information transfer ("downstream" and "upstream"), report the connection in the technology category for the higher-rate direction. **Count only connections that are in service**, including connections over which you (including affiliates or agents) provide an Internet-access service to the end user and connections over which an unaffiliated entity (which is not your agent) provides an Internet-access service to the end user.

**Line A.I-1:** Report the number of broadband connections provided over asymmetric xDSL technologies. **Do not** convert these connections into a voice-grade equivalent measure.

3

**Line A.I-2:** Report the number of broadband connections provided over symmetric xDSL technologies. **Do not** convert these connections into a voice-grade equivalent measure.

**Line A.I-3:** Report the number of broadband connections provided over traditional wireline facilities, such as T-carrier. **Do not** include broadband connections provided over symmetric xDSL service, but report such connections in Line A.I-2. **Do not** convert these connections into a voice-grade equivalent measure.

**Line A.I-4:** Report the number of cable modem connections. **Do not** convert these connections into a voice-grade equivalent measure.

**Line A.I-5:** Report the number of broadband connections provided over optical carrier terminations **at the end-user premises.** (Note that broadband connections that are provisioned over optical fiber facilities used elsewhere in the network should not be reported in this category. For example, connections provisioned as "fiber to the curb" do not qualify because, by using a non-fiber "drop," they are not "fiber to the home.") **Do not** convert these connections into a voice-grade equivalent measure.

**Line A.I-6:** Report the number of broadband connections provided over satellite facilities. **Do not** convert these connections into a voice-grade equivalent measure.

**Line A.I-7:** Report the number of broadband connections provided over terrestrial fixed wireless facilities (whether provisioned/equipped over licensed spectrum or over spectrum used on an unlicensed basis). **Do not** convert these connections into a voice-grade equivalent measure. (Do not report those fixed wireless services (*e.g.*, "Wi-Fi" and other wireless ethernet, or wireless local area network, applications) that only enable local distribution and sharing of a premises broadband facility.)

**Line A.I-8:** Report the number of subscribers to broadband services provided over terrestrial mobile wireless facilities (whether provisioned/equipped over licensed spectrum or over spectrum used on an unlicensed basis). Terrestrial wireless broadband providers should report the number of end users whose mobile devices, such as wireless modem laptop cards, smartphones, or handsets, are capable of sending or receiving data at speeds in excess of 200 kbps and whose billing addresses are within the areas of terrestrial mobile wireless broadband availability as reported in Part V.

**Line A.I-9:** Report the number of broadband connections provided over electric power lines. **Do not** convert these connections into a voice-grade equivalent measure.

**Line A.I-10:** Report the number of broadband connections provided over all other technologies. **Do not** convert these connections into a voice-grade equivalent measure. **Note** that the filer must **identify each specific technology** used to provide the connections reported in Line A.I-10, and the corresponding number of connections for each specific technology, in the comment section of Part IV of the form.

## Columns in Part I.A.

**General Note about Reporting Percentage Breakouts:** Parts I, II, and III of Form 477 direct filers to provide percentage breakouts for specific counts of connections. If disaggregated counts exist for another purpose, then these must be used to calculate the requested percentage breakouts. However, filers are not

expected to calculate percentages based on exhaustive counts performed solely for this task. Rather, where disaggregated counts do not exist, filers may provide good faith estimates of percentages based on the best information available to the filer. For example, if there is a pricing distinction between services provided to residential end users, then billing information may be used to estimate the percentage of connections provided to such end users. In the absence of such information, however, filers should rely on studies done for other purposes such as marketing and business plan information, demographic data, etc. A filer should conduct limited special studies only in the event that it cannot provide **estimates of percentage breakouts that it reasonably expects to be accurate within plus or minus five percentage points.**

**Column (a):** Report the total number of broadband connections as described in each of Lines A.I-1 through A.I-10, above.

**Column (b):** Report the percentage of total connections reported in column (a) that are residential connections in the sense that these connections are used to deliver Internet-access services that are *primarily* purchased by, designed for, and/or marketed to residential end users. (Such Internet-access services may differ in price, "speed tier," and other features from Internet-access services that are primarily purchased by, designed for, and/or marketed to non-residential end users.)

**Column (c):** Report the percentage of total connections reported in column (a) that are provided over your **own local loop facilities, or the wireless last-mile equivalent.** Your own such facilities include wired local loop facilities that you (including affiliates) owned, wireless connections to end user locations that you (including affiliates) have provisioned/equipped over spectrum that you use on an unlicensed basis or over spectrum for which you hold a license, manage, or have obtained the right to use via lease or other arrangement with a Band Manager, and facilities you obtained the right to use from unaffiliated entities as dark fiber or satellite transponder capacity (and that you used as part of your own system). **Do not** include, in column (c), broadband connections to end users that you provided over UNEs, special access lines, and other leased lines that you obtained from an unaffiliated entity and equipped as broadband.

**Column (d):** Report the percentage of total connections reported in column (a) that are billed (or incorporated in a service billed) to end users by the filer (including affiliates) or its agents. Do not include in this percentage any lines reported in column (a) that are billed to an unaffiliated Internet Service Provider (ISP) that has incorporated the filer's broadband service into a premium Internet-access service marketed under the unaffiliated ISP's own name.

**Note on columns (e) – (j) of Part I.A:** The percentages reported in columns (e) – (j) of Part I.A refer, in each case, to connections that carry information, at the end user location, at information transfer rates **exceeding 200 kbps in both directions.** In categorizing broadband connections in this manner, filers should consider the end user's authorized maximum information transfer rate ("speed") on that connection.

**Column (e):** Report the percentage of total connections reported in column (a) that carry information, at the end user location, at information transfer rates exceeding 200 kbps in **both** directions **and** that are residential connections in the sense that they are used to deliver Internet-access services that are *primarily* purchased by, designed for, and/or marketed to residential end users. (As noted in the instructions for column (b), above, such Internet-access services may differ in price, "speed tier," and other features from Internet-access services that are primarily purchased by, designed for, and/or marketed to non-residential end users.)

**Column (f):** Report the percentage of total connections reported in column (a) that carry information, at the end user location, at information transfer rates exceeding 200 kbps in both directions **and, in the faster direction,** at rates greater than 200 kbps and less than 2.5 mbps.

**Column (g):** Report the percentage of total connections reported in column (a) that carry information, at the end user location, at information transfer rates exceeding 200 kbps in both directions **and, in the faster direction,** at rates greater than or equal to 2.5 mbps and less than 10 mbps.

**Column (h):** Report the percentage of total connections reported in column (a) that carry information, at the end user location, at information transfer rates exceeding 200 kbps in both directions **and, in the faster direction,** at rates greater than or equal to 10 mbps and less than 25 mbps.

**Column (i):** Report the percentage of total connections reported in column (a) that carry information, at the end user location, at information transfer rates exceeding 200 kbps in both directions **and, in the faster direction,** at rates greater than or equal to 25 mbps and less than 100 mbps.

**Column (j):** Report the percentage of total connections reported in column (a) that carry information, at the end user location, at information transfer rates exceeding 200 kbps in both directions **and, in the faster direction,** at rates greater than or equal to 100 mbps.

### C.    Part I.B: BROADBAND (continued)

Incumbent LECs that report xDSL (asymmetric or symmetric) connections in Part I.A. (or whose affiliates report such connections) must complete Line B.I-11. Cable system operators that report cable modem connections (or whose affiliates report such connections) in Part I.A. must complete Line B.I-12.

**Line B.I-11:** Of those residential end user premises in this state to which you (including affiliates) can deliver telephone service over local loop facilities that you own (or over the fixed wireless last-mile equivalent), report your best estimate of the percentage of premises to which broadband (asymmetric or symmetric) xDSL service is also available from you (or your affiliate, or an agent of you or your affiliate) over those facilities.

**Line B.I-12:** Of those residential end user premises in this state to which you (including affiliates) can offer cable television service over cable plant that you own, report the best estimate of the percentage of premises to which broadband cable modem service also is available from you (or your affiliate, or an agent of you or your affiliate) over that plant.

**Residential end user premises** include residential living units (e.g., single family dwellings and individual households in multiple dwelling units such as apartments, condominiums, mobile home parks, etc.) and also individual living units in such institutional settings as college dormitories and nursing homes. For the purposes of this data collection, residential end user premises also include other end user locations to which you (including your affiliates and agents) market broadband services that are primarily designed for residential use.

**Guidance on generating a "best estimate":** Rather than setting out detailed methodologies to which filers must adhere in reporting information in Part I.B., we intend to rely on current "best practices" in the local exchange and cable television industries to provide us with carefully considered estimates. Filers should note the following points. (1) The reported estimate of xDSL or cable modem service availability should **not** require degradation, outside of normal operating parameters, of the service quality of the filer's most heavily purchased type(s) of xDSL or cable modem service. (2) Filers should take into account rule-of-thumb lessons from the experience of deploying particular broadband services in similar

areas (*e.g.*, differences between actual and theoretical availability of xDSL service to end user premises in areas in which the service already has been deployed, such as may arise due from loop conditioning factors and loop lengths).

### D.    Part II:  WIRELINE AND FIXED WIRELESS LOCAL TELEPHONE

**INCLUDE in Part II**:  Report lines or wireless channels (hereafter, "lines") that you (including affiliates) use to provide voice telephone service in this state.  For purposes of this data collection, **"voice telephone service"** means local exchange or exchange access services that allow end users to originate and/or terminate local telephone calls on the public switched network, whether used by the end user for voice telephone calls or for other types of calls carried over the public switched network (for example, lines used for facsimile equipment or lines used occasionally or exclusively for "dial-up" connection to the Internet).  See "Note for reporting channelized service," below.

**EXCLUDE in Part II**:  Do **not** report in Part II lines not yet in service, lines used for interoffice trunking, company official lines, or lines used for special access service.  Do not report in Part II any lines that connect two locations of the same end user customer, ISP, or communications carrier.  Where you are already reporting the portion of a circuit between the end user and your switching center, do not separately count the portion of that circuit between your switching center and a circuit switched, Internet protocol, or ATM network, irrespective of whether you multiplexed the circuit onto a higher-capacity facility between your switching center and that network

**Note for reporting channelized service**:  In **Part II.A and Part II.B**, providers must report **voice-grade equivalent lines**.  Count as one voice-grade equivalent line:  traditional analog POTS lines, Centrex-CO extensions, and Centrex-CU lines.  **Count lines based on how they are charged to the customer rather than how they are physically provisioned.**  That is, when a customer is charged for channelized service, report the number of activated, charged-for channels rather than the theoretical capacity of the line.  Examples:  Count Basic Rate Integrated (BRI) Services Digital Network (ISDN) lines as two voice-grade equivalent lines.  Count fully-channelized PRI circuits (including PRIs that are used exclusively to provide local connectivity to "dial-up" ISPs) as 23 voice-grade equivalent lines.  But report, for example, 8 voice-grade equivalent lines if a customer is charged for 8 trunks that happen to be provisioned over a DS1 circuit.  If a customer is charged for a fully-channelized DS1 circuit, however, report 24 voice-grade equivalent lines.  In **Part II.C**, however, any high-capacity UNEs should **not** be reported in voice-grade equivalents.  UNEs should be reported as actual circuit counts.

**Note for competitive LECs providing local exchange service over hybrid fiber-coaxial cable systems**:  If you cannot determine the number of lines from your records, you may report the number of subscribers.

### Lines in Part II.

In **Line A.II-1** (service provided to end users) and **Lines B.II-2 through B.II-3** (service provided to unaffiliated carriers for resale), report **voice-grade equivalent** lines used to provide voice telephone service.  *See* "Note for reporting channelized service," above.

**Line A.II-1:**  Report total voice-grade equivalent lines that you (including affiliates and agents) provided – that is, billed – directly to end users.  Include lines provided to end users by your agents or under traditional marketing arrangements; for example, include lines provided to shared-tenant service providers.  Note that an Internet Service Provider (ISP) may be an end user of local exchange service lines.  (For example, a "dial-up" ISP may purchase channelized PRI circuits so that its customers can reach it *via* a local telephone call.)

**Line B.II-2:** Report total voice-grade equivalent local telephone service lines that you **provided to** unaffiliated telecommunications carriers under a Total Service Resale arrangement (*i.e.*, provided pursuant to section 251(c)(4) of the Communications Act of 1934, as amended).

**Line B.II-3:** Report total voice-grade equivalent local telephone service lines that you **provided to** unaffiliated telecommunications carriers under other arrangements, such as Centrex/Centron or special access service, that provide the unaffiliated carrier with a connection to the end user premises and enable the unaffiliated carrier to provide local telephone service to the end user.

**In Lines C.II-4 and C.II-5**, report counts of circuits. **Do not** convert circuits to voice-grade equivalent measures.

**Line C.II-4:** Report the number of circuits you **provided to** unaffiliated telecommunications carriers under an unbundled network element (UNE) loop arrangement, where you do **not** provide switching for that circuit. **Do not** convert any high capacity circuits provided under such UNE arrangements into voice-grade equivalent measures.

**Line C.II-5:** Report the number of circuits you **provided to** unaffiliated telecommunications carriers under a UNE loop arrangement, where you also provide switching for that circuit (*i.e.*, "UNE-Platform"). **Do not** convert any high-capacity circuits provided under such UNE arrangements into voice-grade equivalent measures.

**Columns in Part II.**

**Column (a):** For **Lines A.II-1 through B.II-3**, report voice-grade equivalent lines used to provide voice telephone service, as defined above. For **Lines C.II-4 and C.II-5**, report the number of circuits (*i.e.*, **not** the voice-grade equivalent of those circuits).

**Columns (b) – (j):** Complete columns (b) – (j) for Line A.II-1. *See also* "General note about reporting percentage breakouts," above.

**Column (b):** Report the percentage of the lines reported in column (a) that are used for residential service. Include lines provided to shared-tenant service providers in apartment buildings and similar residential settings. ILEC filers may report based on the percentage of lines reported in column (a) that are tariffed residential lines, with an appropriate adjustment for lines provided under shared-tenant service arrangements. Carriers that do not have separate residential tariffs or price lists should use marketing or other information about the demographic characteristics of the areas they serve to develop a comparable estimate, or should undertake a limited special study.

**Column (c):** Report the percentage of the lines reported in column (a) for which you (including affiliates) are the presubscribed interstate long distance carrier, *i.e.*, the (facilities-based or reseller) carrier to which an interstate long distance call is routed automatically, without the use of any access code by the end user.

**Column (d):** Report the percentage of the lines reported in column (a) that are used for residential service (as specified in the instructions for column (b), above) **and** for which you (including affiliates) are the presubscribed interstate long distance carrier (as specified in the instructions for column (c), above).

**Column (e):** Report the percentage of the lines reported in column (a) that are provided over your **own local loop facilities** connecting to the end user's premises. Count as your own such facilities, those wired

local loop facilities you (including affiliates) own, those facilities you obtain the right to use from unaffiliated entities as dark fiber or satellite transponder capacity (and that you use as part of your own system), those fixed-wireless connections to end user premises that are deployed over spectrum for which you hold a license, manage, or have obtained the right to use via lease or other agreement with a Band Manager, or those fixed-wireless connections that are deployed over spectrum that you use on an unlicensed basis. **Do not** include, in column (c), lines provided over UNE loops, special access lines, or other leased lines that you **obtained from** an unaffiliated carrier.

**Note for competitive LECs that own telephone switches:** A competitive LEC should include, in column (e), a line for which it provided its own switching **only if** it also owned (as just discussed) the local loop facilities that connect to the end user's premises.

**Column (f):** Report the percentage of lines reported in column (a) that are provided over UNE loops that you **obtained from** an unaffiliated carrier **without** also obtaining UNE switching from that carrier.

**Column (g):** Report the percentage of lines reported in column (a) that are provided over UNE-Platform (*i.e.*, the combination of loop UNE, switching UNE, and transport UNE) that you **obtained from** an unaffiliated carrier.

**Column (h):** Report the percentage of lines reported in column (a) that are provided by reselling a telecommunications service (such as Centrex/Centron or special access) that you **obtained from** an unaffiliated carrier, or by using facilities that you **obtained from** an unaffiliated carrier under a commercial arrangement.

**Column (i):** Report the percentage of lines reported in column (a) that are delivered over coaxial cable facilities used in the part of the line that connects to the end user premises ("cable telephony").

**Column (j):** Report the percentage of lines reported in column (a) that are delivered over fixed wireless facilities used in the part of the line that connects to the end user premises.

**E.    Part III: MOBILE LOCAL TELEPHONE**

**Line A. III-1:** Report all mobile voice telephony subscribers served over your own facilities that give customers the ability to place or receive calls from the public switched telephone network. (See column (a), below, for how to count subscribers.) Include: satellite, cellular, and PCS telephone service and other terrestrial mobile services; and, units in service that combine voice telephone with other services. Report subscribers that you (including affiliates) serve using spectrum for which you hold a license, manage, or have obtained the right to use via lease or other agreement with a Band Manager. **Do not report** any subscribers that you serve by reselling an unaffiliated carrier's mobile telephone service.

**Note:** Exclude mobile services that customers cannot use to directly place calls to subscribers of ordinary telephone service, such as dispatch services and one-way or two-way paging services. Also exclude voice services that permit communications between only a narrow range of locations such as automobile units that permit drivers to communicate only with a specific road service.

**Column (a):** Report the total number of mobile voice telephony subscribers in the state that are served over your own facilities. Count as a subscriber a mobile handset, car-phone, or other revenue-generating, active, voice unit that has a unique phone number and that can place and receive calls from the public switched network. Include in column (a) subscribers that you (including affiliates) bill directly (including through agents), pre-paid subscribers, and subscribers served via unaffiliated mobile telephone service

9

resellers. Subscriber counts by state should be based on the **area codes** of the phone numbers provided to subscribers.

**Column (b):** Report the percentage of subscribers in column (a) that you bill directly (including through agents) or serve on a pre-paid basis. **Do not include** subscribers that are billed by an unaffiliated mobile telephone service reseller.

### F.     Part IV: EXPLANATIONS AND COMMENTS

**Filers that must report:** If there is a non-zero entry in column (a) of Line A.I-10 of Part I of a form, the filer **must** identify each specific technology used to provide the broadband connections reported in Line A.I-10, and the corresponding number of connections for each specific technology, in the comment section of Part IV of the form.

**Other filers:** Complete Part IV to furnish relevant explanatory information with your data. For example, an explanation should be provided if a percentage figure has changed noticeably from earlier filings. In Part IV, filers should identify the Part and Line to which their comment applies in the columns provided.

### G.     Part V: ZIP CODE LISTINGS

**Line V-1:**       Report, in the appropriate column, the 5-digit Zip Codes – for this state – in which you provide at least one of the broadband connections reported in Part I.A, or at least one of the voice-grade telephone service lines provided to end users reported in Part II, Line II.A-1. **Do not** report line counts or subscriber counts by Zip Code.

**Column (a) – (i):** If you file broadband information in Part I, you must provide, for each individual technology indicated by the column head, a list of Zip Codes in the state in which at least one of the broadband connections reported in Part I is **in service – except that** the Zip Codes reported in column (g) should be the Zip Codes in the state in which the mobile wireless broadband service provider's service is advertised and available to actual and potential subscribers.

**Column (j):**       If you file local telephone service information in Part II, Line II.A-1, you must provide a list of Zip Codes in the state in which you have end user customers for your voice telephone service. (*See* the definition of "voice telephone service," above.) Providers of mobile telephony services that report data in Part III **should not** report this Zip Code information.

**Note:** Zip Code lists reported in a form should be reviewed prior to filing to eliminate any out-of-state Zip Codes (such as may appear in Zip Code lists generated directly from billing databases). If you choose to paste Zip Codes into Part V of the form, please do so by clicking on **Edit . . . Paste Special . . . Values** to avoid inadvertently changing the pre-specified cell format.

## IV.     GENERAL INFORMATION

### A. Where and When to File

#### 1.       When to File

- **March 1st** of each year: providers must file data as of December 31 of the preceding year.

- **September 1st** of each year: providers must file data as of June 30 of the same year.

2.    **Where to File**

**All filers must deliver to the FCC a completed and signed Certification Statement.** The Certification Statement is the single page that constitutes Section V of these instructions. Filers are encouraged to deliver the completed and signed Certification Statement by faxing it to (202) 418-0520 or by attaching a scanned copy to an e-mail sent to FCC477@fcc.gov. **Filers must deliver completed Form 477(s) to the FCC on electronic media. Paper copies of completed Form 477s may not be submitted.** Acceptable electronic media are spreadsheet files attached to an e-mail message, or one or more IBM format compact discs or 3.5-inch floppy diskettes containing such files. The latter should be **clearly labeled** to identify contents by (at a minimum): FCC Form 477 (6/30/06 data), name of filer, and the states for which data are included. In all cases, filers should use up-to-date virus detection software to ensure that electronic media are virus-free.

**Attention:** The United States Postal Service (USPS) requires all First Class, Priority, and Express Mail addressed to the Zip Code in which the FCC Headquarters is located to be irradiated (cleaned) prior to delivery. Because irradiation can damage compact discs and floppy diskettes, filers are encouraged to submit Form 477 using one of the following three alternatives – preferably e-mail. (Use **only one** filing method; do not make duplicate filings. A filer who is unable to use one of the following delivery methods should contact the Industry Analysis and Technology Division, Wireline Competition Bureau, at (202) 418-0940 of via TTY at (202) 417-0484.)

**E-mail:** Filers are encouraged to deliver completed Form 477(s) as attachments to one or more e-mail messages sent to FCC477@fcc.gov. Filers submitting multiple files may use a zip utility to compress them. The subject field of the e-mail should contain the phrase: **FCC Form 477 due 9/1/06**. If multiple e-mails must be sent, the subject line should so indicate; for example: FCC Form 477 due 9/1/06 (message 1 of 3). Filers submitting Form 477(s) by e-mail may fax the completed and signed Certification Statement to (202) 418-0520, may e-mail a scanned copy of it to FCC477@fcc.gov, or may deliver the signed, original paper copy of the Certification Statement by USPS first-class mail addressed to: FCC FORM 477 (ATTN: WCB/IATD, Room 6-A220), Federal Communications Commission, 445 12th Street, SW, Washington, DC 20554. (Alternatively, filers may deliver the signed, original copy of the Certification Statement by one of the following methods.)

**Overnight delivery service other than USPS Express Mail or Priority Mail:** Compact discs, or floppy diskettes, containing completed Form 477(s) -- accompanied by the signed, original copy of the Certification Statement -- may be delivered by *an overnight delivery service other than USPS Express Mail or Priority Mail* (e.g., UPS, DHL, Federal Express). Such deliveries must be addressed and delivered to: **FCC FORM 477 (ATTN: WCB/IATD, Room 6-A220)**, Federal Communications Commission, 9300 East Hampton Drive, Capitol Heights, MD 20743. Filers who want a confirmation of receipt may include a stamped, self-addressed envelope and a photocopy of the Certification Statement, which will be receipt-stamped and returned by mail.

**Hand delivery or messenger delivery:** Local hand and messenger deliveries directed to the Commission's Secretary are accepted at 236 Massachusetts Avenue, NE, Suite 110, Washington, DC 20002. All Form 477 filing materials delivered to this location must be **clearly identified to be re-directed to: FCC FORM 477 (ATTN: WCB/IATD, Room 6-A220)**.

**Note:** Because the specific requirements for overnight, hand, or messenger delivery may change, you may want to consult the Office of the Secretary (www.fcc.gov/osec) for the most current information.

**B.  How to File**

1.  **Preparation of Data Files**

You must file your local competition and broadband deployment data using the electronic version of Form 477 that is available at www.fcc.gov/formpage.html or by purchase from the FCC's duplicating contractor, Best Copy and Printing, Inc., telephone (202) 488-5300 or (800) 378-3160, fax (202) 488-5563, TTY (202) 488-5562, or e-mail to fcc@bcpiweb.com. Form 477 will be updated for each filing round, and filers must obtain the latest version for each filing period. Filers should also obtain the latest version of Instructions for Form 477.

The electronic version of Form 477 is provided in Excel 2002 format. It contains drop-down boxes and some edit checks. **Once you complete a filing, name the file in accordance with instructions provided below.**

**Note:** You may not move cells, insert or delete rows, or change the validation or formatting characteristics of any cell. **If the FCC cannot load your files into its databases as a result of modifications to the file, you will be required to correct and resubmit those files.** Filers must save each Form 477 as a **separate** spreadsheet file. Do not submit multiple Form 477 worksheets within a single Excel 2002 workbook. Filers choosing to submit Form 477(s) on a floppy diskette(s), or compact disc(s), may place multiple spreadsheet files on a single diskette or compact disc.

**Each file name must adhere to the following convention:**

SST#Hyearname.xls, where:

<u>SS</u>      is the two letter post office abbreviation for the state.

<u>T</u>       is a single character that indicates whether the file contains incumbent LEC
          (ILEC) data or non-ILEC data (which **must** be filed separately) and whether the
          file contains revised data. Select the appropriate code from the following list:

          A      = original filing for non-ILEC operations
          B      = original filing for ILEC operations
          C      = revised filing for non-ILEC operations
          D      = revised filing for ILEC operations

<u>#</u>       is a "sequence number" (*i.e.*, 1, 2, 3, etc.) to be used to differentiate what would
          otherwise be identically named files when the file names are constructed
          according to the convention specified here. If no such redundancy of file names
          occurs, use the number "1" in place of the character "#".

<u>H</u>       is the half of the year of the data being filed. Use:
          "J" for data as of June 30
          "D" for data as of December 31

<u>year</u>    is the last two digits of the year of the data being filed (e.g., for the filing due
          September 1, 2006, reported data will be as of June 30, 2006, so 2006 = 06).

<u>name</u>    is the company name identified on Line 1 of the Cover Page of Form 477.

12

Example:       NCB1J06BellSouth.xls

## 2.    Additional Directions for Filing

Filers must submit a completed and signed Certification Statement (which is the single page that constitutes Section V of these Instructions). **The Certification Statement must be signed by an officer of the filer of one of the legal entities whose data is included.** An officer is a person who occupies a position specified in the articles of incorporation (or partnership agreement), and would typically be president, vice president for operations, vice president for finance, comptroller, treasurer or a comparable position. If the filer is a sole proprietorship, the owner must sign the certification.

## C.  Requesting Confidentiality

Filers may submit a request that information on Form 477 not be made routinely available for public inspection by so indicating on Line 8 of the Cover Page of the form and on the Certification Statement. *See also* 47 C.F.R. §§ 0.457, 0.459, 1.7001(d), 43.11(c); *Examination of the Current Policy Concerning the Treatment of Confidential Information Submitted to the Commission*, FCC 98-184 (rel. Aug. 4, 1998).

## D.  Obligation to File Revisions

**Filers must submit a revised form if the filer discovers a significant error in the data.** For counts, a difference amounting to 5 percent of the filed number must be re-filed. For percentages, a difference of 5 percentage points is significant and must be re-filed. Revisions should consist of a certification statement and one or more electronic files. Carriers should re-file all data for a state if one or more data element must be revised. A re-filed Form 477 spreadsheet should contain all appropriate data for the state, not just the corrected figures. Note that files containing revisions must be given different names from the original filings, as specified above, Section IV.B.1 of these instructions.

## E.  Compliance

Service providers that are required to file the Form 477 but fail to do so may be subject to enforcement action under sections 502 and 503 of the Communications Act and any other applicable law.[1]

---

[1] *See* 47 U.S.C. §§ 502, 503.

## V.    CERTIFICATION STATEMENT

**FCC Form 477 Local Telephone Competition and Broadband Reporting (ATTENTION: WCB/IATD, Room 6-A220)**

**CERTIFICATION STATEMENT**

Check the method (use ONLY one) used to deliver completed Form 477(s) to the FCC.  See Instructions, Section IV, for the proper address to use for each delivery method:

____ E-mail                         ____ Overnight service <u>other than</u> United States Postal Service

____ Messenger or hand delivery    ____ Other (specify: _____ )

Also see Instructions, Section IV, for separate directions on how to submit the signed, original paper copy of this Certification Statement to the FCC.

This filing is an    (check one)  ___ original filing         ___ revised filing

Organization name:  _____

Number of files provided for this reporting period:  _____

Year (of the data):  __2006____        Data as of:  [Check one:  June 30 _X_ ;    December 31 ___ ]

I certify that I am an officer of _____ ; that I have examined the information contained in the data files submitted and that to the best of my knowledge, information and belief, all statements of fact contained in such files are true and that said files represent an accurate statement of the affairs of the above named respondent as of the following date:

_____

If I have requested non-disclosure of some or all of the information in FCC Form 477 by so indicating on Line 8 of the Cover Page of the form, I certify that this information is privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the respondent.

PRINTED NAME:  _____

POSITION:  _____        TELEPHONE:  _____

SIGNATURE:  _____        E-MAIL:  _____

DATE:  _____

Persons making willful false statements in the report form can be punished by fine or imprisonment under the Communications Act, 47 U.S.C. 220(e).

CONTACT PERSON:  _____
TELEPHONE:  _____    E-MAIL:  _____

FEDERAL COMMUNICATIONS COMMISSION

## VI.    GLOSSARY OF SELECTED TERMS APPEARING ON FCC FORM 477

The following selected terms are noted on FCC Form 477. The filer **must** interpret these terms in the specific context of the detailed reporting instructions, above. All terms are as defined for the specific purposes of this information collection.

### Part I:  Broadband

**Broadband connections:** Lines (or wireless channels) that terminate at an end user location and enable the end user to receive information from and/or send information to the Internet at information transfer rates exceeding 200 kilobits per second (kbps) in at least one direction.

**End user:** Residential, business, institutional and government entities who use services for their own purposes and who do not resell such services to other entities. For purposes of Part I of Form 477, an Internet Service Provider (ISP) is not an "end user" of a broadband connection.

**Facilities-based broadband provider:** A provider of broadband connections to end user locations that owns the portion of the physical facility that terminates at the end user location, obtains unbundled network elements (UNEs), special access lines, or other leased facilities that terminate at end user locations and provisions/equips them as broadband, or provisions/equips broadband wireless channels to end user location over licensed spectrum or over spectrum that the provider uses on an unlicensed basis.

**Local loop:** For purposes of this data collection, the "last mile" facilities (either wired facilities or the wireless equivalent) between a central office and the end·user premises in a telephone network, a node and the end user premises in a cable network, or the analogous portion of the facilities of other providers of telephone service or broadband connections.

**Own local loop facilities:** Those wired local loop facilities that the filer (including affiliates) actually owns as well as facilities that the filer obtains the right to use from unaffiliated entities as dark fiber or satellite transponder capacity (and that the filer uses as part of its own system). Also, for purposes of Part I of Form 477, broadband wireless connections to end user locations that the filer provisions/equips as broadband over licensed spectrum or over spectrum that the filer uses on an unlicensed basis. For the purposes of Part I of Form 477, this term **does not** include unbundled network elements (UNEs), special access lines, or other leased lines that the filer obtains from an unaffiliated entity and equips as broadband.

**Residential broadband connection:** For the purposes of Part I of Form 477, broadband connections of a type (as indicated by, *e.g.,* price, "speed," or other features) that is primarily purchased by, designed for, and/or marketed to residential end users.

**Residential end user premises:** Residential living units (e.g., single family dwellings and individual households in multiple dwelling units such as apartments, condominiums, mobile home parks, etc.) and also individual living units in such institutional settings as college dormitories and nursing homes. Also includes other end user locations to which you (including affiliates and agents) market broadband services that are primarily designed for residential use.

### Part II:  Wireline and Fixed Wireless Local Telephone

**End user:** Residential, business, institutional and government entities who use services for their own purposes and who do not resell such services to other entities.

**Local loop:** See the definition provided for Part I, above.

**Own local loop facilities:** Those wired local loop facilities that the filer (including affiliates) actually owns as well as facilities that the filer obtains the right to use from unaffiliated entities as dark fiber or satellite transponder capacity (and that the filer uses as part of its own system). Also, for purposes of Part II of Form 477, fixed wireless

15

voice-grade channels to end user locations that the filer provisions/equips over licensed spectrum or over spectrum that the filer uses on an unlicensed basis. For the purposes of Part II of Form 477, the term **does not** include voice-grade channels to end user premises that the filer provisions over UNE loops, special access lines, or other leased lines that the filer obtains from an unaffiliated carrier.

**Presubscribed interstate long distance carrier:** The (facilities-based or reseller) carrier to which an interstate long distance call is routed automatically, without the use of any access code by the end user.

**Residential lines:** Lines provided to residential end user premises. Also includes any lines the filer provides to a shared-tenant service provider in an apartment building or similar residential setting.

**UNE-Platform:** The combination of unbundled network elements (UNEs) consisting of loop UNE, switching UNE, and transport UNE. (Unbundled network elements are defined in the FCC Rules. *See* 47 C.F.R § 51.319.)

**Voice-grade equivalent:** Generally, the number of DS0 (64 kbps) lines/channels in a higher-capacity circuit. In the specific context of Part II of Form 477, *see* "Note for reporting channelized service" in the detailed instructions, above.

**Voice telephone service:** Local exchange or exchange access services that allow end users to originate and/or terminate local telephone calls on the public switched network, whether used by the end user for voice telephone calls or for other types of calls carried over the public switched network (for example, lines connected to facsimile equipment or lines used occasionally or exclusively for "dial-up" connection to the Internet).

### Part III:  Mobile Local Telephone

**Mobile voice telephony subscribers:** A mobile handset, car-phone, or other revenue-generating, active, voice unit that has a unique phone number and that can place and receive calls from the public switched network.

**Own facilities:** Spectrum for which the filer (including affiliates) holds a license, manages, or has obtained the right to use via lease or other agreement with a Band Manager.

## VII.    DISCLOSURE, PRIVACY ACT, PAPERWORK REDUCTION ACT NOTICE

The Privacy Act of 1974 and the Paperwork Reduction Act of 1995 require that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if we do not receive it and whether your response is voluntary, required to obtain a benefit, or mandatory under the law.  See Privacy Act of 1974, P.L. 93-579, December 31, 1974, 5 U.S.C. § 552a (e)(3), and the Paperwork Reduction Act of 1995, P.L. No. 104-13, 44 U.S.C. § 3501, *et seq.*

Our legal right to ask for this information is sections 1.7000-1.7002, 20.15, 43.01, 43.11 of the Federal Communications Commission's rules.  47 C.F.R. §§ 1.7000-1.7002, 20.15, 43.01, 43.11.  Your response is mandatory.

This collection of information stems from the Commission's authority under sections 4(i), 201, 218-220, 251-252, 303(r), 332, and 403 of the Communications Act of 1934, as amended, 47 U.S.C. §§ 154(i), 201, 218-220, 251-252, 303(r), 332, and 403, and section 706 of the Telecommunications Act of 1996. The data in the worksheet will be used to monitor the deployment of broadband services and the development of local telephone service competition.  Selected information provided in the worksheet will be made available to the public in a manner consistent with the Commission's rules and orders.

We have estimated that each response to this collection of information will take, on average, 10 hours. Note that many companies will file multiple responses and that this estimated average reflects the fact that many companies will be required to file only a single service count that should be readily available from

internal company records. Our estimate includes the time to read the instructions, look through existing records, gather and maintain the required data, enter the data in a Form 477 spreadsheet, prepare a floppy diskette or compact disc (if the filer decides to submit completed Form 477(s) by a method other than e-mail) and certification, and actually file the report. If you have any comments on this estimate, or how we can improve the collection and reduce the burden it causes you, please write the Federal Communications Commission, AMD-PERM, Washington, D.C. 20554, Paperwork Reduction Project (3060-0816). We also will accept your comments via the Internet if you send them to Judith-B.Herman@fcc.gov. DO NOT SEND COMPLETED FCC FORM 477 TO THIS ADDRESS.

Remember -- You are not required to respond to a collection of information sponsored by the Federal government, and the government may not conduct or sponsor this collection, unless it displays a currently valid Office of Management and Budget (OMB) control number. This collection has been assigned an OMB control number of 3060-0816.

The Commission is authorized under the Communications Act of 1934, as amended, to collect the personal information we request in this form. If we believe there may be a violation or potential violation of a statute or a Commission regulation, rule, or order, your filing may be referred to the Federal, state, or local agency responsible for investigating, prosecuting, enforcing, or implementing the statute, rule, regulation, or order. In certain cases, the information in your worksheet may be disclosed to the Department of Justice, court, or other adjudicative body when (a) the Commission; or (b) any employee of the Commission; or (c) the United States government, is a party to a proceeding before the body or has an interest in the proceeding.

Reporting entities failing to file Form 477 in a timely fashion may be subject to penalties under the Communications Act, including sections 502 and 503(b).

# FCC Form 477 -- Local Telephone Competition and Broadband Reporting    Cover Page: Name & Contact Information

OMB NO.: 3060-0816
EXPIRATION DATE: 05/31/2008

All filers must complete Items 1 through 8 of this Cover Page.    Data as of:    [ June 30, 2006 ]

Review instructions before completing this form. Instructions are posted at:

http://www.fcc.gov/Forms/Form477/477inst.pdf

1. Company:    [                    ]

2. Filers must report data for ILEC and non-ILEC operations on separate forms.
   Use the following drop-down box to indicate whether this worksheet contains data
   for ILEC or for non-ILEC operations.

   [Click and select from drop-down list]

3. Use the following drop-down box to select the name of your parent or controlling entity. If you are not
   affiliated with any other filer, select your company name.  Select "not shown" if no appropriate name
   appears in the list.  See instructions section IV.B.1 for information on preparing file names.

   [Click and select from drop-down list]

   If you selected "not shown" above, then provide the following:
   'Parent or controlling entity name (if none, enter company name).
   [                    ]

4. Filers must report data for different states in separate forms
   State.

   [Click and select from drop-down list]

5. Contact person (person who prepared the data contained below).

   [Click and select from drop-down list]

6. Contact person telephone number and email address.
   Phone.    [                    ]

   Email.    [                    ]

7. Indicate whether this is an original or revised filing.

   [Click and select from drop-down list]

8. Indicate whether you request non-disclosure of some or all of this information in this file
   because you believe that this information is privileged and confidential and public disclosure
   of such information would likely cause substantial harm to the competitive position of the filer.

   [Click and select from drop-down list]

Reminders:
1) Ensure files are virus free by using up-to-date virus detection software. Filers are
   encouraged to submit files via email (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier
   semi-annual reporting period, do not use this particular
   form (which is only for data as of June 30, 2006).
   See reminder 4.

3) You may not insert or delete columns or rows, move
   cells, or edit text or numbers outside the cells provided
   for data entries.  Filers will be required to correct and resubmit any
   files that cannot be opened in EXCEL2002, any files whose
   structure has been altered, and any files with improper names.

4) If you have questions about the form, contact the
   Wireline Competition Bureau, Industry Analysis and
   Technology Division at (202) 418-0940; via email
   at 477INFO@fcc.gov or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by
   an officer of your company.  A single statement may
   cover all files submitted.  See Instructions sections IV & V.

6) Name your files as specified in instructions section IV.B.1.  To assist you, complete this Cover Page to
   generate an "example" name, below.  Replace the character "#" in this example name with a sequence
   number as specified in instructions.  This number should be "1" unless using "1" would cause you to
   submit more than one file with the identical file name.

   Example >>> [ 06ST#J06name.XLS ]

**FCC Form 477 -- Local Telephone Competition and Broadband Reporting    Part I: Broadband**

OMB NO: 3060-0816
EXPIRATION DATE: 05/31/2008

Complete Part I.A if you provide one or more lines or wireless channels in the state that connect end users to the Internet at information transfer rates exceeding 200 kbps in at least one direction. For this purpose, include connections provided over your own local loop facilities, or over lines or wireless channels you provisioned to enable information transfer at the end user location at rates exceeding 200 kbps in at least one direction. See Instructions for definitions of "broadband", "end user", "own local loop facilities", and "residential end user premises".

If you complete Part I.A, you must provide in Part V specified lists of 5-digit Zip Codes. See Instructions.

Do not report anywhere in the form any high-capacity connections between two locations of the same end user customer, ISP or communications carrier.

Data as of June 30, 2006

I.A. Lines and wireless channels connecting end users to the Internet that you provided over your own local loop facilities, or over UNE loops or other lines and wireless channels that you obtained from unaffiliated entities and equipped as broadband, categorized by technology at the end user location.

I - 1.  Asymmetric xDSL.
I - 2.  Symmetric xDSL.
I - 3.  Traditional wireline such as T-carrier.
I - 4.  Cable modem.
I - 5.  Optical carrier (fiber to the end user).
I - 6.  Satellite.
I - 7.  Terrestrial fixed wireless (licensed or unlicensed).
I - 8.  Terrestrial mobile wireless (licensed or unlicensed).
I - 9.  Electric power line.
I - 10. All other technologies. Report specific technology and the corresponding number of connections in the comment section of Part IV.

Note: In Part I.A, report actual counts of connections. Do not report voice-grade equivalent measures.

| | (a) Total connections to end users (information transfer rates exceeding 200 kbps in at least one direction) | (b) Provided to residential end user premises | (c) Provided over your own local loop facilities or the wireless last-mile equivalent | (d) Billed (or incorporated in a service billed) to end users by you, or your affiliates or agents | Percentages of lines and wireless channels reported in (a), and: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (e) Provided to residential end user premises | That have information transfer rates exceeding 200 kbps in both directions, and: | | | | |
| | | | | | | (f) Have information transfer rates in the faster direction greater than 200 kbps and less than 2.5 mbps | (g) Have information transfer rates in the faster direction greater than or equal to 2.5 mbps and less than 10 mbps | (h) Have information transfer rates in the faster direction greater than or equal to 10 mbps and less than 25 mbps | (i) Have information transfer rates in the faster direction greater than or equal to 25 mbps and less than 100 mbps | (j) Have information transfer rates in the faster direction greater than or equal to 100 mbps |

FCC Form 477 -- Local Telephone Competition and Broadband Reporting    Part I: Broadband (continued)

OMB NO. 3060-0816
EXPIRATION DATE: 05/31/2008

Complete Part I.B ONLY IF you are an ILEC (or an affiliate of an ILEC) that is reporting asymmetric or symmetric xDSL connections in Part I.A OR you are a cable system (or an affiliate of a cable system) that is reporting cable modem connections in Part I.A.

For the purposes of completing Part I.B:

(1) "Residential end user premises" include residential living units, individual living units in such institutional settings as college dormitories and nursing homes, and other end user locations to which you (including affiliates and agents) market broadband services that are primarily designed for residential use.

(2) The "service area" of an ILEC consists of those residential end user premises to which the ILEC can deliver telephone service over local loop facilities (or the fixed-wireless last-mile equivalent) that it owns.

(3) The "service area" of a cable system consists of those residential end user premises to which the system can deliver cable service over cable plant that it owns.

I.B.  Report your best estimate of the percentage of residential end user premises in your service area, in this state, to which your broadband connections could be provided using installed distribution facilities.

| (a) Estimated % of residential end user premises |
|---|

I - 11.  Providers of xDSL (asymmetric or symmetric) connections should base responses on the service area of the affiliated ILECs.

I - 12.  Providers of cable modem connections should base responses on the service area of the affiliated cable systems.

FCC Form 477 -- Local Telephone Competition and Broadband Reporting    Part II: Wireline and Fixed Wireless Local Telephone

OMB NO. 3060-0816
EXPIRATION DATE: 05/31/2008

Complete Part II if you provided one or more voice-grade equivalent lines or wireless voice-grade equivalent channels used for local exchange or exchange access service in the state. See Instructions about including lines provisioned over channelized high-capacity facilities, including PRI circuits used to provide local connectivity to dial-up ISPs. Also see instructions for definitions of "voice telephone service", "voice-grade equivalent", "end user", "residential lines", "presubscribed interstate long distance carrier", "own local loop facilities", and "UNE-Platform".

If in Part II you report voice-grade equivalent lines or voice-grade equivalent wireless channels for service provided to end users, you must provide in Part V a list containing the 5-digit Zip Codes of the locations to which you provide those lines or channels. See Instructions.

Do not report anywhere in the form special access lines or any high-capacity connections between two locations of the same end user customer, ISP or communications carrier. Note that competitive LECs (CLECs) typically do not provide either Total Service Resale or UNE arrangements. Therefore, on Line II-3 of Part II, CLECs typically report any wholesale switched voice lines and channels sold to unaffiliated communications carriers.

Data as of June 30, 2006

|  | (a) Total voice-grade equivalent lines and voice-grade equivalent wireless channels in service | Percentages of lines and wireless channels reported in (a) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | (b) Residential lines | (c) For which you (including affiliates) are the presubscribed interstate long distance carrier | (d) Residential lines for which you (including affiliates) are the presubscribed interstate long distance carrier | (e) Provided over your own local loop facilities or the fixed wireless last-mile equivalent | (f) Provided over UNE loops obtained without UNE switching | (g) Provided over UNE-Platform | (h) Provided by reselling another carrier's service (including Centrex/Centron or channelized special access service) | (i) Provided over coaxial cable at the end user premises ("cable telephony") | (j) Provided over fixed wireless at the end user premises |
| II-A. Voice telephone service provided to end users. | Total voice-grade equivalent lines and wireless channels in service | | | | | | | | | |
| II-1. Total lines and channels you provided to end users. | | | | | | | | | | |
| II.B. Voice telephone service that you provided to unaffiliated communications carriers, categorized by: | Total lines and wireless channels | | | | | | | | | |
| II-2. Lines and channels you provided to unaffiliated communications carriers under Total Service Resale arrangements. | | | | | | | | | | |
| II-3. Lines and channels you provided to unaffiliated communications carriers under other resale arrangements, such as resold Centrex or resold channelized special access service. | | | | | | | | | | |
| II.C. UNE loops that you provided to unaffiliated communications carriers, categorized by: | | | | | | | | | | |
| II-4. Lines and channels that you provided to unaffiliated communications carriers under a UNE loop arrangement, where you did not provide switching for the line. | | | | | | | | | | |
| II-5. Lines and channels that you provided to unaffiliated communications carriers under a UNE loop arrangement, where you also provided switching for the line ("UNE-Platform"). | | | | | | | | | | |

OMB NO: 3060-0816
EXPIRATION DATE: 05/31/2008

**FCC Form 477 -- Local Telephone Competition and Broadband Reporting    Part III: Mobile Local Telephone**

Complete Part III if you serve one or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "own facilities".

[ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ]

Data as of June 30, 2006

III.A.  Mobile voice telephony subscribers in service and served over your own facilities. (Include directly billed subscribers, pre-paid subscribers, and subscribers served via resellers.)

| (a) Network telephone service subscribers | (b) Percentage of subscribers reported in (a) that are directly billed or pre-paid subscribers |
|---|---|
| | |

III - 1.  Cellular, PCS and other mobile telephony.

Note:  In Part III, count a subscriber as a mobile handset, car-phone or other revenue-generating active voice unit that has a unique phone number and that can place and receive calls from the public switched network.  Subscriber counts by state should be based on the area codes of the phone numbers provided to subscribers.

FCC Form 477 -- Local Telephone Competition and Broadband Reporting    Part IV:  Explanations and Comments

| Part | Line | Comment |
|------|------|---------|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | |

Space for comments or explanatory notes.

OMB NO:  3060-0816
EXPIRATION DATE: 05/31/2008

**FCC Form 477 -- Local Telephone Competition and Broadband Reporting    Part V: Zip Code Listings**

OMB NO. 3060-0816
EXPIRATION DATE: 05/31/2008

Filers reporting voice telephone service provided to end users (Line I-1 of Part II) must provide in column (j) a list of the Zip Codes in which the filer provided such service.

Filers reporting broadband connections (Part I) must supply lists of the 5-digit Zip Codes in which the filer provided each type of broadband connection reported in Part I, **except that:** (1) filers reporting mobile wireless broadband connections must report in column (g) the Zip Codes that best represent the "coverage area" in which the filer's mobile wireless broadband service was deployed and offered for sale to end users; and (2) the traditional wireline and other categories are combined in column (i).

V - 1.   5-digit Zip Codes, in the state, that are associated with the information reported in Part I and Part II, as specified herein.
(Do not provide customer counts by Zip Code.)

Data as of June 30, 2006

| | Broadband connections reported in Part I | | | | | | | | | Telephone service reported in Part II |
|---|---|---|---|---|---|---|---|---|---|---|
| | Asymmetric xDSL (a) | Symmetric xDSL (b) | Cable modem (c) | Optical carrier (fiber to the end user) (d) | Satellite (e) | Terrestrial fixed wireless (f) | Terrestrial mobile wireless (g) | Electric power line (h) | Other including traditional wireline (i) | Wireline and fixed wireless exchange telephone (j) |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |

((AC26B>=0)YAC26B<969899.00000001))

| Click and select from dro... | |
| --- | --- |
| Alabama | AL |
| Alaska | AK |
| Arizona | AZ |
| Arkansas | AR |
| California | CA |
| Colorado | CO |
| Connecticut | CT |
| Delaware | DE |
| District of Columbia | DC |
| Florida | FL |
| Georgia | GA |
| Hawaii | HI |
| Idaho | ID |
| Illinois | IL |
| Indiana | IN |
| Iowa | IA |
| Kansas | KS |
| Kentucky | KY |
| Louisiana | LA |
| Maine | ME |
| Maryland | MD |
| Massachusetts | MA |
| Michigan | MI |
| Minnesota | MN |
| Mississippi | MS |
| Missouri | MO |
| Montana | MT |
| Nebraska | NE |
| Nevada | NV |
| New Hampshire | NH |
| New Jersey | NJ |
| New Mexico | NM |
| New York | NY |
| North Carolina | NC |
| North Dakota | ND |
| Ohio | OH |
| Oklahoma | OK |

Phone number validation form | #VALUE!

| | |
|---|---|
| Oregon | OR |
| Pennsylvania | PA |
| Rhode Island | RI |
| South Carolina | SC |
| South Dakota | SD |
| Tennessee | TN |
| Texas | TX |
| Utah | UT |
| Vermont | VT |
| Virginia | VA |
| Washington | WA |
| West Virginia | WV |
| Wisconsin | WI |
| Wyoming | WY |
| American Samoa | AS |
| Guam | GU |
| Northern Mariana Islands | MP |
| Puerto Rico | PR |
| U.S. Virgin Islands | VI |
| Click and select from dro | SS |

| | |
|---|---|
| Click and select from dro | No longer used |
| Cable Coaxial | No longer used |
| Fiber | No longer used |
| Fixed Wireless | No longer used |
| Mobile Wireless | No longer used |
| Reseller | No longer used |
| Satellite | No longer used |
| Wireline Local Exchange | No longer used |
| Other | No longer used |

| | |
|---|---|
| Click and select from dro | I |
| ILEC operations | I |
| Non-ILEC operations | N |

| | | |
|---|---|---|
| Click and select from drop-down list | C | |
| Original Filing | O | |
| Revised Filing 1 | R | Revised Filing 1 |
| Revised Filing 2 | R | Revised Filing 2 |
| Revised Filing 3 | R | Revised Filing 3 |
| Revised Filing 4 | R | Revised Filing 4 |
| Revised Filing 5 | R | Revised Filing 5 |
| Revised Filing 6 | R | Revised Filing 6 |
| Revised Filing 7 | R | Revised Filing 7 |
| Revised Filing 8 | R | Revised Filing 8 |
| Revised Filing 9 | R | Revised Filing 9 |
| Revised Filing 10 | R | Revised Filing 10 |

| | | |
|---|---|---|
| Click and select from drop-down list | C | |
| Click and select from dro | P | No longer used |
| Complete version of file | P | No longer used |
| Redacted version of file | P | No longer used |
| No longer used | No longer used | No longer used |

All data in this report may be made public
Filer certifies that some data in this report is privileged and confidential









short_name

name.xls

| | Click and select from drop-down list.<br>Not shown | Click and select from drop-down list.<br>Meet broadband threshold only<br>Meet local competition threshold only<br>Meet wireless threshold only<br>Meet broadband and local competition th<br>Meet broadband and wireless thresholds<br>Meet local competition and wireless thre<br>Meet broadband, local competition and w<br>Voluntary filing (meet no thresholds) | |
|---|---|---|---|
| 1 | 1-800-Reconex, Inc. | | No longer used |
| 2 | 3 Rivers Telephone Cooperative, Inc. | | No longer used |
| 3 | A+ Wireless Inc. | | No longer used |
| 4 | Ability House | | No longer used |
| 5 | Absaraka Cooperative Telephone Co., Inc. | | No longer used |
| 6 | ABTECH Digital LLC | | No longer used |
| 7 | Access Kentucky, Inc. | | No longer used |
| 8 | Ace Telephone Association | | No longer used |
| 9 | ACN, Inc. | | No longer used |
| 10 | Action Communications, Inc. | | No longer used |
| 11 | Adak Eagle Enterprises, LLC | | No longer used |
| 12 | Adams Telephone Co-Operative | | No longer used |
| 13 | Adelphia | | No longer used |
| 14 | Advanced Network Communications, LLC | | No longer used |
| 15 | Advanced Tel, Inc. | | No longer used |
| 16 | Advanced Telephone Systems Inc. | | No longer used |
| 17 | Agate Mutual Telephone Corp Assn. | | No longer used |
| 18 | Agri-Valley Communications, Inc. | | No longer used |
| 19 | Air Advantage, LLC | | No longer used |
| 20 | Airadigm Communications, Inc. | | No longer used |
| 21 | AirBaud Inc. | | No longer used |
| 22 | AirCanopy Internet Services | | No longer used |
| 23 | AirChips Communications | | No longer used |
| 24 | Airdik, LLC | | No longer used |
| 25 | AirNet ISP, LLC | | No longer used |
| 26 | Airosurf Communications, Inc. | | No longer used |
| 27 | Alameda Power & Telecom | | No longer used |
| 28 | Alaska Communications Systems Holdings, Inc. | | No longer used |
| 29 | Alaska Power & Telephone, Inc. | | No longer used |
| 30 | AlaWeb Pioneer Services | | No longer used |
| 31 | Albany Mutual Telephone Association | | No longer used |
| 32 | Albion Telephone Company, Inc. | | No longer used |
| 33 | Aleco Broadband | | No longer used |
| 34 | Alenco Communications, Inc. | | No longer used |
| 35 | Algona Municipal Utilities | | No longer used |
| 36 | Alhambra-Grantfork Telephone Company | | No longer used |
| 37 | All West Communications, Inc. | | No longer used |
| 38 | Allendale Telephone Company | | No longer used |

39 Allen's TV Cable Service, Inc.
40 Alliance Communications Cooperative, Inc.
41 Alltel Networking, LLC
42 ALLTEL Corporation
43 Alma Communications Company
44 Alma Telecom, Inc.
45 Alpine Communications, LLC
46 Alta Municipal Utilities
47 Alyrica Networks, Inc.
48 AMA Communications LLC
49 Amarillo CellTelCo
50 American Broadband Communications
51 American Broadband, LLC
52 American Cellular Corporation
53 American Georgetown, Inc.
54 American Samoa Telecomm. Authority
55 Americall PA3, LP
56 AmeriMax Communications Corp.
57 Amery Telcom, Inc.
58 Amherst Telephone Company
59 Amplex Electric, Inc.
60 Andrew Telephone Company, Inc.
61 Anstelarma Inc.
62 Antelecom, Inc.
63 Applegate Broadband LLC
64 AppState.Net, LLC
65 Arapahoe Telephone Company
66 Arcadia Telephone Cooperative
67 Arctic Slope Telephone Association Cooperative, Inc.
68 Ardmore Telephone Company, Inc
69 Arkansas Telephone Company, Inc.
70 ArkWest Communications, Inc.
71 Armstrong Holdings, Inc.
72 Arrival Communications, Inc
73 Arthur Mutual Telephone Company
74 Arvig Enterprises, Inc.
75 Ascandtel, LLC
76 Aspen Computers and Technology, LLC
77 AT&T Inc.
78 Atkins Telephone Company
79 Atlantic Broadband LLC
80 Atlantic Telecom, Inc.
81 Atlantic Tele-Network
82 Atlantic Telephone Membership Corporation
83 Atlas Telephone Company, Inc.
84 Atwood Cable Systems, Inc.
85 Avolve
86 Axcis Communications Inc.
87 Ayersville Telephone Company
88 Ayrshire Farmers Mutual Telephone Company
89 B2X Online Inc.
90 Baca Valley Telephone Company, Inc.
91 Badlands Cellular of North Dakota Limited Partners
92 Baldwin Nashville Telephone Company, Inc.
93 Baldwin Telecom, Inc.
94 Ballard Rural Telephone Cooperative Corporation, Inc.
95 Barega Telephone Company
96 Barnes City Cooperative Telephone Company
97 Barry County Services Company
98 Bascom Mutual Telephone Co.
99 Bay Broadband Communications
100 Bayland Telephone, Inc.
101 BBN Inc.
102 Beach Broadband LLC

103 BeamSpeed, LLC
104 Beaver Creek Cooperative Telephone Company
105 Bee Creek Communications, Inc.
106 Beehive Telephone Company, Inc.
107 Beggs Telephone Company, Inc.
108 BEK Communications Cooperative
109 Belhaven Cable TV
110 Bell/South Corporation
111 BellWave Communications
112 Ben Lomand
113 Bend Cable Communications, LLC
114 Benkelman Telephone Co., Inc.
115 Benton Cooperative Telephone Company
116 Benton Ridge Telephone Company
117 BentonLinn Wireless LLC
118 Beresford Municipal Telephone Company
119 Bergen Telephone Company
120 Bernard Telephone Company, Inc.
121 BGWireless, Inc.
122 Bickelford Internet Corporation
123 Big Bend Telephone Co., Inc.
124 Big River Telephone, LLC
125 BigTube Wireless, LLC
126 Bijou Telephone Co-Op Association, Inc.
127 Birch Telecom, Inc.
128 Bishop Communications Corporation
129 BIVA Telecommunications
130 Bixby Telephone Company
131 Blackduck Telephone Company
132 Blackfoot Telephone Cooperative, Inc.
133 Blanca Telephone Company
134 Blanchard Telephone Association, Inc.
135 Blast Communications, Inc.
136 Bledsoe Telephone Cooperative inc.
137 Block Communications, Inc.
138 Bloomer Telephone Company
139 Bloomingdale Home Telephone Company
140 Bloomingdale Telephone Company, Inc.
141 Blossom Telephone Co., Inc.
142 Blue Earth Valley Communications, Inc.
143 Blue Moon Solutions, Inc.
144 Blue Valley Tele-Communications, Inc.
145 Blue Wave Networks Inc.
146 Bluegrass Cellular
147 Boycom Cablevision, Inc.
148 BPM, Inc.
149 Braintree Electric Light Department
150 Brandenburg Telecom LLC
151 Brantley Telephone Company, Inc.
152 Brazoria Telephone Company
153 Brazos Telephone Cooperative, Inc.
154 Breda Telephone Corp.
155 Bresnan Communications, LLC
156 Brevard Wireless, Inc.
157 BridgeBand Communications, Inc.
158 BridgeCom Holdings, Inc.
159 Bright House Networks, LLC
160 Bristol Bay Telephone Coop., Inc.
161 Broadband Corp.
162 Broadband Data Services of Texas, LLC
163 Broadband Solutions LLC
164 Broadband VI, LLC
165 BroadLink Telecom, LLC
166 Broadview Networks Holdings, Inc.

167  Broadwing Corporation
168  Broken Bow TV Cable
169  Brooklyn Mutual Telecommunications Cooperative
170  Bruce Telephone Company, Inc.
171  Bryan Family, Inc.
172  Bspeedy Wireless
173  Budget Phone, Inc.
174  Buffalo Lake Erie Wireless Systems Co. LLC
175  Biggs Island Telephone Cooperative
176  Bulloch County Rural Telephone Cooperative, Inc.
177  BullsEye Telecom, Inc.
179  Butler-Bremer Mutual Telephone Company
180  Buznet Communications
181  C&W Enterprises, Inc.
182  Cable Communications of Willsboro, Inc.
183  Cable One, Inc.
184  Cable Services, Inc.
185  Cable USA, III
186  Cable Vision Services, Inc.
187  CableSouth Media II, LLC
188  Cactus International, Inc.
189  Calaveras Telephone Company
190  Cal-One Cellular L.P.
191  Cal-Ore Telephone Company
192  Cambridge TelCom, Inc.
193  Cambridge Telephone Co., Inc.
194  Cameron Communications, LLC
195  Canadian Valley Telephone Company
196  Canby Telephone Association
197  Cannon Valley Communications, Inc.
198  Canyonwave
199  Cap Rock Telephone Cooperative, Inc.
200  Capital 4 Outsourcing Inc.
201  Carnegie Telephone Company
202  Carolina Mountain Cablevision, Inc.
203  Carr Communications, Inc.
204  Cascade Communications Company
205  Cascade Networks, Inc.
206  Cascade Utilities, Inc.
207  Casey Mutual Telephone Company
208  Cass Communications
209  Cass County Telephone Limited Partnership
210  Castleberry Communications
211  CAT Communications International, Inc.
212  CATV Service, Inc.
213  Cavalier Telephone, LLC
214  Cheyond Communications, Inc.
215  CCI Airlink
217  CCS, LLC
218  CCIink, LLC
219  Cedar Falls Municipal Communications Utility
220  Cedar Valley Communications, Inc.
221  Cellular Network Partnership
222  Cellular South, Inc.
223  Centennial Communications Corporation
224  Center Junction Telephone Company, Inc.
225  Central Arkansas Telephone Cooperative, Inc.
226  Central Communications
227  Central Oklahoma Telephone Co.
228  Central Texas Telephone Cooperative, Inc.
229  CenturyTel., Inc.
230  CFR Wireless, LLC
230  Chambers Communications Corp.

231 Champion Broadband California, LLC
232 Chandler Enterprises, Inc.
233 Chapin Communications Corporation
234 Chariton Valley Telephone Corporation
235 Charter Communications
236 Chase 3000
237 Chatmoss Cablevision
238 Crazy & Westport Telephone
239 Chequamegon Communications Cooperative, Inc.
240 Cherokee Telephone Company, Inc.
241 Chestnee Telephone Company
242 Chester Telephone Company
243 Cheyenne River Sioux Tribe Telephone Authority
244 Chibardun Telephone Cooperative, Inc.
245 Chickasaw Holding Company
246 ChilliTech Internet Solutions, Inc.
247 Chillicothe Municipal Utilities
248 Choice One Communications Inc.
249 Choice Wireless, LLC
250 Christiansen Communications Company
251 Chugwater Telephone Company
252 Churchill County, State of Nevada
253 CIMCO Communications, Inc.
254 Cincinnati Bell Inc.
255 Cingular Wireless LLC
256 Circle Telephone Company
257 CIS LLC
258 Citizens Communications Company
259 Citizens Mutual Telephone Cooperative
260 Citizens Telecommunication Technologies Inc.
261 Citizens Telephone Company (NC)
262 Citizens Telephone Company of Hammond NY, Inc.
263 Citizens Telephone Company of Higginsville, Missouri
264 Citizens Telephone Company, Inc. (GA)
265 Citizens Telephone Company of Kecksburg
266 Citizens Telephone Cooperative (VA)
267 Citizens Telephone Cooperative, Inc. (WI)
268 Citizens Telephone Corporation
269 Citizens-Vermont Acquisition Company, Inc.
270 City of Barnesville Municipal Telephone
271 City of Brookings Telephone Fund
272 City of Cairo
273 City of Covington
274 City of Faith Municipal Telephone Company
275 City of Ketchikan
276 City of Lebanon Telecommunications
277 City of Princeton
278 City of San Bruno
279 City of Scottsburg
280 City of Tacoma - Dept. of Public Utilities
281 City of Thomasville Utilities
282 City of Wadsworth
283 City of Windom
284 CityNet LLC
285 Clarence Telephone Company, Inc.
286 Clarks Telecommunications Co.
287 Clarksville Mutual Telephone Company
288 Clay County Rural Telephone Cooperative, Inc.
289 Clear Creek Mutual Telephone Company
290 Clear Lake Independent Telephone Company
291 Clear Lake Telephone Company
292 Clear Rate Communications, Inc.
293 ClearSKY Systems Inc.
294 Cleartel Communications, Inc.

295 Clearview Partners
296 Clearwire Corporation
297 Clements Telephone Company
298 Cleveland Unlimited, Inc.
299 Climax Telephone Company
300 Clinton County Telephone Company
301 Cloudburst9
302 C-M-L Telephone Cooperative Association
303 Coast Communications Co. Inc.
304 Coastal Sierra, Inc.
305 Cochrane Cooperative Telephone Company
306 Coldwater Board of Public Utilities
307 Coleman County Telephone Cooperative, Inc
308 Colfax Cable Company
309 COLI, Inc.
310 Colo Telephone Company
311 Colorado Valley Telephone Cooperative, Inc.
312 Colton Telephone Company
313 Columbia Ventures Corporation
314 Columbus Telephone Company
315 Comanche County Telephone Company, Inc.
316 Combined Technologies, Inc.
317 Comcast Corporation
318 Comdec Services
319 Commonwealth Telephone Enterprises, Inc.
320 Communication Specialists Company of Wilmington, LLC
321 Communications 1 Network, Inc.
322 Community Antenna Service, Inc.
323 Community Cable Television Agency of O'Brien County
324 Community Digital Wireless, LLC
325 Community Internet Service (IA)
326 Community Internet Systems, Inc. (IA)
327 Community Telephone Co., Inc. (NE)
328 Community WISP, Inc.
329 Computer 5", Inc.
330 Computer Pro, Inc.
331 Computer Sales & Services, Inc.
332 Computer Solutions, Inc.
333 ComScape Holding, Inc.
334 ComSouth Corporation
335 Consolidated Communications, Inc.
336 Consolidated Companies, Inc.
337 Consolidated Telecom
338 Consolidated Telephone Company
339 Conversent Communications, LLC
340 Conway Corporation
341 CONVX, Inc.
342 Cool Access, LLC
343 Coon Creek Telephone Company
344 Coon Valley Cooperative Telephone Association, Inc.
345 Coon Valley Farmers Telephone Company, Inc.
346 Cooperative Telephone Company
347 Cooperative Telephone Exchange
348 Coosa Cable Company, Inc.
349 Copper Valley Telephone Cooperative
350 Copper-Free Networks, Inc.
351 Cordial Corporation
352 Cordova Telephone Cooperative, Inc.
353 Corn Belt Telephone Company
354 Corr, Inc.
355 Council Grove Telecommunications Inc.
356 Country Cablevision
357 Country Road Communications LLC
358 Covad Communications Group, Inc.

359 Covista, Inc.
360 Cox Communications, Inc.
361 Cozad Telephone Company
362 CP-Tel Holdings, Inc.
363 Craigville Telephone Company, Inc.
364 Craw-Kan
365 Creative Technical Services, Inc.
366 Cross Telephone Company
367 Crosslake Telephone Company
368 Crossville Telephone Company
369 Crown Point Telephone Corporation
370 CSC Holdings, Inc.
371 CT CommunicatIons, Inc.
372 CTBB Holdings Inc.
373 CTC Communications Corp.
374 Cumberland Telephone Company
375 Cumby Telephone Cooperative, Inc.
376 Cunningham Communications, Inc.
377 Current Communications Group, LLC
378 Custer Telephone Cooperative Inc.
379 Custom Network Solutions, Inc.
380 Cutler Communications, Inc.
381 CV-Access, Inc.
382 Cyber Broadband Inc.
383 CyberDyne Networks, Inc.
384 D & E Communications, Inc.
385 D & P Communications, Inc.
386 D D & B, Inc.
387 Dakota Central Telecommunications Cooperative
388 Dalton Telephone Company
389 Dandin Group, Inc.
390 Danville Mutual Telephone Company
391 Darien Telephone Company
392 DataFlo Communications LLC
393 Daviess-Martin County RTC
394 DayStarr LLC
395 Decatur Holding Company, Inc.
396 DeKalb Telephone Cooperative, Inc.
397 Delavan Telephone Company
398 Delcambre Telephone Co.
399 Delhi Telephone Company
400 Dell Telephone Cooperative, Inc.
401 Delta Communications
402 DeityTech, Inc.
403 Deutsche Telekom AG
404 DialTone Services, L.P.
405 Dickey Rural Telephone Cooperative
406 Digital Agent, LLC
407 Digital Consualtation Services, Inc.
408 Direct Communications Rockland
409 diversiCOM
410 Dixon Telephone Co.
411 Dixville Telephone Company
412 DM Broadband
413 DMR Communications
414 Dobson Communications Corporation
415 Douglas Telecommunications
416 Doylestown Telephone Company
417 Dreritne Telephone
418 DSLnet Communications, LLC
419 Dumont Telephone Company
420 Dunbarton Telephone Company, Inc.
421 Dunkerton Telephone Cooperative
422 Dunnell Telephone Company

423 Duo County Telephone Cooperative Inc.
424 DVD Enterprises, Inc.
425 DWI. Holding Company
426 Dynamic Broadband, Inc.
427 E. Ritter Communications Holdings, Inc.
428 EA Media
429 Eagle Communications, Inc.
430 Eagle Mountain Telecommunications
431 Eagle Telephone Systems, Inc.
432 East Ascension Telephone Company, LLC
433 East Buchanan Telephone Cooperative
434 East Kentucky Network, LLC
435 East Texas WISP
436 Eastern Connecticut Cable Television, Inc.
437 Eastern Indiana WiFi, Inc.
438 Eastern Kansas Holdings, Inc.
439 Eastern Slope Rural Telephone Association, Inc.
440 Eastex Telephone Cooperative, Inc.
441 Easytel Communications
442 Edge Wireless Licenses, LLC
443 EGiX Network Services, Inc.
444 Egyptian Telephone Cooperative Association
445 Electric and Water Plant Board of the City of Frankfort
446 Electric Plant Board of the City of Glasgow, KY
447 Elkhart Telephone Company
448 Ellerbe Telephone Company
449 Ellington Telephone Company
450 Ellsworth Cooperative Telephone Association
451 Elsie Communications, Inc.
452 Embarq
453 Emery Telcom
454 Emily Cooperative Telephone Company
455 Empire Telephone Corporation
456 Encore Business Systems Inc
457 Enhanced Communications Group, LLC
458 ENMR Telephone Cooperative, Inc.
459 En-Touch Systems, Inc.
460 Epic Touch Company
461 Ernest Communications, Inc.
462 Eschelon Telecom, Inc.
463 Essex Telecom, Inc.
464 Etex Telephone Cooperative, Inc.
465 ETS Telephone Company, Inc.
466 Evans Telephone Holdings, Inc.
467 Everest Midwest, LLC
468 Evertek, Inc.
469 EveryCall Communications, Inc.
470 EZEERWeb.com, LLC
471 FairPoint Communications, Inc.
472 Farmers & Merchants Mutual Telephone Company
473 Farmers and Business Mens' Telephone Company
474 Farmers Cellular Telephone, Inc.
475 Farmers Cooperative Telephone Company-Dysart
476 Farmers Independent Telephone Company
477 Farmers Mutual Cooperative Telephone Company
478 Farmers Mutual Cooperative Telephone Company-Moulton
479 Farmers Mutual Telephone Company (ID)
480 Farmers Mutual Telephone Company (MN & SD)
481 Farmers Mutual Telephone Company (OH)
482 Farmers Mutual Telephone Company-Jesup
483 Farmers Mutual Telephone Company of Stanton, Iowa
484 Farmers Mutual Telephone Cooperative
485 Farmers Mutual Telephone Company-Nora Springs
486 Farmers Telecommunications, Inc.

487 Farmers Telephone Company, Inc.
488 Farmers' Telephone Company-Batavia
489 Farmers Telephone Company-Essex
490 Farmers Telephone Cooperative, Inc.
491 Fayetteville Electric System
492 FDF Communications Co.
493 FEC Communications, LLP
494 Federated Telephone Cooperative
495 Fenton Cooperative Telephone Company
496 Fibertech Networks, LLC
497 Fidelity Communications Company
498 First Communications, LLC
499 First Commonwealth Cablevision, Ltd
500 First Step Internet, LLC
501 Firstville Technologies, Inc.
502 Five Area Telephone Cooperative, Inc.
503 Flat Rock Telephone Co-Op, Inc.
504 Fleming-Mason Energy
505 Florida Digital Network
506 Florida Phone Service
507 Foothills Rural Telephone Cooperative Corporation, Inc.
508 Forbin
509 Fort Mojave Telecommunications, Inc.
510 Furway Computer Products, Inc.
511 Fox Communications Company
512 Fox Computers Inc.
513 Fox Valley Internet, Inc.
514 Franian Telephone Co., Inc.
515 Freedom Services
516 Frontera Telecommunications, Inc.
517 Frontier Broadband
518 FTC Management Group, Inc.
519 FTTH Communications LLC
520 Full Channel TV, Inc.
521 Fullnet, Inc.
522 G Force LLC
523 Galaxy Cable Inc.
524 Ganado Telephone Company, Inc.
525 GANOCO, Inc.
526 Gardan Valley Telephone Company
527 Gardonville Cooperative Telephone Association
528 Gargoyle Technologies, Inc.
529 Gatespeed Broadband
530 GCI Globalcom Holdings, Inc.
531 Gearheart Communications, Inc.
532 Geddesgville Telephone Company Inc.
533 Gemini Networks, Inc.
534 General Communications, Inc.
535 Geneseo Communications, Inc.
536 Geneva On-Line, Inc.
537 Germantown Independent Telephone Company
538 Germantown Telephone Company, Inc.
539 Gervais Telephone Company
540 GEUS
541 Giga-Data LLC
542 Gila River Telecommunications, Inc.
543 Glandorf Telephone Co., Inc.
544 Glasford Telephone Company
545 Glenwood Telephone Company
546 Glenwood Telephone Membership Corp.
547 Global Crossing North America, Inc.
548 GOES Telecom, Inc.
549 Gold Star
550 Golden West Telecommunications Cooperative, Inc.

551 Golden Wheat, Inc.
552 Goulburd Telephone Company
553 Genther Inc.
554 Goodman Telephone Company, Inc.
555 Gorham Communications, Inc.
556 Graceba Total Communications, Inc.
557 Grafton Communications, Inc.
558 Granby Telephone Company
559 Grand Mound Cooperative Telephone Association
560 Grand River Mutual Telephone Corporation
561 Grand Telephone Company
562 Grande Communications Holdings, Inc.
563 Grandview Mutual Telephone Company
564 Granite Telecommunications, LLC
565 Graver Management Inc.
566 Great American Networks, LLC
567 Great Lakes Communication Corp.
568 Great Lakes Internet, Inc.
569 Great Plains Communications, Inc.
570 Green Hills Telephone Corporation
571 Greene County Cable Television
572 Gridley Enterprises, Inc.
573 Griggs County Telephone
574 Griswold Cooperative Telephone Company
575 Grizzly Internet, Inc.
576 Grolon Utilities
577 Gryphon Wireless, LLC
578 Guadalupe Valley Telephone Cooperative, Inc.
579 Guam Cellular & Paging
580 Gunnison Telephone Company
581 H & B Cable Service, Inc.
582 Habla Comunicaciones, Inc.
583 Haitsai Telephone Company
584 Hamilton County Telephone Co-op
585 Hamilton Telecommunications
586 Hancock Rural Telephone Corporation
587 Harbor Communications
588 Handy Telecommunications, Inc.
589 Hargray Communications Group, Inc.
590 Harmony Telephone Company
591 Herron Communications LP
592 Hartington Telecommunications Co., Inc.
593 Hartman Telephone Exchanges, Inc.
594 Haug Communications, Inc.
595 Hawaiian Telcom Communications, Inc.
596 Hawkeye Telephone Company
597 Hayneville Telephone Company, Inc.
598 Heart of Iowa Communications Cooperative
599 Heartdstone Enterprises, Inc.
600 Hector Communications Corporation
601 Helix Telephone Company
602 Hemingford Cooperative Telephone Company
603 Henderson Cooperative Telephone Company
604 Henry County Communications, Inc.
605 Hershey Cooperative Telephone Company
606 Hiawatha Broadband Communications, Inc.
607 Hiawatha Communications, Inc.
608 Hickory Tech Corporation
609 Hickory Telephone Co.
610 Highland Telephone Cooperative (VA)
611 Highland Telephone Cooperative, Inc.
612 Hill Country Telephone Cooperative, Inc.
613 Hillsboro Telephone Company, Inc.
614 Hinton Telephone Co., Inc.

615 Home Telephone Company (MN)
616 Home Telephone Company, Inc.
617 Home Telephone Company, Inc. (SC)
618 Hometown Online, LLC
619 Horizon Telecom
620 Horry Telephone Cooperative, Inc.
621 Hospers Telephone Company
622 Hot Springs Telephone Company
623 Howire Communications, LLC
624 HTC Holding Company
625 htcomp.net, Inc.
626 Hubbard Cooperative Telephone Association
627 Hughes Communications, Inc.
628 HunTel Systems Inc.
629 Hutchinson Telephone Company
630 Huxley Communications Cooperative
631 IAMO Telephone Company
632 IBEC, Inc.
633 ICG Holding, Inc.
634 ICON Technologies Inc.
635 IdeaOne Telecom Group
636 IDT Corporation
637 IFW, LLC
638 Illinois Telephone Corporation
639 Illinois Valley Cellular
640 Impact Telecom, LLC
641 Independence Light and Power
642 Independent Networks, LC
643 Indian Creek Internet Services, Inc.
644 indigo Wireless
645 Industry Telephone Company
646 infobahn Outfitters, Inc.
647 Info-Ed, Inc.
648 InfoStructure Inc.
649 Inland Cellular Telephone Company
650 Inland Development Corporation
651 Inland Telephone Company
652 Insight Communications Company, Inc.
653 Integra, Inc.
654 Integracore, Inc.
655 Inter Mountain Cable, Inc.
656 Interactive Services Network, Inc.
657 InterBel Telephone Cooperative, Inc.
658 Interglobe Communications, Inc.
659 Intermart Inc.
660 Internet of Beaufort-Hyde
661 Interstate 35 Telephone Company
662 Interstate Telecommunications Cooperative, Inc.
663 Inventive Wireless of Nebraska, LLC
664 Iowa Telecom
665 Iowa Wireless Services, LLC
666 Iron Goat Networks, LLC
667 Ironton Telephone Company
668 Irvine Community Television, Inc.
669 Island Pond Wireless
670 IT&E Overseas, Inc.
671 ITC^DeltaCom, Inc.
672 J & N Cable Systems, Inc.
673 James Valley Telecommunications
674 JED Enterprises, Inc.
675 Jefferson Broadband Corporation
676 Jefferson Communications LLC
677 Jefferson Telephone Company
678 Johnson Telephone Company

679 K & M Telephone Company, Inc.
680 Kalaalleq.Com LLC
681 Kalida Telephone Company, Inc.
682 Kaleva Cooperative Telephone Company
683 KALITELCO, Inc.
684 KanOkla Telephone Association, Inc.
685 Kaplan Telephone Company, Inc.
686 Kasson & Mantorville Telephone Company
687 KayCee Software Inc.
688 KC Web, Inc.
689 KE & Associates, LLC
690 Keene Valley Video, Inc.
691 Kennebec Telephone Company, Inc.
692 Kerioc Communications, Inc.
693 Keystone Farmers Cooperative Telephone Company
694 Keystone-Arthur Telephone Company
695 Kilduff Telephone Company
696 Kinex Networking Solutions, Inc.
697 Kingdom Telephone Company
698 KingmanAZ.net, Inc. / Freedom Services
699 Kinsman Mutual Telephone Co.
700 Kite Networks, Inc.
701 Kiwanet
702 Knology, Inc.
703 Knoxy.net Internet Services, LLC
704 Kodiak Wireless
705 Kraus Electronics Systems, Inc.
706 KyWiFi, LLC
707 La Canada Wireless Association
708 La Jicarita Rural Telephone Cooperative
709 La Motte Telephone Company
710 La Ward Telephone Exchange, Inc.
711 LaHarpe Telephone Company, Inc.
712 Lake Livingston Telephone Company
713 Lakefield Telecom, Inc.
714 Lakeland Communications, Inc.
715 Lamar County Cellular, Inc.
716 Lamont Digital Systems, Inc.
717 LARIAT.NET
718 Larson Utilities, Inc.
719 Last Mile Wireless II, LLC
720 LasVegas.Net
721 Laurel Highland Telephone Company
722 Laurel Telephone Company Inc.
723 Laurel Web Online Services, Inc.
724 Laurens Municipal Broadband Communications Utility
725 Lavaca Telephone Company, Inc.
726 LaValle Telephone Cooperative, Inc.
727 Levon Shores Wireless
728 Leaco Rural Telephone Cooperative, Inc.
729 Leaf River Telephone Company
730 Leap Wireless International, Inc.
731 LecStar Telecom, Inc.
732 Lehigh Valley Telephone Cooperative Association
733 Lemonweir Valley Telephone Company
734 Lennon Telephone Company
735 Leonora Mutual Telephone Co., Inc.
736 Le-RU Telephone Company
737 Leucadia National Corporation
738 Level 3 Communications, LLC
739 Lexcom, Inc.
740 Liberty Bell Telecom, LLC
741 Liberty Glocall, Inc.
742 Ligonier Telephone Co., Inc.

743 Lincoln Communications, Inc.
744 Lincoln Telephone Company
745 Lincolnville Telephone Company
746 Lintel, Inc.
747 Lipan Telephone Company, Inc.
748 Lismore Cooperative Telephone Company
749 LiteWire Internet Services, Inc.
750 Livingston Telephone Company, Inc.
751 Lobo Internet Services, Ltd.
752 Local Access Network, LLC
753 Local Internet Service Company
754 Logan Telephone Cooperative, Inc.
755 Logix Communications, LP
756 Lone Rock Cooperative Telephone Company
757 Long Lines Metro, LLC
758 Looking Glass Networks Holding Co., Inc.
759 Lost Nation-Elwood Telephone Company
760 Lowry Telephone Company LLC
761 LTC Communications Inc.
762 LTC Holding Company, Inc.
763 LY Holdings, LLC
764 Lycom Communications
765 Lynch Interactive Corporation
766 Lynnville Telephone Company
767 Mabel Cooperative Telephone Company
768 MADCO Holding Company
769 Madison Communications Company
770 Madison River Capital, LLC
771 Madison Telephone Company
772 Magazine Telephone Company, Inc.
773 MagnoliaWave
774 Mahaska Communication Group, LLC
775 Maine Farmers Exchange
776 Manawa Telecommunications, Inc.
777 Manchester-Hartland Telephone Company
778 Manti Telephone Company
779 Marco Island Cable, Inc.
780 Margaretville Telephone Company, Inc.
781 Mark Twain Rural Telephone Company
782 Marne & Elk Horn Telephone Company
783 Marquette-Adams Telephone Cooperative, Inc.
784 Martell Enterprises, Inc.
785 Martelle Cooperative Telephone Association
786 Mashell Inc.
787 Massena Telephone Company
788 Massillon Cable TV, Inc.
789 Master Industries Inc.
790 Master Mind Productions Inc.
791 Matanuska Telephone Association, Inc.
792 Matrix Cablevision, Inc.
793 Maximum Access, LLC
794 MBO Corporation
795 MBS Holdings
796 McClure Telephone Company
797 McCook Cooperative Telephone Company
798 McDonald County Telephone, LLC
799 McDonough Telephone Cooperative Inc
800 McLeodUSA Telecommunications Services, Inc.
801 MCM Systems
802 McNabb Telephone Company
803 Mechanicsville Telephone Company
804 Mediacom Communications Corp.
805 Mediapolis Telephone Company
806 Medicine Park Telephone Company

807 Melrose Telephone Company
808 Merrill Information Systems
809 Merrimac Communications, Ltd.
810 Mescalero Apache Telecom, Inc.
811 MetroCast Cablevision
812 MetroPCS, Inc.
813 Metropolitan Telecommunications
814 MGW Communications, Inc.
815 MGW Communications Holding Company
816 Miami Tribe of Oklahoma
817 Michiana Wireless
818 Micrologic, Inc.
819 Micronesian Telecommunications Corp.
820 Mid Century Telephone Co-operative
821 Midcoast Internet Solutions
822 Midcontinent Communications
823 Mid-Hudson Cablevision, Inc.
824 Mid-Maine Communications
825 Mid-Missouri Cellular, Inc.
826 Mid-Plains Rural Telephone Cooperative, Inc.
827 Mid-Rivers Telephone Cooperative, Inc.
828 Midstate Communications, Inc. (ND)
829 Midstate Communications, Inc. (SD)
830 Mid-States Services, LLC
831 Mid-Tex Cellular, Ltd.
832 Midvale Telephone Exchange
833 Midwest Communications, Inc.
834 Midwest Mobile Radio
835 Midwest Telecom of America, Inc.
836 Midwest Wireless Holdings, LLC
837 Midwestern Telecommunications Inc.
838 Miles Cooperative Telephone Assoc.
839 Milns Enterprises, Inc.
840 Milford Cable TV Inc.
841 Millennium Digital Media, LLC
842 Millennium Telcom LLC
843 Miller Telephone Company
844 Millington Telephone Co., Inc.
845 Millry Corporation
846 Minburn Telephone Company
847 Minerva Valley Telephone Company, Inc.
848 Minford Telephone Company
849 MobilePro Corp.
850 Modern Cooperative Telephone Company
851 Mokila Communications Company
852 Mon-Cre Telephone Cooperative, Inc.
853 Monitor Cooperative Telephone Company
854 Monon Telephone Company Inc.
855 Monroe Telephone Company
856 Montezuma Mutual Telephone Company
857 Moore & Liberty Telephone Company
858 Mostec Telephone Company
859 Motion Wireless Internet, Inc.
860 Moultrie MultiCorp, Inc.
861 Moundridge Telephone Company Inc.
862 Moundville Communications, Inc.
863 Mount Horeb Telephone Company
864 Mount Vernon Net, Inc.
865 Mountain Innovative Technologies
866 Mountain Rural Telephone Cooperative Corporation, Inc.
867 Mountain Telecommunications Inc.
868 Mountain View Telephone Company
869 Mountain Village Metro District
870 Mozarka Technologies, LLC
871 Mpower Holding Corporation

871 Mt. Angel Telecommunications, Inc.
872 MTCO Corporation
873 MTPCS, LLC
874 Mud Lake Telephone Cooperative Assn., Inc.
875 Mulberry Cooperative Telephone Co., Inc.
876 MultiBand Communications, LLC
877 Mutual Telephone Company
878 Mutual Telephone Company of Morning Sun
879 MVA.NET, Ltd
880 Myakka Technologies, Inc.
881 N.E.T. Broadband, LLC
882 NATCO Communications, Inc.
883 Nationsline, Inc.
884 Navigator Telecommunications, LLC
885 NDTC
886 NE Colorado Cellular, Inc.
887 Nebtelco, Incorporated
888 Neighbor Networks LLC
889 Nelson Telephone Cooperative
890 Nemont Telephone Cooperative, Inc.
891 NEPSK, Inc.
892 NetCarrier Telecom, Inc.
893 Netconex (PA)
894 NetConX LLC (IA)
895 NetGazers, Inc.
896 Netlogic, Inc.
897 NetsurfUSA, Inc.
898 Network PTS, Inc.
899 New Edge Holding Company
900 New Florence Telephone Co.
901 New Hope Telephone Cooperative (VA)
902 New Hope Telephone Cooperative, Inc. (AL)
903 New Knoxville Telephone Company
904 New Lisbon Telephone Company, Inc.
905 New Paris Telephone Company, Inc.
906 New Ulm Telecom, Inc.
907 New Wave Net Corp.
908 New Windsor Telephone Company
909 New York RSA 2 Cellular Partnership
910 NewComm Wireless Services, Inc.
911 Newnan Utilities
912 Newport Telephone Company, Inc.
913 NewWays
914 NexGenAccess Inc.
915 Next Metro, LLC
916 Nex-Tech Wireless LLC
917 NexWeb, Inc.
918 Nexus Communications, Inc.
919 Niagara Telephone Company
920 Nicholville Telephone Company, Inc.
921 NITCO Holding Corporation
922 NoDial Net, Inc.
923 Nolin Rural Electric Coop Corp.
924 Noonan Farmers Tele. Co.
925 Nortex Communications
926 North Carolina RSA 3 Cellular Telephone Company
927 North Carolina Wireless
928 North Central Communications, Inc.
929 North Central Telephone Cooperative, Inc.
930 North English Cooperative Telephone Company
931 North Idaho Connection
932 North Penn Telephone Company
933 North Pittsburgh Systems, Inc.
934 North River Telephone Cooperative

935 North State Telecommunications Corporation
936 North Texas Telephone Company
937 Northeast Communications of Wisconsin, Inc.
938 Northeast Iowa Telephone Company
939 Northeast Louisiana Telephone Co., Inc.
940 Northeast Missouri Rural Telephone Company
941 Northeast Nebraska Telephone Company
942 Northern Oklahoma Development Authority
943 Northern Telephone and Data Corp.
944 Northern Telephone Company of Minnesota, Inc.
945 Northern Telephone Cooperative, Inc.
946 Northern Wireless Communications, Inc.
947 Northland Communications
948 Northside TV Corporation
949 North-State Telephone Co.
950 Northwest Communications Cooperative
951 Northwest Iowa Tel. Co, Inc.
952 Northwest Missouri Cellular
953 Northwest Telephone Cooperative
954 NOS Communications, Inc.
955 Nova Cablevision, Inc.
956 Nova Telephone Company
957 NPG Cable, Inc.
958 NTCH, Inc.
959 NTCNet, Inc.
960 NTELOS, Inc.
961 NTS Communications, Inc.
962 Nucla-Naturita Telephone Company
963 Nunn Telephone Company
964 Nushagak Electric & Telephone Cooperative, Inc.
965 NuVox, Inc.
966 O1 Communications, Inc.
967 OACYS Technology
968 Odessa Office Equipment
969 Ogden Telephone Company
970 Oglecom, Inc.
971 OKC Broadband
972 Oklahoma Telephone and Telegraph, Inc.
973 Oklahoma Western Telephone Company
974 Olin Telephone Company, Inc.
975 OneEighty Communications, Inc.
976 Oneida County Rural Telephone
977 Oneida Telephone Exchange, Inc.
978 OnFiber Communications, Inc.
979 Onslow Cooperative Telephone Association
980 ONS-Telecom, LLC
981 Ontario Telephone Co., Inc.
982 Onvoy, Inc.
983 Oran Mutual Telephone Company
984 Oregon Farmers Mutual Telephone Co.
985 Oregon Telecom, Inc.
986 Oregon Telephone Corporation
987 Oregon-Idaho Utilities, Inc.
988 Orlando Telephone Company, Inc.
989 Osage Municipal Utilities
990 Otelco Holding, LLC
991 Otter Tail Telcom, LLC
992 OTZ Telephone Cooperative, Inc.
993 Oxford Telephone and Telegraph
994 Ozark Computers
995 Ozark Telephone Company, Inc.
996 P&V Capital Holdings, LLC
997 Pacific Centrex Services
998 Pacific LightNet, Inc.

999 Pacific Telecom Inc.
1000 Pacificorn Holdings, LLC
1001 Pac-West Telecomm, Inc.
1002 PacTec Corporation
1003 Palmer Mutual Telephone Company
1004 Palmerton Telephone Company
1005 Palmetto Rural Telephone Cooperative, Inc.
1006 Palo Cooperative Telephone Association
1007 Panhandle Telephone Cooperative, Inc.
1008 Panora Communications Cooperative
1009 Park Region Mutual Telephone Company
1010 Partner Communications Cooperative
1011 PATHWAYZ Communications, Inc.
1012 Patriot Media Holdings, LLC
1013 Pattersonville Telephone Company
1014 Paul Bunyan Rural Telephone Cooperative
1015 PBT Telecom, Inc.
1016 PCH Holdings, Inc.
1017 PCI Systems, Inc.
1018 PDQLink Wireless
1019 Peace Valley Telephone Company
1020 Peak Communications, Inc.
1021 Peetz Cooperative Telephone Company
1022 Pegasus Satellite Communications Holdings, Inc.
1023 Pembroke Telephone Company, Inc.
1024 Pembrooke Telephone Cooperative
1025 Penasco Valley Telephone Cooperative, Inc.
1026 Pencor Services, Inc.
1027 Pennsylvania Telephone Company
1028 PenTeledata Limited Partnership I
1029 Peoples Rural Telephone Cooperative Corporation, Inc.
1030 Peoples Telecommunications, LLC
1031 Peoples Telephone Cooperative, Inc.
1032 Perry-Spencer Rural Telephone Cooperative, Inc.
1033 PetriCom License Corporation
1034 Phillips County Telephone Co.
1035 Pickwick Cablevision, Inc.
1036 Piedmont Rural Telephone Cooperative, Inc.
1037 Pierce Telecommunications, Inc.
1038 Pine Belt Communications Co. Inc.
1039 Pine Telephone Company
1040 Pine Telephone System, Inc.
1041 Pineland Telephone Cooperative, Inc.
1042 Pineville Telephone Company
1043 Pinpoint Holdings, Inc.
1044 Pioneer Telephone Association, Inc.
1045 Pioneer Telephone Cooperative (OK)
1046 Pioneer Telephone Cooperative (OR)
1047 Pioneer Telephone Holding Company
1048 Pixius Communications LLC
1049 Plains Cooperative Telephone Association, Inc.
1050 Plainview Telephone Co. Inc.
1051 Plant Telephone Company
1052 Planters Rural Telephone Cooperative, Inc.
1053 Platinum Equity Holdings
1054 PogoZone LLC
1055 Poka Lambro Telephone Cooperative, Inc.
1056 Polar Communications Mutual Aid Corporation
1057 Ponderosa Communications, Inc.
1058 Poplar Bluff Municipal Utilities and City Cable
1059 Posner Telecommunications, Inc.
1060 Postco, Inc.
1061 PowerNet
1062 Practical Support, Ltd.

1063 Pagmasa Network Consulting, LLC
1064 Prairie Stream Communications, Inc.
1065 Prairie Telephone Co., Inc.
1066 Praireburg Telephone Company, Inc.
1067 Prairienet
1068 PrairieWave Communications, Inc.
1069 Precision Data Solutions
1070 Premier Wireless I. P., Inc.
1071 Preston Telephone Company
1072 Price County Telephone Company
1073 Progressive Rural Telephone Co-Op
1074 Progressive Voice & Data, Inc.
1075 Project Mutual Telephone Cooperative Association, Inc.
1076 Public Service Communications, Inc.
1077 Public Utility District #2 of Grant County
1078 Pulaski White Rural Telephone Coop, Inc.
1079 Pure Internet, Inc.
1080 Pure Wireless LLC
1081 Q-Comm Corporation
1082 Qwest Communications International, Inc.
1083 QX.net
1084 R2R Connectivity
1085 Radcliffe Telephone Company, Inc.
1086 Ragland Telephone Company, Inc.
1087 Rainbow Telecommunications Association, Inc.
1088 Raincell
1089 Randolph Telephone Membership Corporation
1090 Range Telephone Cooperative, Inc.
1091 Range Television Cable Company, Inc.
1092 Rapid Web, LLP
1093 Rapidwave, LLC
1094 RBJ Corporation
1095 RCN Corporation
1096 Readlyn Telephone Company
1097 Red River Rural Telephone Association
1098 RedMoon, Inc.
1099 Redwood County Telephone Co.
1100 Reedsburg Utility Commission
1101 Remi Retail Communications, LLC
1102 Reservation Telephone Cooperative
1103 Reserve Holdings, Inc.
1104 Respond Communications, Inc.
1105 Rev.Net Technologies, Inc.
1106 Reynolds Telephone Company
1107 RGT Utilities, Inc.
1108 Rice Belt Holdings, Inc.
1109 Richland-Grant Telephone Cooperative, Inc.
1110 Richmond Telephone Company
1111 Rico Telephone Company
1112 Rigo Runnel Internet Services Incorporated
1113 Ringgold Telephone Company
1114 Ringsted Telephone Company
1115 Rio Virgin Telephone
1116 River Valley Telecommunications Coop
1117 Riviera Telephone Company, Inc.
1118 RJB Telecommunications Corp.
1119 RNet Communications, Inc.
1120 RNK Inc.
1121 Roadstar Internet, Inc.
1122 Roberts County Telephone Cooperative Association
1123 Robinson Communications Corporation
1124 Rochester Telephone Co., Inc.
1125 Rock Hill Telephone Company
1126 Rock Port Telephone Company

1127 Rockwell Cooperative Telephone Association
1128 Roggen Telephone Cooperative Company
1129 Rogers Telephone Company
1130 Rome Telephone Company, Inc.
1131 Roosevelt County Rural Telephone Cooperative, Inc.
1132 Ropir Industries, Inc.
1133 Rothsay Telephone Co., Inc.
1134 Route 4 Corporation
1135 Royal Telephone Company
1136 RSA 1 Limited Partnership
1137 RTC Communications Corp.
1138 Ruidata Corporation
1139 Runestone Telephone Association
1140 Rural Cellular Corporation
1141 Rural Telephone Service Company, Inc.
1142 RuralWaves Wireless Internet
1143 Ruthven Telephone Exchange Co.
1144 RVLogin LLC
1145 S&T Telephone Cooperative Assoc Inc.
1146 Sac County Mutual Telephone Company
1147 Saco River Telegraph & Telephone Company
1148 Saddleback Communications
1149 Sage Telecom, Inc.
1150 Sagir, Inc.
1151 Sail Telecom, Inc.
1152 Salina Spavinaw Telephone Co., Inc.
1153 Salmon Internet
1154 San Carlos Apache Telecommunication Utility Inc.
1155 San Isabel Celular of Colorado Limited Partnership
1156 San Juan Cable, LLC
1157 Sand Creek Communications Company
1158 Sandhill Telephone Cooperative, Inc.
1159 Sandhills Computer Consulting
1160 Sandhills Wireless, LLC
1161 Sandwich Isles Communications, Inc.
1162 Santa Rosa Telephone Cooperative, Inc.
1163 Sanlel Communications Cooperative
1164 SCA Cable, Inc.
1165 Scatter Creek Ltd
1166 Schaller Telephone Company
1167 Schurz Communications, Inc.
1168 Scio Mutual Telephone Association
1169 Scott County Telephone Company, LLC
1170 Scott County Telephone Cooperative
1171 Scranton Telephone Company
1172 Searsboro Telephone Company
1173 Sebastian Enterprises
1174 seqTEL, Inc.
1175 Selectronics Corporation
1176 SEMO Communications, Inc.
1177 Seneca Telephone Company, Inc.
1178 Service Electric Company
1179 Sharon Telephone Company
1180 Shawnee Telephone Company
1181 Shenandoah Telecommunications Company
1182 Sherburne Tele Systems
1183 Sherwood Mutual Telephone Association, Inc.
1184 Shidler Telephone Company
1185 Shoreham Telephone Co., Inc.
1186 Sierra Tel Communications Group
1187 Sigecom, LLC
1188 SignalBsat.Com, Inc.
1189 Signature Telecommunications, Inc.
1190 Silver Star Telephone

1191 Simply Bits, LLC
1192 Single Source, Inc.
1193 Sioux Valley Southwestern Electric, Inc.
1194 Siren Telephone Company, Inc.
1195 Siskiyou Telephone Company
1196 SJI, LLC
1197 Sjoberg's Inc.
1198 SKT, Inc.
1199 Skyline Telephone Membership Corporation
1200 Skylink Broadband Internet LLC
1201 Skyriver Communications, Inc.
1202 SkySpan Wireless
1203 SkyWerx Industries, LLC
1204 Smart City Francre, LLC
1205 SmartBurst
1206 Smartcom Telephone, LLC
1207 SmarterBroadband
1208 Smith Bagley, Inc.
1209 Smithville Telephone Company, Inc.
1210 SNG Communications L.L.C.
1211 Sodtown Telephone Company
1212 Solutions IT Consulting LLC
1213 Solutions Unlimited, Inc.
1214 South Arkansas Telephone Company, Inc.
1215 South Canaan Telephone Company
1216 South Central Rural Telephone Cooperative Corporation
1217 South Central Telcom LLC
1218 South Central Telephone Association, Inc.
1219 South Central Utah Telephone Association, Inc.
1220 South Park Telephone Company
1221 South Plains Telephone Cooperative, Inc.
1222 Scott Slope Cooperative Telephone Company, Inc.
1223 Southeast Nebraska Telephone Company
1224 SouthEast Telephone, Inc.
1225 Southeastern Indiana Rural Telephone Cooperative
1226 Southern Colorado Telecommunications
1227 Southern Company
1228 Southern Digital Network
1229 Southern Illinois RSA Partnership
1230 Southern Kansas Telephone Company
1231 Southern Montana Telephone Company
1232 Southwest Arkansas Telephone Cooperative, Inc.
1233 Southwest Oklahoma Telephone Company
1234 Southwest Texas Telecom, Inc.
1235 Spectrotel, Inc.
1236 Speed Express Networks, LLC
1237 SpeedNet, LLC
1238 Speed/Quick Networks, Inc.
1239 Spencer Municipal Communications Utility
1240 Spring Grove Cooperative Telephone Company
1241 Spring Valley Telephone Company, Inc.
1242 Springcom, Inc.
1243 Springville Cooperative Telephone Association, Inc.
1244 Sprint Nextel Corporation
1245 Spruce Knob Seneca Rocks Telephone, Inc.
1246 SRT Services Corporation
1247 St. John Telephone Company
1248 St. Paul Cooperative Telephone
1249 Standard Tobacco Company, Inc.
1250 Stanton Telecom, Inc.
1251 Star Telephone Company, Inc.
1252 Star Telephone Membership Corporation
1253 StarBand Communications, Inc.
1254 Starcom, Inc.

1255 StarVision, Inc.
1256 State Long Distance Telephone Company
1257 State Telephone Company, Inc.
1258 Stateline ISP, Inc.
1259 Stayton Cooperative Telephone Company
1260 Steelville Telephone Exchange, Inc.
1261 Stelle Telephone Company
1262 Sterling Computer Center
1263 Stockholm-Strandburg Telephone Company
1264 StoneBridge Wireless, Inc.
1265 Stoneham Cooperative Telephone Corporation
1266 Strategic Information Services LLC
1267 Stratford Mutual Telephone Company
1268 Strauss Telecom Inc.
1269 Sully Telephone Assn.
1270 Summer Communications
1271 Sun Coast Media Group
1272 Sunflower Enterprises, Inc.
1273 Sunshine State Telephone Company, LLP
1274 Superior Publishing Corporation, Inc.
1275 Superior Technologies, Inc.
1276 Superior Telephone Cooperative
1277 Superior Wireless
1278 Supernova Systems, Inc.
1279 Supervision Inc.
1280 Supra Telecommunications & Information Systems, Inc.
1281 SureWest Communications
1282 Surfnet Communications, Inc.
1283 Surry Telephone Membership Corporation
1284 Susquehanna Communications
1285 Swayzee Telephone Company
1286 Sweetser Telephone Company
1287 Swiland Internet, Inc.
1288 Swiftlink Communications
1289 Swisher Telephone Company
1290 Sycamore Telephone Company
1291 Symtelco, LLC
1292 T.V. Service, Inc.
1293 T2 Technologies
1294 Talk America Holdings, Inc.
1295 Taloga Cable
1296 Taylor Telephone Cooperative, Inc.
1297 TC Telephone LLC
1298 TCS, Inc.
1299 Tech-Com, Inc.
1300 Technology Services Inc.
1301 Teleblaska, Inc.
1302 Telapex, Inc.
1303 TeleAtlantic, Inc.
1304 TelCove, Inc.
1305 Telecom West Inc.
1306 Telecommunications Management LLC
1307 Telecourier Communications
1308 Telefonica International Holding, BV
1309 TeleGuam Holdings LLC
1310 Telephone and Data Systems, Inc.
1311 Telephone Electronics Corporation
1312 Telephone Service Company
1313 TeleShare Communications Services Inc.
1314 Telscape Communications, Inc.
1315 Templeton Telephone Company
1316 Tennessee Telephone Service, LLC
1317 Terra Byte Systems
1318 Terra World, Inc.

1319  TerraCom, Inc.
1320  Terral Telephone Company
1321  Terril Telephone Cooperative
1322  Tern Telecom
1323  Teton Telecom
1324  Texas CellNet Inc.
1325  Texas Communications of San Angelo, Inc.
1326  Texas WiFi LLC
1327  Tex-Link Communications, Inc.
1328  Thacker-Grigsby Telephone Co., Inc.
1329  The Champaign Telephone Company, Inc.
1330  The Champlain Telephone Company
1331  The Circuit's Edge
1332  The Conneaut Telephone Company
1333  The Conrad Network, Inc.
1334  The Curtis Telephone Company, Inc.
1335  The Ft. Jennings Telephone Company
1336  The Golden Belt Telephone Association, Inc.
1337  The Hancock Telephone Company
1338  The Home Telephone Company
1339  The Middleburgh Telephone Company
1340  The Nebraska Central Telephone Co.
1341  The North-Eastern Pennsylvania Telephone Company
1342  The Ottoville Mutual Telephone Company
1343  The Pager Company
1344  The Ridgeville Telephone Company
1345  The Summit Telephone & Telegraph Company of Alaska
1346  The Telephone Company, Inc.
1347  The Toledo Telephone Company
1348  The Tri-County Telephone Association, Inc.
1349  Three River Telco
1350  Threshold Communications, Inc.
1351  Thunder Mountain Wireless
1352  Time Warner, Inc.
1353  Tincana Wireless Internet
1354  Tisonxa Telephone Company
1355  T-Lab LP
1356  TLX Communications, Inc.
1357  Tohono O'Odham Utility Authority
1358  Tonica Technologies, Inc.
1359  Total Communications, Inc.
1360  Total Wireless Communications, LLC
1361  Town of Shrewsbury
1362  Townes Telecommunications, Inc.
1363  Tracevoicz, Inc.
1364  Treasure Lake Communications, Inc.
1365  Trenton Telephone Co.
1366  Tri County Telephone Association, Inc.
1367  Triangle Telephone Cooperative Assn., Inc.
1368  Tri-County Communications Cooperative, Inc.
1369  Tri-County Telcom, Inc.
1370  Tri-County Telephone Membership Corporation
1371  Tri-County Times Wireless Inc.
1372  Trinsic, Inc.
1373  Triton PCS Holdings Company, LLC
1374  Triview Investments, Inc.
1375  Trophy Technologies, Inc.
1376  Troy City Internet Exchange, Inc.
1377  True 802 Wireless, Inc.
1378  Trumansburg Telephone Co., Inc.
1379  Trustees of the City of Muscatine, Iowa
1380  T-Speed Broadband Communications, Inc.
1381  TSTAR Internet, Inc.
1382  TTS Linx Corp.

1383 Tuberose Basin Telephone Company, Inc.
1384 Twin Lakes Telephone Cooperative Corporation
1385 Twin Rivers Valley Telephone Company
1386 U.S. TelePacific Corp.
1387 Uintah Basin Telephone Association, Inc.
1388 Union River Telephone Company
1389 Union Telephone Company
1390 Unite Communications Systems
1391 United Communications Systems, Inc.
1392 United Communications, Inc.
1393 United Companies, Inc.
1394 United Farmers Telephone
1395 United Telephone Association, Inc.
1396 United Telephone Company
1397 UniTel, Inc.
1398 Unity Communications
1399 University Telecom
1400 Unwired Ltd
1401 Upsala Cooperative Telephone Association
1402 US Cable
1403 US LEC Corp.
1404 USA Companies, LLC
1405 Usapp, Inc.
1406 Utel, Inc.
1407 UTMA
1408 VAL-ED Joint Venture L.L.P.
1409 Valley Telecommunications Cooperative Association, Inc.
1410 Valley Telephone Company
1411 Valley Telephone Cooperative, Inc.
1412 Valliant Telephone Company, Inc.
1413 Valor Telecommunications
1414 Van Buren Telephone Co., Inc.
1415 Van Horne Cooperative Telephone Company
1416 VARCOMM, Inc.
1417 VarTec Telecom, Inc.
1418 Vaughnsville Telephone Company
1419 VCOM Solutions
1420 VDL
1421 Velocitor Wireless
1422 Venture Communications Cooperative, Inc.
1423 Venus Telephone Corporation
1424 Verde Communications, Inc.
1425 Verizon Communications, Inc.
1426 Verizon Wireless
1427 Vermont Telephone Company, Inc.
1428 Vernon Telephone Cooperative, Inc.
1429 Versatile Service Solutions, Inc.
1430 Vertex Broadband Corp.
1431 Villisca Farmers Telephone Company
1432 Viola Home Telephone Company
1433 Virgin Islands Telephone Corporation
1434 Virginia Broadband, LLC
1435 Virginia Cellular LLC
1436 Virginia Communications, Inc.
1437 Virtual Horizons, Inc.
1438 Virtual Networking Serfices, Inc.
1439 Vista Broadband Networks, Inc.
1440 Vista III Media, LLC
1441 Vivid Networks, Inc.
1442 Volcano Communications Company
1443 Volunteer First Services, Inc.
1444 Vyyera Communications, Inc.
1445 Wabash Mutual Telephone Company
1446 Wabash Telephone Cooperative, Inc.

1447 Waller, Inc.
1448 Walnut Telephone Company
1449 Wamego Telephone Company, Inc.
1450 Ward Communications
1451 Warwick Valley Telephone Company, Inc.
1452 Washington County Rural Telephone Cooperative
1453 Wauneta Telephone Company
1454 Wava Wireless LLC
1455 WaveDivision Holdings, LLC
1456 Wavelength Corporation
1457 Webpipe.net, Inc.
1458 Webster-Calhoun Cooperative Telephone Association
1459 Wellman Cooperative Telephone Association
1460 West Carolina Rural Telephone Cooperative, Inc.
1461 West Central Telephone Assn.
1462 West Iowa Telephone Company
1463 West Kentucky RTC
1464 West Liberty Telephone Company
1465 West Point Telephone Co, Inc.
1466 West River Telecommunications Cooperative
1467 West Texas Rural Telephone Coop., Inc.
1468 West Wisconsin Telcom Cooperative, Inc.
1469 WestCom LLC
1470 Westelcom Network, Inc.
1471 Western Broadband Holdings, Inc.
1472 Western Innovative Networks Inc.
1473 Western Iowa Telephone Association
1474 Western Sonoma County Internet Cooperative Corporation
1475 Western Telephone Company
1476 Western Wahkiakum County Telephone Company
1477 Westside-Tex Telephone Cooperative, Inc.
1478 Westside Independent Telephone Co.
1479 Whidbey Telephone Company
1480 Whip LLC
1481 WideOpenWest
1482 Wiggins Telephone Association
1483 Wikstrom Tel. Co. Inc.
1484 WildBlue Communications, Inc.
1485 Wilderness Valley Telephone Company, Inc.
1486 Wilkes Telephone & Electric Company
1487 Wilkes Telephone Membership Corporation
1488 Willard Telephone Company
1489 Willow Creek Computer Systems, LLC
1490 WilTel Communications Group, LLC
1491 Win Enterprises
1492 WinBeam, Inc.
1493 WindBreak Cable
1494 Winn Telephone Company
1495 Winnebago Cooperative Telephone Association
1496 Wire Free Nevada, Inc.
1497 Wire Tele-View Corporation
1498 Wired or Wireless, Inc.
1499 Wireless Broadband Access
1500 Wireless Technologies LLC
1501 Wisper Telecommunications, Inc.
1502 Wispertech, LLC
1503 WISP-Router, Inc.
1504 Wittenberg Telephone Company
1505 Wonderwave Internet
1506 Woodhull Communications, Inc.
1507 Woodstock Telephone Company
1508 Woodstock Mutual Telephone Assoc.
1509 WordNet Telecommunications, Inc.
1510 Wright-Hennepin Electric Cooperative

1511 Wyoming Mutual Telephone Company
1512 Xcel Energy
1513 XIT Rural Telephone Cooperative, Inc.
1514 XO Communications, Inc.
1515 Xpressweb Internet Services, Inc.
1516 Xspedius Communications, LLC
1517 Yadkin Valley Telephone Membership Corporation
1518 Yankee Telecom, Inc.
1519 Yelcot Telephone Company, Inc.
1520 Yellowstone Cellular of Wyoming LP
1521 Yeoman Telephone Company
1522 Ypos Holdings, Inc.
1523 Yorkville Telephone Cooperative
1524 YUCCA Communications
1525 Yukon Telephone Co., Inc.
1526 Yukon-Waltz Telephone Company
1527 Zing LLC
1528
1529
1530
1531
1532
1533
1534
1535
1536
1537
1538
1539
1540
1541
1542
1543
1544
1545
1546
1547
1548
1549
1550
1551
1552
1553
1554
1555
1556
1557
1558
1559
1560
1561
1562
1563
1564
1565
1566
1567
1568
1569
1570
1571
1572
1573
1574