UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CENTER FOR PUBLIC INTEGRITY,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1644 (RMC) |
| **FEDERAL COMMUNICATIONS COMMISSION,** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, any Opposition thereto, and having considered the entire record herein, and concluded that no agency records have been improperly withheld, it is, this _____ day of _____, 2007, hereby,

ORDERED, that Defendant's motion be, and hereby is GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the Defendant.

_____               _____
Date                                                        United States District Judge

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Attorney for Plaintiff
Peter Newbatt Smith
910 17th Street, NW
7th Floor
Washington, DC 20006-2606