**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1644 (RMC)** |
| ) | |
| **FEDERAL COMMUNICATIONS** ) | |
| **COMMISSION** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ERRATA

Defendant, Federal Communications Commission, filed its Motion for Summary Judgment with the Court on January 8, 2006. See Docket No. 9. Through an inadvertence, the Declaration of Alan I. Feldman, Acting Chief, Industry Analysis and Technology Division, Wireline Competition Bureau, Federal Communications Commission, was not filed with the Motion. The Exhibits to Mr. Feldman's Declaration were filed.

With this Errata, Defendant hereby files the Declaration of Alan I. Feldman. In addition, Defendant re-files the Exhibits attached to its Motion for Summary Judgment. See Docket No. 9. Defendant regrets any inconvenience to the Court and to the Plaintiff for this inadvertence.

Respectfully submitted,


  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney



OF COUNSEL:
Michael Krasnow
Attorney
Office of General Counsel
Federal Communications Commission

2