UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x
:
CENTER FOR PUBLIC INTEGRITY
910 17th Street N.W., 7th Floor
Washington, D.C. 20006-2606          :

                    Plaintiff,       :
                                     :    **Civil Action No. 06-1644 (RMC)**
          v.                         :
                                     :
FEDERAL COMMUNICATIONS
COMMISSION                           :
445 12th Street, S.W.
Washington, D.C. 20554-0005          :

                    Defendant.       :

-----------------------------------------------------------------x

**UNOPPOSED MOTION OF CTIA – THE WIRELESS ASSOCIATION®
FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE***

CTIA – The Wireless Association ("CTIA"), by its undersigned counsel, respectfully requests the entry of an order granting CTIA leave to file a brief *amicus curiae* in support of Defendant Federal Communications Commission's motion for summary judgment. Counsel for both parties have stated that they do not oppose this motion.

In support of this motion, CTIA respectfully submits the accompanying memorandum.

Respectfully submitted,

*/s/ Theodore Case Whitehouse*

Theodore Case Whitehouse (D.C. Bar. No. 298331)
Bernard A. Nigro Jr. (D.C. Bar No. 412347)
Daniel K. Alvarez (D.C. Bar No. 500173)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
202.303.1000 (telephone)
202.303.2000 (facsimile)
twhitehouse@willkie.com
bnigro@willkie.com
dalvarez@willkie.com

Michael F. Altschul (D.C. Bar No. 352666)
CTIA-The Wireless Association®
1400 16th Street, NW Suite 600
Washington, DC 20036
202.736.3248 (telephone)
202.785.8203 (facsimile)

Dated: January 8, 2007

Counsel for
CTIA – The Wireless Association®