UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------x
:
CENTER FOR PUBLIC INTEGRITY
910 17th Street N.W., 7th Floor
Washington, D.C. 20006-2606
:
Plaintiff,
:
**Civil Action No. 06-1644 (RMC)**
v.
:
FEDERAL COMMUNICATIONS
COMMISSION
:
445 12th Street, S.W.
Washington, D.C. 20554-0005
:
Defendant.   :

----------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF
CTIA – THE WIRELESS ASSOCIATION® ("CTIA")
FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE***

This matter is before the Court on the unopposed motion of CTIA – The Wireless Association® ("CTIA") for leave to file a brief *amicus curiae* in support of Defendant Federal Communications Commission's motion for summary judgment. Upon consideration of the motion and the record herein, it this ____ day of January, 2007,

ORDERED that the motion be granted and that the Clerk docket and file the proposed brief *amicus curiae* submitted by CTIA with its motion.

_____
Hon. Rosemary M. Collyer
United States District Judge