UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>    Defendant. | Civil Action No. 06-01644 (RMC) |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

ORDERED that the Motion for Summary Judgment filed by Intervenor-Defendants AT&T Inc., Verizon, and the United States Telecom Association is GRANTED.

IT IS FURTHER ORDERED that this case is dismissed from the docket of the Court.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


SIGNED this _____ day of _____, 2007.


_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE