UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>    Defendant. | Civil Action No. 06-01644 (RMC) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Local Rule 7.1, I, the undersigned, counsel of record for AT&T Inc., certify that to the best of my knowledge and belief AT&T Inc. has no parent corporation and no publicly held company owns 10% or more of AT&T Inc.'s stock.

    Respectfully submitted,

    /s/ Colin S. Stretch

    _____

| | |
|---|---|
| James P. Lamoureux (D.C. Bar No. 431631)<br>AT&T INC.<br>1120 20th Street, N.W.<br>Washington, D.C. 20036<br>*Counsel for AT&T Inc.* | Colin S. Stretch (D.C. Bar No. 470193)<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>*Counsel for AT&T Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2007, I served, via first-class mail, a true and correct copy of the foregoing document to:

Peter Newbatt Smith
CENTER FOR PUBLIC INTEGRITY
910 17th Street, N.W.
7th Floor
Washington, D.C. 20006-2606
Tel: (202) 481-1239
psmith@publicintegrity.org

*Counsel for Center for Public Integrity*


Wyneva Johnson
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7224
Fax: (202) 514-8780
wyneva.johnson@usdoj.gov

*Counsel for the Federal Communications Commission*


/s/  Emily S. Albertson