UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>  Defendant. | Civil Action No. 06-01644 (RMC) |

**PRAECIPE**

Please enter the appearance of Colin S. Stretch as counsel for proposed Intervenor-Defendants AT&T Inc., Verizon, and the United States Telecom Association in the above-captioned case.

Respectfully submitted,

/s/ Colin S. Stretch

_____

| | |
|---|---|
| James P. Lamoureux (D.C. Bar No. 431631)<br>AT&T INC.<br>1120 20th Street, N.W.<br>Washington, D.C. 20036<br>*Counsel for AT&T Inc.*<br><br>Michael E. Glover<br>Edward Shakin (D.C. Bar No. 450495)<br>William H. Johnson (D.C. Bar No. 481876)<br>VERIZON<br>1515 North Courthouse Road, Suite 500<br>Arlington, Virginia 22201<br>(703) 351-3099<br>*Counsel for Verizon* | Colin S. Stretch (D.C. Bar No. 470193)<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>*Counsel for AT&T Inc., Verizon, and the United States Telecom Association*<br><br>James W. Olson (D.C. Bar No. 923169)<br>UNITED STATES TELECOM ASSOCIATION<br>607 14th Street, N.W., Suite 400<br>Washington, D.C. 20005-2164<br>(202) 326-7300<br>*Counsel for United States Telecom Association* |

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of January 2007, I served, via first-class mail, a true and correct copy of the foregoing document to:

Peter Newbatt Smith
CENTER FOR PUBLIC INTEGRITY
910 17th Street, N.W.
7th Floor
Washington, D.C. 20006-2606
Tel: (202) 481-1239
psmith@publicintegrity.org

*Counsel for Center for Public Integrity*

Wyneva Johnson
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7224
Fax: (202) 514-8780
wyneva.johnson@usdoj.gov

*Counsel for the Federal Communications Commission*

/s/  Emily S. Albertson