**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>    Defendant. | Civil Action No. 06-01644 (RMC) |

**NOTICE OF ERRATA BY PROPOSED INTERVENOR-DEFENDANTS
AT&T INC., VERIZON, AND THE UNITED STATES TELECOM ASSOCIATION**

Proposed Intervenor-Defendants AT&T Inc., Verizon, and the United States Telecom Association (collectively, "Intervenors") submit this Errata to amend an error in the docketing of their Motion to Intervene submitted Monday, January 8 (Docket No. 12). Intervenors filed their motion by email pursuant to Part II.F.3 of the Clerk's Office Civil Filing Procedures. Although Intervenors' email submission included a proposed order granting the motion, the document that was docketed as Intervenors' proposed order (Attachment #1 to Docket No. 12) was in fact a duplicate copy of Intervenors' Motion to Intervene. Accordingly, Intervenors are re-submitting a proposed order granting their unopposed Motion to Intervene, which is attached hereto.

Dated: January 12, 2007

                                            Respectfully submitted,

                                            /s/ Colin S. Stretch

| | |
|---|---|
| James P. Lamoureux (D.C. Bar No. 431631)<br>AT&T INC.<br>1120 20th Street, N.W.<br>Washington, D.C. 20036<br>*Counsel for AT&T Inc.*<br><br>Michael E. Glover<br>Edward Shakin (D.C. Bar No. 450495)<br>William H. Johnson (D.C. Bar No. 481876)<br>VERIZON<br>1515 North Courthouse Road, Suite 500<br>Arlington, Virginia 22201<br>(703) 351-3099<br>*Counsel for Verizon* | Colin S. Stretch (D.C. Bar No. 470193)<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>*Counsel for AT&T Inc., Verizon, and the*<br>*United States Telecom Association*<br><br>James W. Olson (D.C. Bar No. 923169)<br>UNITED STATES TELECOM ASSOCIATION<br>607 14th Street, N.W., Suite 400<br>Washington, D.C. 20005-2164<br>(202) 326-7300<br>*Counsel for United States Telecom*<br>*Association* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>    Defendant. | Civil Action No. 06-01644 (RMC) |

**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE**

Upon consideration of AT&T Inc., Verizon, and the United States Telecom Association's Unopposed Motion To Intervene as Defendants, and the Court finding that this Motion should be granted, it is hereby

ORDERED that AT&T Inc., Verizon, and the United States Telecom Association's Motion To Intervene be, and the same hereby is, GRANTED.

The Clerk of the Court is directed to file the Answer and Motion for Summary Judgment lodged with the Motion to Intervene.

SO ORDERED.


SIGNED this _____ day of _____, 2007.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2007, I served, via ECF, a true and correct copy of the foregoing document to:

Peter Newbatt Smith
CENTER FOR PUBLIC INTEGRITY
910 17th Street, N.W.
7th Floor
Washington, D.C. 20006-2606
Tel: (202) 481-1239
psmith@publicintegrity.org

*Counsel for Center for Public Integrity*


Wyneva Johnson
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7224
Fax: (202) 514-8780
wyneva.johnson@usdoj.gov

*Counsel for the Federal Communications Commission*


/s/   Diane M. Cooke