## DECLARATION OF MARYBETH M. BANKS

1.  My name is Marybeth M. Banks. I am employed by Sprint Nextel Corporation ("Carrier") in the position of Director, Government Affairs. Carrier is a member of the Wireless Communications Association International ("WCA"). This declaration is being prepared in support of WCA's motion to intervene in *Center for Public Integrity v. Federal Communications Commission*, a lawsuit in Federal District Court seeking disclosure of Forms 477 (Local Telephone Competition and Broadband Reporting Form) filed with the FCC.

2.  Carrier is required by the FCC to file Form 477 and has filed Form 477 with the FCC in accordance with this requirement. Item 8 on the cover page of Form 477 enables the filing carrier to select from a drop box the following language: "Filer certifies that some data in this report is privileged and confidential." In each of Carrier's Form 477 submissions, Carrier has selected this language from the dropdown box, thereby informing the FCC that Carrier has requested non-disclosure of some or all of the information in the form.

3.  Carrier has supplied data in the following parts of Form 477 in some or all of its filings to date, in addition to the information on the Cover Page:

   Part I-A, Broadband

   Part II, Wireline and Fixed Wireless Telephone

   Part III, Mobile Local Telephone

   Part V, Zip Code Listings

4.  The Form 477 data concerning Carrier's deployment of broadband and wireless services is extremely detailed and highly proprietary and not publicly available. Such information would never be released to the public in the normal course of business and would jeopardize Carrier's competitive position in the market if released.

5.  I declare the foregoing to be true and correct, under penalty of perjury.

*Marybeth M Banks*

Executed: January 5, 2006