# PUBLIC NOTICE

**Federal Communications Commission**
**445 12th St., S.W.**
**Washington, D.C. 20554**

News Media Information 202 / 418-0500
Fax-On-Demand 202 / 418-2830
TTY 202 / 418-2555
Internet: http://www.fcc.gov
ftp.fcc.gov

DA 06-2534
December 15, 2006

**Public Notice To Service Providers Who Filed FCC Form 477s With The Commission And Sought Confidential Treatment Of The Information Submitted**

This Public Notice notifies all filers who sought confidential treatment of their Form 477 information that the public release of this information is being sought. The following litigation is pending in U.S. District Court for the District of Columbia: *Center for Public Integrity v. Federal Communications Commission*, Civil Action No. 06-1644 (RMC). Plaintiff initiated this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, *as amended*, seeking release of all FCC Form 477s filed with the Commission. The Wireline Competition Bureau previously denied plaintiff's FOIA request for these records, pursuant to FOIA exemption 4, because it found that the requested records contain commercially sensitive, competitive information and that release would cause harm to the entities that submitted the requested information. The plaintiff has filed for *de novo* review of its request by the U.S. District Court. The Commission's brief in this proceeding is due to be filed with the court on January 8, 2007.

For further information, contact Michael A. Krasnow, Office of General Counsel, (202) 418-7924.

- FCC -