**FCC Form 477** -- **Local Telephone Competition and Broadband Reporting**     **Cover Page:** Name & Contact Information     OMB NO: 3060-0816
EXPIRATION DATE: 05/31/2008

All filers must complete Items 1 through 8 of this Cover Page.    **Data as of**:    June 30, 2006

Review Instructions before completing this form.  Instructions are posted at:
http://www.fcc.gov/Forms/Form477/477instr.pdf

Reminders:

1. Company.

    1) Ensure files are virus free by using up-to-date virus detection software.  Filers are encouraged to submit files via email (address: FCC477@fcc.gov).

2. Filers must report data for ILEC and non-ILEC operations on separate forms. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   Click and select from drop-down list

    2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2006). See reminder 4.

3. Use the following drop-down box to select the name of your parent or controlling entity.  If you are not affiliated with any other filer, select your company name.  Select "not shown" if no appropriate name appears in the list.  See Instructions section IV.B.1 for information on preparing file names.
   Click and select from drop-down list

    3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries.  Filers will be required to correct and resubmit any files that cannot be opened in EXCEL2002, any files whose structure has been altered, and any files with improper names.

   If you selected "not shown" above, then provide the following:
   Parent or controlling entity name (if none, enter company name).

    4) If you have questions about the form, contact the Wireline Competition Bureau, Industry Analysis and Technology Division at (202) 418-0940; via email at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

4. Filers must report data for different states in separate forms.
   State.    Click and select from drop-down list

5. Contact person  (person who prepared the data contained below).

    5) You must submit a Certification Statement signed by an officer of your company.  A single statement may cover all files submitted.  See Instructions sections IV & V.

6. Contact person telephone number and email address.
   Phone.
   Email.

    6) Name your files as specified in Instructions section IV.B.1.  To assist you, complete this Cover Page to generate an "example" name, below.  Replace the character "#" in this example name with a sequence number as specified in Instructions.  This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

7. Indicate whether this is an original or revised filing.
   Click and select from drop-down list

   Example >>> SST#J06name.XLS

8. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
   Click and select from drop-down list

**FCC Form 477  --  Local Telephone Competition and Broadband Reporting    Part I:  Broadband**

OMB NO:  3060-0816
EXPIRATION DATE:  05/31/2008

Complete Part I.A if you provide one or more lines or wireless channels in the state that connect end users to the Internet at information transfer rates exceeding 200 kbps in at least one direction.  For this purpose, include connections provided over your own local loop facilities or over lines or wireless channels you provisioned to enable information transfer at the end user location at rates exceeding 200 kbps in at least one direction.  See Instructions for definitions of "broadband", "end user", "own local loop facilities", and "residential end user premises".

If you complete Part I.A, you must provide in Part V specified lists of 5-digit Zip Codes.  See Instructions.

Do not report anywhere in the form any high-capacity connections between two locations of the same end user customer, ISP or communications carrier.

Data as of June 30, 2006

I.A.   Lines and wireless channels connecting end users to the Internet that you provided over your own local loop facilities, or over UNE loops or other lines and wireless channels that you obtained from unaffiliated entities and equipped as broadband, categorized by technology at the end user location.

| | (a) Total connections to end users (information transfer rates exceeding 200 kbps in at least one direction) | Percentages of lines and wireless channels reported in (a), and | | | That have information transfer rates exceeding 200 kbps in both directions, and: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (b) Provided to residential end user premises | (c) Provided over your own local loop facilities or the wireless last-mile equivalent | (d) Billed (or incorporated in a service billed) to end users by you, or your affiliates or agents | (e) Provided to residential end user premises | (f) Have information transfer rates in the faster direction greater than 200 kbps and less than 2.5 mbps | (g) Have information transfer rates in the faster direction greater than or equal to 2.5 mbps and less than 10 mbps | (h) Have information transfer rates in the faster direction greater than or equal to 10 mbps and less than 25 mbps | (i) Have information transfer rates in the faster direction greater than or equal to 25 mbps and less than 100 mbps | (j) Have information transfer rates in the faster direction greater than or equal to 100 mbps |
| I - 1.   Asymmetric xDSL. | | | | | | | | | | |
| I - 2.   Symmetric xDSL. | | | | | | | | | | |
| I - 3.   Traditional wireline such as T-carrier. | | | | | | | | | | |
| I - 4.   Cable modem. | | | | | | | | | | |
| I - 5.   Optical carrier (fiber to the end user). | | | | | | | | | | |
| I - 6.   Satellite. | | | | | | | | | | |
| I - 7.   Terrestrial fixed wireless (licensed or unlicensed). | | | | | | | | | | |
| I - 8.   Terrestrial mobile wireless (licensed or unlicensed). | | | | | | | | | | |
| I - 9.   Electric power line. | | | | | | | | | | |
| I - 10.  All other technologies.  Report specific technology and the corresponding number of connections in the comment section of Part IV. | | | | | | | | | | |

Note:  In Part I.A, report actual counts of connections.  Do not report voice-grade equivalent measures.

**FCC Form 477 -- Local Telephone Competition and Broadband Reporting**    **Part I: Broadband (continued)**    OMB NO: 3060-0816
EXPIRATION DATE: 05/31/2008

Complete Part I.B **ONLY IF** you are an ILEC (or an affiliate of an ILEC) that is reporting asymmetric or symmetric xDSL connections in Part I.A **OR** you are a cable system (or an affiliate of a cable system) that is reporting cable modem connections in Part I.A.

For the purposes of completing Part I.B:

(1) "Residential end user premises" include residential living units, individual living units in such institutional settings as college dormitories and nursing homes, and other end user locations to which you (including affiliates and agents) market broadband services that are primarily designed for residential use.

(2) The "service area" of an ILEC consists of those residential end user premises to which the ILEC can deliver telephone service over local loop facilities (or the fixed-wireless last mile equivalent) that it owns.

(3) The "service area" of a cable system consists of those residential end user premises to which the system can deliver cable service over cable plant that it owns.

I.B. Report your best estimate of the percentage of residential end user premises in your service area, in this state, to which your broadband connections could be provided using installed distribution facilities.

(a) Estimated % of residential end user premises

I - 11. Providers of xDSL (asymmetric or symmetric) connections should base responses on the service area of the affiliated ILECs.

I - 12. Providers of cable modem connections should base responses on the service area of the affiliated cable systems.

| FCC Form 477 -- Local Telephone Competition and Broadband Reporting | Part II: Wireline and Fixed Wireless Local Telephone | OMB NO: 3060-0816 |
|---|---|---|
| | | EXPIRATION DATE: 05/31/2008 |

Complete Part II if you provided one or more voice-grade equivalent lines or wireless voice-grade equivalent channels used for local exchange or exchange access service in the state.  See Instructions about including lines provisioned over channelized high-capacity facilities, including PRI circuits used to provide local connectivity to dial-up ISPs.  Also see Instructions for definitions of "voice telephone service", "voice-grade equivalent", "end user", "residential lines", "presubscribed interstate long distance carrier", "own local loop facilities", and "UNE-Platform".

If in Part II you report voice-grade equivalent lines or voice-grade equivalent wireless channels for service provided to end users, you must provide in Part V a list containing the 5-digit Zip Codes of the locations to which you provide those lines or channels.  See Instructions.

Do not report anywhere in the form special access lines or any high-capacity connections between two locations of the same end user customer, ISP or communications carrier.  Note that competitive LECs (CLECs) typically do not provide either Total Service Resale or UNE arrangements.  Therefore, on Line II-3 of Part II, CLECs typically report any wholesale switched voice lines and channels sold to unaffiliated communications carriers.

Data as of June 30, 2006

| | (a) Total voice-grade equivalent lines and voice-grade equivalent wireless channels in service | Percentages of lines and wireless channels reported in (a) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (b) Residential lines | (c) For which you (including affiliates) are the presubscribed interstate long distance carrier | (d) Residential lines for which you (including affiliates) are the presubscribed interstate long distance carrier | (e) Provided over your own local loop facilities or the fixed wireless last-mile equivalent | (f) Provided over UNE loops obtained without UNE switching | (g) Provided over UNE-Platform | (h) Provided by reselling another carrier's service (including Centrex/Centron or channelized special access service) | (i) Provided over coaxial cable at the end user premises ("cable telephony") | (j) Provided over fixed wireless at the end user premises |

II.A. Voice telephone service provided to end users.

  II - 1.  Total lines and channels you provided to end users.

II.B. Voice telephone service that you provided to unaffiliated communications carriers, categorized by:

  II - 2.  Lines and channels you provided to unaffiliated communications carriers under Total Service Resale arrangements.

  II - 3.  Lines and channels you provided to unaffiliated communications carriers under other resale arrangements, such as resold Centrex or resold channelized special access service.

II.C. UNE loops that you provided to unaffiliated communications carriers, categorized by:

Total lines and wireless channels

  II - 4.  Lines and channels that you provided to unaffiliated communications carriers under a UNE loop arrangement, where you did not provide switching for the line.

  II - 5.  Lines and channels that you provided to unaffiliated communications carriers under a UNE loop arrangement, where you also provided switching for the line ("UNE-Platform").

| **FCC Form 477** -- Local Telephone Competition and Broadband Reporting | **Part III:** Mobile Local Telephone | OMB NO: 3060-0816 |
|---|---|---|
| | | EXPIRATION DATE: 05/31/2008 |

Complete Part III if you serve one or more mobile voice telephony subscribers in the state over your own facilities.  See Instructions for definitions of "mobile voice telephony subscribers" and "own facilities".

Data as of June 30, 2006

III.A.  Mobile voice telephony subscribers in service and served over your own facilities.  (Include directly billed subscribers, pre-paid subscribers, and subscribers served via resellers.)

| (a) Network telephone service subscribers | (b) Percentage of subscribers reported in (a) that are directly billed or pre-paid subscribers |
|---|---|
| | |

III - 1.  Cellular, PCS and other mobile telephony.

Note:  In Part III, count a subscriber as a mobile handset, car-phone or other revenue-generating active voice unit that has a unique phone number and that can place and receive calls from the public switched network.  Subscriber counts by state should be based on the area codes of the phone numbers provided to subscribers.

**FCC Form 477** -- Local Telephone Competition and Broadband Reporting    **Part IV:** Explanations and Comments    OMB NO: 3060-0816
EXPIRATION DATE: 05/31/2008

Space for comments or explanatory notes.

| Part | Line | Comment |
|------|------|---------|
|      |      |         |

**FCC Form 477 -- Local Telephone Competition and Broadband Reporting**   **Part V: Zip Code Listings**

OMB NO: 3060-0816
EXPIRATION DATE: 05/31/2008

Filers reporting broadband connections (Part I) must supply lists of the 5-digit Zip Codes in which the filer provided each type of broadband connection reported in Part I, **except that**: (1) filers reporting mobile wireless broadband connections must report in column (g) the Zip Codes that best represent the "coverage area" in which the filer's mobile wireless broadband service was deployed and offered for sale to end users; and (2) the traditional wireline and other categories are combined in column (i).

Filers reporting voice telephone service provided to end users (Line II-1 of Part II) must provide in column (j) a list of the Zip Codes in which the filer provided such service.

V - 1. 5-digit Zip Codes, in the state, that are associated with the information reported in Part I and Part II, as specified herein. (Do not provide customer counts by Zip Code.)

Data as of June 30, 2006

| | Broadband connections reported in Part I | | | | | | | | | Telephone service reported in Part II |
|---|---|---|---|---|---|---|---|---|---|---|
| | (a) Asymmetric xDSL | (b) Symmetric xDSL | (c) Cable modem | (d) Optical carrier (fiber to the end user) | (e) Satellite | (f) Terrestrial fixed wireless | (g) Terrestrial mobile wireless | (h) Electric power line | (i) Other including traditional wireline | (j) Wireline and fixed wireless exchange telephone |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |