UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| *v.* ) | Civil Action No. 06-1644 (RMC) |
| ) | |
| **FEDERAL COMMUNICATIONS** ) | |
| **COMMISSION,** ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

The Motion of the Wireless Communications Association International for Intervention as a Defendant, filed January 8, 2007, is hereby GRANTED and its proposed Answer is DEEMED FILED as of this date.

_____
United States District Judge

Dated: _____