# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
CENTER FOR PUBLIC INTEGRITY )
910 17th Street, N.W., 7th Floor )
Washington, D.C. 20006-2606 )
     *Plaintiff,* )
) Civil Action No. 06-1644 (ESH)
    v. )
)
FEDERAL COMMUNICATIONS )
COMMISSION )
445 12th Street, S.W. )
Washington, D.C. 20554-0005 )
     *Defendant.* )
_____)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, the undersigned counsel of record for the National Cable & Telecommunications Association (NCTA), certify to the best of my knowledge and belief, as follows: NCTA is the principal trade association of the cable television industry in the United States, representing the interests of owners and operators of cable television systems serving over 90 percent of the nation's cable households. Its members also include cable programmers, cable equipment manufacturers and others interested in or affiliated with the cable television industry. NCTA has no parent companies, subsidiaries or affiliates for which disclosure is required.

                                 Respectfully submitted,

                                 **/s/ Neal M. Goldberg**

                                 Neal M. Goldberg (D.C. Bar #188847)
                                 Counsel for the National Cable &
                                    Telecommunications Association
                                 25 Massachusetts Avenue, NW – Suite 100
                                 Washington, D.C. 20001-1431
                                 (202) 222-2445 – Phone
January 26, 2007                      (202) 222-2446 – Facsimile