UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CENTER FOR THE PUBLIC INTEGRITY             )
910 17TH Street N.W., 7th Floor             )
Washington, D.C.  20006-2606                )
            *Plaintiff,*                    )
                                            )   Civil Action No. 06-1644 (ESH)
        v.                                  )
                                            )
FEDERAL COMMUNICATIONS                      )
COMMISSION                                  )
445 12th Street, S.W.                       )
Washington, D.C.  20554-0005                )
            *Defendant.*                    )
_____)

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF
THE NATIONAL CABLE & TELECOMMUNICATIONS ASSOCIATION
FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE***

This matter is before the Court on the unopposed motion of the National Cable & Telecommunications Association ("NCTA") for leave to file a brief *amicus curiae* in support of Defendant Federal Communications Commission's motion for summary judgment.  Upon consideration of the motion and the record herein, it is, this 26th day of January, 2007,

ORDERED that the motion be granted and that the Clerk docket and file the proposed brief *amicus curiae* submitted by NCTA with its motion.

                                            _____
                                            Hon. Ellen S. Huvelle
                                            United States District Judge