UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action No. 06-1644 (ESH) |
| | \| ECF |
| Federal Communications Commission, *et al.*, | \| |
| Defendants. | \| |

## CONSENT MOTION FOR SCHEDULING ORDER

Pursuant to the Court's Order dated January 25, 2007, counsel for Plaintiff has conferred with counsel for all other parties and amici and proposes the following briefing schedule:

By February 20, 2007, Defendant-Intervenor Wireless Communications Association International will file a Motion for Summary Judgment.

By March 27, 2007, Plaintiff Center for Public Integrity will file an Opposition to Defendant Federal Communications Commission's Motion for Summary Judgment (previously filed January 8, 2007), an Opposition to Defendant-Intervenors' Motions for Summary Judgment, and a Cross-Motion for Summary Judgment.

By April 17, 2007, Defendant Federal Communications Commission will file its Reply and Opposition.

By April 24, 2007, each Defendant-Intervenor and *Amicus Curiae* may file a Reply and/or Opposition with respect to the Cross-Motions for Summary Judgment.

By May 15, 2007, Plaintiff will file its Reply.

Counsel for Defendant Federal Communications Commission, for Defendant-Intervenors AT&T Inc., Verizon, the United States Telecom Association, and the Wireless Communications

Association International, and for Amici CTIA and the National Cable & Telecommunications Association have consented to this motion.

                                              Respectfully submitted,

                                              /s/
                                              Peter Newbatt Smith
                                              D.C. Bar #458244
                                              Center for Public Integrity
                                              910 17th Street, N.W., 7th Floor
                                              Washington, DC 20006-2606
                                              202-481-1239
                                              e-mail: psmith@publicintegrity.org

                                              Attorney for Plaintiff

February 5, 2007