## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity,<br>    Plaintiff, | \|<br>\|<br>\| |
| v. | \|  Civil Action No. 06-1644 (ESH)<br>\|  ECF |
| Federal Communications Commission, *et al.*,<br>    Defendants. | \|<br>\| |

## **[PROPOSED] ORDER**

UPON CONSIDERATION OF plaintiff's Consent Motion for Scheduling Order, it is this

____ day of February, 2007, hereby

ORDERED that the Consent Motion is granted and that the following schedule is adopted for the filing and briefing of dispositive motions:

By February 20, 2007, Defendant-Intervenor Wireless Communications Association International shall file a Motion for Summary Judgment.

By March 27, 2007, Plaintiff Center for Public Integrity shall file an Opposition to Defendant Federal Communications Commission's Motion for Summary Judgment (previously filed January 8, 2007), an Opposition to Defendant-Intervenors' Motions for Summary Judgment, and a Cross-Motion for Summary Judgment.

By April 17, 2007, Defendant Federal Communications Commission shall file its Reply and Opposition.

By April 24, 2007, each Defendant-Intervenor and *Amicus Curiae* may file a Reply and/or Opposition with respect to the Cross-Motions for Summary Judgment.

By May 15, 2007, Plaintiff shall file its Replies.

_____
Hon. Ellen Segal Huvelle
United States District Judge