UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR PUBLIC INTEGRITY,

   Plaintiff,

   v.

FEDERAL COMMUNICATIONS
COMMISSION,

   Defendant.

Civil Action No. 06-01644 (RMC)

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

     For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

     ORDERED that the Motion for Summary Judgment filed by Intervenor-Defendants AT&T Inc., Verizon, and the United States Telecom Association is GRANTED.

     IT IS FURTHER ORDERED that this case is dismissed from the docket of the Court.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

     SO ORDERED.


SIGNED this _____ day of _____, 2007.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE