## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR PUBLIC INTEGRITY,

      Plaintiff,

      v.

FEDERAL COMMUNICATIONS
COMMISSION,

      Defendant.

Civil Action No. 06-01644 (RMC)

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to Local Rule 7.1, I, the undersigned, counsel of record for the United States Telecom Association ("USTelecom"), certify to the best of my knowledge and belief, as follows: USTelecom is the premier trade association representing service providers and suppliers for the telecommunications industry.  USTelecom members provide a full array of services, including broadband, voice, data, and video over wireline and wireless networks.  USTelecom also has international and associate members that include consultants, communications equipment providers, banks and investors, and other parties with interests in the telecommunications industry.  USTelecom has no parent companies, subsidiaries, or affiliates for which disclosure is required.

Respectfully submitted,

/s/ Colin S. Stretch

_____

James W. Olson (D.C. Bar No. 923169)
UNITED STATES TELECOM ASSOCIATION
607 14th Street, N.W., Suite 400
Washington, D.C. 20005-2164
(202) 326-7300
*Counsel for United States Telecom Association*

Colin S. Stretch (D.C. Bar No. 470193)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
*Counsel for United States Telecom Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2007, I served, via first-class mail, a true and correct copy of the foregoing document to:

Peter Newbatt Smith
CENTER FOR PUBLIC INTEGRITY
910 17th Street, N.W.
7th Floor
Washington, D.C. 20006-2606
Tel: (202) 481-1239
psmith@publicintegrity.org

*Counsel for Center for Public Integrity*


Wyneva Johnson
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7224
Fax: (202) 514-8780
wyneva.johnson@usdoj.gov

*Counsel for the Federal Communications Commission*


                                    /s/  Emily S. Albertson