**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR PUBLIC INTEGRITY,

    Plaintiff,

    v.

FEDERAL COMMUNICATIONS
COMMISSION,

    Defendant.

Civil Action No. 06-01644 (RMC)

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Verizon includes (i) the regulated, wholly owned subsidiaries of Verizon Communications Inc. and (ii) Cellco Partnership d/b/a Verizon Wireless, which is a general partnership that is ultimately owned by Verizon Communications Inc. and Vodafone Group PLC ("Vodafone"), both publicly held companies. Pursuant to Local Rule 7.1, I, the undersigned, counsel of record for Verizon, certify that to the best of my knowledge and belief neither Verizon Communications Inc. nor Vodafone has a parent company, and no publicly held company has a 10% or greater ownership in either.

                                                          Respectfully submitted,

                                                          /s/ Colin S. Stretch
                                                          _____

| | |
|---|---|
| Michael E. Glover | Colin S. Stretch (D.C. Bar No. 470193) |
| Edward Shakin (D.C. Bar No. 450495) | KELLOGG, HUBER, HANSEN, TODD, |
| William H. Johnson (D.C. Bar No. 481876) |   EVANS & FIGEL, P.L.L.C. |
| VERIZON | 1615 M Street, N.W., Suite 400 |
| 1515 North Courthouse Road, Suite 500 | Washington, D.C. 20036 |
| Arlington, Virginia 22201 | Telephone: (202) 326-7900 |
| (703) 351-3099 | Facsimile: (202) 326-7999 |
| *Counsel for Verizon* | *Counsel for Verizon* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2007, I served, via first-class mail, a true and correct copy of the foregoing document to:

Peter Newbatt Smith
CENTER FOR PUBLIC INTEGRITY
910 17th Street, N.W.
7th Floor
Washington, D.C. 20006-2606
Tel: (202) 481-1239
psmith@publicintegrity.org

*Counsel for Center for Public Integrity*


Wyneva Johnson
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7224
Fax: (202) 514-8780
wyneva.johnson@usdoj.gov

*Counsel for the Federal Communications Commission*


　　　　　　　　　　　　　　　　　　　　　　　/s/  Emily S. Albertson