UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY,**<br><br>*Plaintiff,*<br>v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,**<br><br>*Defendant,*<br><br>**AT&T INC., VERIZON, UNITED STATES TELECOMMUNICATIONS ASSOCIATION, and WIRELESS COMMUNICATIONS ASSOCIATION INTERNATIONAL,**<br><br>*Defendant-Intervenors.* | Civil Action No. 06-1644 (ESH) |

**MOTION FOR SUMMARY JUDGMENT OF
DEFENDANT-INTERVENOR WIRELESS
COMMUNICATIONS ASSOCIATION INTERNATIONAL**

Defendant-Intervenor Wireless Communications Association International ("WCA"), by its undersigned counsel, pursuant to FRCP 56 and LCvR 7(h) and 56.1, hereby moves for summary judgment denying the complaint. For the reasons stated in the supporting brief filed herewith, the materials the Plaintiff seeks to obtain pursuant to the Freedom of Information Act are protected from disclosure by FOIA Exemption 4 and the Trade Secrets Act.

Pursuant to LCvR 7(a), (c), a memorandum of points and authorities in support of this motion and a proposed order are being filed herewith. WCA adopts the statement of undisputed facts submitted by the Defendant Federal Communications Commission.

                    Respectfully submitted,

                    /s/ *Michael Deuel Sullivan*
                    Michael Deuel Sullivan
                    Wilkinson Barker Knauer, LLP
                    2300 N Street, N.W., Suite 700
                    Washington, D.C.   20037
                    (202) 783-4141, 383-3332 (direct)
                          *msullivan@wbklaw.com*
                          DC Bar #256842

                    *Counsel for Wireless Communications Association International.*

February 20, 2007.