UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, )<br>)<br>*Plaintiff,* )<br>*v.* )<br>)<br>FEDERAL COMMUNICATIONS )<br>COMMISSION, )<br>)<br>*Defendant,* )<br>)<br>AT&T INC., VERIZON, UNITED STATES )<br>TELECOMMUNICATIONS )<br>ASSOCIATION, and WIRELESS )<br>COMMUNICATIONS ASSOCIATION )<br>INTERNATIONAL, )<br>)<br>*Defendant-Intervenors.* )<br>) | Civil Action No. 06-1644 (ESH) |

**ORDER GRANTING WCA MOTION FOR SUMMARY JUDGMENT**

IT IS ORDERED THAT the Motion for Summary Judgment filed by Defendant-Intervenor Wireless Communications Association International is GRANTED.

IT IS FURTHER ORDERED THAT the Complaint is Denied.

_____
United States District Judge

Date: _____