**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Center for Public Integrity, | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| v. | \| Civil Action No. 06-1644 (ESH) |
| | \| ECF |
| Federal Communications Commission, *et al.*, | \| |
| | \| |
| Defendants. | \| |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff moves the Court for a one-week extension of time within which to file its opposition to Defendants' motions for summary judgment and its cross-motion for summary judgment. In addition, Plaintiff, in consultation with the other parties, requests that the remainder of the briefing schedule be delayed one week as well.

Under the Scheduling Order in this case, Plaintiff's filings are due today, March 27. Undersigned counsel is the only attorney on Plaintiff's staff and performs editorial as well as law-related duties. The demands of a large investigative project to be released in mid-April have taken time away from counsel's preparation of these filings.

On March 26, 2007, counsel for each defendant or amicus was contacted by telephone or e-mail, and each either consented or indicated no objection to this motion.

A proposed Order accompanies this motion.

Respectfully submitted,

_____/s/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
e-mail: psmith@publicintegrity.org

Attorney for Plaintiff

March 27, 2007

2