## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity,<br>    Plaintiff, | \|<br>\|<br>\| |
| v. | \|    Civil Action No. 06-1644 (ESH)<br>\|    ECF |
| Federal Communications Commission, *et al.*,<br>    Defendants. | \|<br>\| |

## [PROPOSED] ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time, it is this ____ day of March, 2007, hereby

ORDERED that the Consent Motion is granted and that the schedule for the filing and briefing of dispositive motions is modified as follows:

Plaintiff shall file an opposition to the motions for summary jugment and a cross-motion for summary judgment on or before April 3, 2007.

Defendant shall file a reply and opposition to cross-motion on or before April 24, 2007.

Defendant-intervenors and amici may file a reply and/or opposition to cross-motion on or before May 1, 2007.

Plaintiff shall file a reply on or before May 22, 2007.

 

_____
Hon. Ellen Segal Huvelle
United States District Judge