UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center for Public Integrity, |
    Plaintiff, |
 |
v. | Civil Action No. 06-1644 (ESH)
 | ECF
Federal Communications Commission, *et al.*, |
    Defendants. |

## DECLARATION OF BRENDAN McGARRY

I, Brendan McGarry, hereby declare as follows:

1. Since August 2006, I have been employed by the Center for Public Integrity as a writer and researcher.

2. On August 24, 2006, I delivered a written request under the Freedom of Information Act (submitted by Defendant FCC as Attachment A to the Declaration of Alan I. Feldman, the "FOIA Request") to the offices of the Federal Communications Commission at 445 12th Street, S.W., Washington, D.C. There I asked to see Benish Shah, because the FCC had indicated in a telephone call from the Center earlier that day that she was the appropriate person who would accept delivery of a FOIA request.

3. Ms. Shah met me, identified herself to me, and accepted the FOIA Request from me. She was aware that the letter was a request under the Freedom of Information Act, and she remarked that the person or persons who usually receive such requests were not available that day. I requested that she sign and date a receipt copy of the FOIA Request, and she did so.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this _[2]_ day of April, 2007.

                                                /S/
                                         Brendan McGarry