# EXHIBIT 2



Comcast.

Learn | Shop | Programming | Customers | About

# Hello

So we can provide you with the most accurate product availability and pricing info possible, please enter your street address and ZIP code in the fields below.

Please enter: Street Address

910 17th Street    Apt #    20006

☐ Remember My Information!

## Thanks! On you go ›

### Already have a Comcast.com account?
Sign in to access your account information and view special offers.

Enter User Name:
Your User Name is your email address.

Enter Password:
This field is case sensitive.
Forgot your password?

Sign In ›

### First-time user?
Turn up the throttle on your Comcast experience when you sign up for an account. You will be able to view, manage, and pay your bill online. Plus, you'll get inside scoop on special offers, and enjoy simplified checkout when purchasing online.

Go ›

©2007 Comcast | Investor Relations | Press Room | Privacy Statement | Visitor Agreement | Site Map



**Comcast.**

Learn | Shop | Programming | Customers | About

English ▼ | Your location: 20006 | Reset

Search [        ] Go ›

# See Prices & Choose Packages

Comcast Bundles | Cable | High-Speed Internet | Comcast Digital Voice®

The Comcast Triple Play is not available because Comcast Digital Voice is not yet available in your area. If you would like to find out if Comcast Digital Phone is available in your area, please call 1-800-COMCAST.

**Proceed ➤➤**

To order by phone, call 1-800-COMCAST

**1. See Prices & Choose Packages**
2. Customize
3. Install…
4. Checkout

**Shopping Cart** 🛒

Monthly Fees

| Monthly Fees Total | $0.00 |
|---|---|

One-time Fees

| One-time Fees Total | $0.00 |
|---|---|

●● ● ● ● Indicates promotional pricing. Certain restrictions apply. After promotional period, regular monthly rate for ordered service applies. Not all offers and services are available in all areas.

* Pricing and service offerings displayed on this site are for residential Comcast customers of participating Comcast systems only. Commercial and business pricing and service offerings differ. Prices do not include taxes and franchise fees. Services and pricing are subject to change. Services are subject to terms and conditions of Comcast's subscriber agreements and other applicable terms and conditions.

Comcast Cable: Prices do not include local tax, franchise or installation fees. Prices are subject to change. Not all products available in all areas. Certain services are available separately or as part of other levels of service. You must subscribe to Basic Service to receive other services or levels of service of video programming. Equipment required.

Comcast High-Speed Internet: Equipment fees not included in monthly service charge. Prices do not include applicable taxes, installation or franchise fees. Pricing, content, and availability may change and may vary by area. Call your local Comcast office for restrictions and complete details about service, prices, and equipment in your area. Pricing and service offerings displayed on this site are for residential Comcast customers only. Commercial and business pricing and service offerings differ. Prices are subject to change. Speed comparisons are for downloads only and are compared to 768Kbps DSL and 56Kbps dial-up. Maximum download speed of 4Mbps (or 6 Mbps) and upload speeds of 384Kbps (or 768Kbps) depending on the product that is selected. Increased speeds not yet available in all areas. Actual speeds may vary and are not guaranteed. Many factors affect download speed.

Comcast Digital Voice: Offer available to new residential customers that select Comcast for all their home calling needs. Monthly pricing does not include our Regulatory Recovery Fee, which is not a tax or government-required, federal, state, or local taxes and other fees, or other applicable charges (e.g., per-call charges or international calling). Equipment charges may apply. Unlimited Package pricing applies to direct-dialed domestic calls from home only. Other restrictions apply.

● Internet    🔍 100%



Please enter your Zip code  06478  go!

Adelphia Investor Relations and Press  |  © Copyright 2006
Time Warner Cable.



http://www.comcast.com/welcome/adelphia/

Select a Pa... | Its Co... | AT&T DSl... | Verizon B... | Its Co... | Cox Comm... | Charter C... | Cablevision | Residential... | Internet Security | About Help?

Google

Internet

# Comcast.

## Browse
Experience everything that is Comcast High-Speed Internet. Including demos, The Fan™, PhotoShow Deluxe™ and more. Plus, you can transfer your Adelphia email account to Comcast in just a few clicks.

## Discover
Comcast Digital Cable brings you the best in movies, sports, kids' shows, crystal-clear HDTV, DVR, and ON-DEMAND. Coming soon to your area.

## FAQs
Find out why your Adelphia service is now Comcast. Get answers to other questions about your new service, including how to contact us, billing help, security and more. For answers to more specific questions, connect with a rep now.

Sample Bill    Internet Security    Need Help?

# Welcome to a world that's going Comcast.

## Your Adelphia service is now Comcast.

Over the next few months, you'll gain more control of your TV, and experience a faster, easier Internet. This site is designed to help you get to know Comcast a little better. Welcome to Comcast.

Learn more about your new Comcast High-Speed Internet service
The Fan™  Rhapsody™ Radio Plus  PhotoShow Deluxe™
It's Comcastic
Meet the Slovskys



**at&t**
Your world. Delivered.

# Residential Offerings in Your Area

To see products and services available in your residential area, please provide us with the following information

**Existing Customers**

Enter the area code and first 3 digits of your home phone number.

**Phone Number**

[    ] - [    ] - xxxx

EX: 512  555

or

**New Customers**

If you don't have a home phone number, enter the zip code where you'd like new service.

**Zip Code**

[        ]

EX: 78734

Corporate Information | Customer Support | Contact Us

© 2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy





http://www22.verizon.com/

Verizon

Español
Sign in ►

About Us    Search

Ignite your passions.
Succeed on your own terms.
Connect to the things that matter most.

**Richer. Deeper. Broader.**
Go there with Verizon.

**Residential**

High Speed Internet,
TV and Entertainment
and Phone for your
home
› My Account
› Products & Services
› Support

Large Business

Global networking,
security, mobility,
hosting and IT
solutions for large
enterprises and
government agencies

Wireless

Phones, calling plans,
V CAST, Ringtones,
TXT Messaging
and more

**Let us know your location**

To see plans, products and services in your area,
enter your ZIP code.

ZIP  [20000]    GO    › Don't know your ZIP?

☐ Take me directly to Residential on future
visits to Verizon.com.

Contact Us  |  Careers  |  Site Map  |  Privacy Policy  |  Other Business Options

Terms and Conditions  |  © 2007 Verizon

Internet    100%

Done



Verizon High Speed Internet

http://www22.verizon.com/ForHomeDSL/channels/dsl/drvloop/dl_addressling.asp?fqflg=M

verizon

| Broadband | Entertainment | Phone | Bundles | Wireless | Support |

Search

Home > Residential >

# Verizon High Speed Internet
The best value in broadband.

Overview | Plans | Explore | System Requirements | FAQs

## Addresses Found

We found the following addresses that match with the information you entered.
Please verify your exact address by selecting it below. If your address is not
shown, you can choose the last option and try again.

**Please select your address**

○ 910 17TH NW ST WASHINGTON DC 20006
○ 910 17TH NW ST RM 104 WASHINGTON DC 20006
○ 910 17TH NW ST RM 107 WASHINGTON DC 20006
○ 910 17TH NW ST RM 1015 WASHINGTON DC 20006
○ 910 17TH NW ST SUIT 10 WASHINGTON DC 20006
○ 910 17TH NW ST SUIT 11 WASHINGTON DC 20006
○ 910 17TH NW ST SUIT 12 WASHINGTON DC 20006
○ 910 17TH NW ST SUIT 13 WASHINGTON DC 20006
○ 910 17TH NW ST SUIT 14 WASHINGTON DC 20006
○ 910 17TH NW ST SUIT 21 WASHINGTON DC 20006
○ None of the above, I'll try again.

1 2 3 4 5

Continue

Or you can call your local Verizon business office. Representatives are
available Monday through Friday from 8 a.m. to 6 p.m. local time.

About Us    Contact Us    Careers    Our Stores    Site Map    Privacy Policy    Español

Terms and Conditions    © 2007 Verizon



© 2007 Time Warner Cable Inc. All rights reserved.



TIME WARNER CABLE
THE POWER OF YOU™

About Us | Products | Customer Service | Business Customers | En Español | Investor Relations | Careers

## Customer Service

We're sorry, but we could not locate the ZIP Code you entered in our database.
Please either:
- Make sure you entered your ZIP Code correctly, or
- Select your state and region in the lower area.

**By ZIP Code**
Please either enter your ZIP Code here, or select your state and region below.

20006 | GO

**By Region**
Please select your state, then select your region. (Or enter your ZIP Code above.)

Select your state... ▼ | Select your region... ▼ | GO

If your ZIP Code was entered correctly, please follow this link to Find Your Cable Service Provider, or call 1-866-49Cable to reach the cable company serving your area.

CABLE ✚ HIGH SPEED ONLINE A A ✚ DIGITAL PHONE

SEARCH | GO

Site | Privacy | Your California | Custom Concerning Parental
Map | Terms | Privacy Rights | Locking Statements

© 2007 Time Warner Cable Inc. All rights reserved.

https://secure.cox.com/service/offers/offers/availableservices.aspx

For Home | For Business | Order Services | View / Pay Bill | Customer Support | About Cox

**COX**
COMMUNICATIONS

*Your Friend in the Digital Age*

# Order Online

1 AVAILABLE SERVICES › 2 GETTING STARTED › 3 FEATURED OFFERS › 4 ADDITIONAL OFFERS › 5 SET UP › 6 ACCEPT OFFER › 7 REVIEW/PLACE ORDER

## ① Step One: Check Available Services

Please enter your address to find out which Cox services are available to you.

* Business customers, please contact Cox Business Services for ordering information. Service availability and pricing reflect residential services only.

* Required items

* Street number    123
                   910

* Street name      *Street*
                   17th

Street type        Street ▼
                   SC

Apartment number

* ZIP code          20879
                   20008

CONTINUE ›

**Special Instructions:**
* Do not include directional prefixes or suffixes (i.e. SW, east, North, etc.) in the street name.

**Disclaimer:**
* The availability of services, offers, and pricing in this order process reflect residential services only. Business customers should visit Cox Business Services

© 1998-2001 Cox Communications, Inc.  Policies
Visitor Agreement  Privacy Policy  Parental Control

## Why Order Online?

* It's quick and convenient
* It's 100% secure
* Build the package you want
* See all of your options
* Get web-only special offers

VeriSign Secured
VERIFY ›

Cox.net  |  Careers  |  Diversity  |  Newsroom  |  Search cox.com  |  Contact us

http://www.charter.com/Visitors/Home.aspx

Cable TV | High-Speed Internet | Telephone | Business Services | Support

About Charter | Careers | Contact Us | Charter.net | Cablevision | Residential... | Corporate...

Search this site

Have a Question?
1-888-GET CHARTER

Login to My Account

**Helpful Links:**
- Check Your E-Mail
- Pay Your Bill
- Add/Upgrade Service
- Enter Promotion Code
- Charter Connect Newsletter
- Billing Help
- Cable Help
- E-Mail Help
- Internet Help
- Online Security Help
- Telephone Help

Looking for Service?
US Map

Copyright 2007 Charter Communications. All rights reserved.

# Sign Up & Save with The Charter Bundle!

Charter Telephone™    Learn More

## Cable TV
- Digital Cable TV
- High-Definition TV (HDTV)
- Digital Video Recorder (DVR)
- Basic Cable TV

Order

## High-Speed Internet
Discover how fast the Internet can be. Download files in a flash, surf, shop, play online games, pay bills, and more. Learn More

Order

Win an iPod® Shuffle & $25 iTunes® Gift Card! When you activate new Charter High-Speed™ Service, you will be entered for a chance to win! Learn More

## Telephone
Call anytime and talk as long as you want. Get unlimited nationwide calling in the U.S., plus Canada and Puerto Rico, along with features like call waiting and caller ID, as well as voicemail, for one low price. Learn More

Order



**FREE Showtime Preview**
See King Henry 8 as you've never seen him before in the explosive new Showtime series, The Tudors. Watch the first 2 episodes FREE on charter.net.

Investor & News Center | Charter Media | Charter Español | Site Map | Your Privacy Rights | Policies

http://www.charter.com/Visitors/Localareas.aspx?zipcode=20006



Charter
COMMUNICATIONS

Cable TV | High-Speed Internet | Telephone | Business Services | Support

About Charter | Careers | Charter.net | Contact Us | My Account

Search this site [_____] Search

Login to My Account

**Charter in Your Area - Zip Code Entry**

Change the zip code to find service in another area: [_____] Change Zip Code

We're sorry, but we were unable to find the zip code you entered. Please enter your zip code again in the box above.

**Helpful Links:**
- Check Your E-Mail
- Pay Your Bill
- Add/Upgrade Service
- Enter Promotion Code
- Charter Connect Newsletter
- Billing Help
- Cable Help
- E-Mail Help
- Internet Help
- Online Security Help
- Telephone Help

**Contact Us:**
Have a question? Get an answer:
- Chat with us
  Chat Live Now!
- E-mail us
  E-mail Charter
- Call us:
  1-888-GET CHARTER

Investor & News Center | Charter Media | Charter Español | Site Map | Your Privacy Rights | Policies

Copyright 2007 Charter Communications
All rights reserved





http://www.optimum.com/order/select_offer.jsp?_requestid=57639

Select a Pa... | ATBT: DSL... | Verizon | B... | Adelphia | Cox Comm... | Charter C... | Optimum | Residential... | Corporate...

It's Optimum, or it's not.

**Need Help?**
Type a question or keyword: [Go]

Go to OptOnline.net ▶

**Welcome**

**Optimum**
Products & Services

Products & Services
Business Services
Customer Support
My Account

**Need Help?**
Click here to chat with an Optimum representative.
CHAT NOW ▶

**We're Sorry**

Thank you for your interest in our Optimum products. A Cablevision system was not located in your ZIP code. Our services are available only in areas where Cablevision Systems Corp. is your cable provider.

Please contact your local cable operator. Call 1-866-492-2253 or go to go2broadband.com.

© Copyright CSC Holdings Inc.

About Cablevision        Terms of Use        Other Optimum Sites        Terms of Service
Contact Us               Your Privacy        Site Index              Careers

[1 item remaining] Downloading picture http://cableoptimum.com.112.2o7.net/b/ss/cableoptimum.com/1/G.6-Pd-5/s=632985399585=PjAQ

Internet        100%











bright house
NETWORKS

**We're sorry, but we could not locate the ZIP Code you entered in our database.**

Please be sure you entered your ZIP code correctly and try again. Or: click here for a list of areas we serve.

If your ZIP Code was entered correctly, please follow this link to Find Your Cable Service Provider, or call 1-866-49Cable to reach the cable company serving your area.