UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Public Integrity,<br>    Plaintiff, | \|<br>\|<br>\| |
| v. | \|   Civil Action No. 06-1644 (ESH)<br>\|   ECF |
| Federal Communications Commission, *et al.*,<br>    Defendants. | \|<br>\| |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motions for summary judgment, Plaintiff's cross-motion for summary judgment, the oppositions and replies thereto, and the record in this case, it is this _____ day of _____, 2007

ORDERED that Defendants' motions are hereby DENIED;

ORDERED that Plaintiff's motion is hereby GRANTED; and

FURTHER ORDERED, that, Defendant Federal Communications Commission shall forthwith produce to Plaintiff all requested records responsive to Plaintiff's FOIA request, with the exception of the numbers submitted in Parts I through III of FCC Forms 477, which shall be replaced by ranges as narrow as possible without causing likely substantial competitive harm to the submitters, and the text of comments or explanations submitted in Part IV of FCC Forms 477, which shall be redacted.

 

_____
Hon. Ellen Segal Huvelle
United States District Judge