IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY | ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 06-1644 (ESH) <br> ) <br> ) |
| FEDERAL COMMUNICATIONS COMMISSION | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### DEFENDANT FEDERAL COMMUNICATIONS COMMISSION'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant Federal Communications Commission (FCC), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an enlargement of time up to and including May 15, 2007 to file a Reply to Plaintiff's Opposition to Defendant FCC's Motion for Summary Judgment and an Opposition to Plaintiff's Cross-Motion for Summary Judgment.

The additional time is requested because the FCC has been unable to complete the coordination with agency employees responsible for the maintenance of records sought by the Plaintiff. The agency is preparing a Supplemental Declaration which will address, inter alia, the issue of segregability of records raised in the Plaintiff's Cross-Motion for Summary Judgment. The additional time will allow the agency an opportunity to complete the Supplemental Declaration and fully respond to all of the issues in the

Plaintiff's Cross-Motion for Summary Judgment.

Plaintiff, Defendant Intervenors and Amici do not object to this motion. The parties now request the following changes to the briefing schedule.

1. Defendant Intervenors and Amici shall file an Opposition to Plaintiff's Cross-Motion for Summary Judgment by May 22, 2007.

2. Plaintiff shall file a Reply by June 12, 2007.

Accordingly, Defendant FCC requests the extension of time to file a Reply and Opposition and requests the changes in the briefing schedule be granted.

                                             Respectfully submitted,

                                             /s/
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney

                                             /s/
                                             RUDOLPH CONTRERAS, D.C. Bar # 434122
                                             Assistant United States Attorney

                                             /s/
                                             WYNEVA JOHNSON, DC Bar # 278515
                                             Assistant United States Attorney