IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY** )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**FEDERAL COMMUNICATIONS** )<br>**COMMISSION** )<br>)<br>)<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06-1644 (ESH) |

## ORDER

UPON CONSIDERATION OF Defendant Federal Communications Commission's (FCC) Unopposed Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant FCC's Motion is GRANTED and that Defendant FCC shall have up to and including May 15, 2007 to file a Reply to Plaintiff's Opposition to Defendant FCC's Motion for Summary Judgment and an Opposition to Plaintiff's Cross-Motion for Summary Judgment. Defendant Intervenors and Amici shall file an Opposition to Plaintiff's Cross-Motion by May 22, 2007. Plaintiff shall file a Reply by June 12, 2007.

```
                                        _____
                                        UNITED STATES DISTRICT JUDGE
```

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Peter Newbatt Smith
Center for Public Integrity
910 17th Street, NW
7th Floor
Washington, DC 20006-2606

Bernard A. Nigro, Jr.
WILLKIE FARR & GALLAGHER
1875 K Street, NW
Room 1132
Washington, DC 20006

Theodore C. Whitehouse
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1238

Neal Morse Goldberg
NATIONAL CABLE TELEVISION ASSOCIATION, INC.
25 Massachusetts Avenue N.W.
Suite 100
Washington, DC 20001

Colin Sullivan Stretch
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036

Michael Deuel Sullivan
WILKINSON BARKER KNAUER, LLP
2300 N Street, NW
Suite 700
Washington, DC 20037