UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL COMMUNICATIONS )<br>COMMISSION *ET AL.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-1644 (ESH) |

### ORDER

UPON CONSIDERATION OF Plaintiff's Cross-Motion for Summary Judgment, Defendant Federal Communications Commissions's (FCC) Opposition thereto and the entire record herein, it is this _____ day of _____, 2007

ORDERED that Plaintiff's Cross-Motion for Summary Judgment be denied and Defendant FCC's Motion for Summary Judgment be granted.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Peter Newbatt Smith Center for Public Integrity 910 17th Street, NW 7th Floor
Washington, DC 20006-2606

Bernard A. Nigro, Jr.
WILLKIE FARR & GALLAGHER
1875 K Street, NW
Room 1132
Washington, DC 20006

Theodore C. Whitehouse
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1238

Neal Morse Goldberg
NATIONAL CABLE TELEVISION ASSOCIATION, INC.
25 Massachusetts Avenue N.W.
Suite 100
Washington, DC 20001

Colin Sullivan Stretch
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036

Michael Deuel Sullivan
WILKINSON BARKER KNAUER, LLP
2300 N Street, NW
Suite 700
Washington, DC 20037