# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>    Defendant. | Civil Action No. 06-01644 (ESH) |

### RESPONSE OF INTERVENOR-DEFENDANTS AT&T INC., VERIZON, AND THE UNITED STATES TELECOM ASSOCIATION TO PLAINTIFF'S PROPOSED STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Civil Rules 7.1(h) and 56.1, Intervenor-Defendants AT&T Inc., Verizon, and the United States Telecom Association ("US Telecom") (collectively, "Intervenors") respond as follows to "Plaintiff's Supplemental Facts" filed April 3, 2007:

1.    Intervenor-Defendants have no basis with which to admit or deny this statement.

2.    Intervenor-Defendants deny this statement. The name and contact information of the employee completing the Form 477 is properly withheld under FOIA Exemption 6.

3.    Intervenor-Defendants admit this statement. However, Form 477 requires service providers to disclose the precise technologies used to provide service in a given zip code, which broadband providers do not typically make available on their web sites.

4.    Intervenor-Defendants admit this statement.

                                        Respectfully submitted,

                                        /s/ Colin S. Stretch

| | |
|---|---|
| Gary L. Phillips (D.C. Bar No. 334037) | Colin S. Stretch (D.C. Bar No. 470193) |
| AT&T INC. | KELLOGG, HUBER, HANSEN, TODD, |
| 1120 20th Street, N.W. |   EVANS & FIGEL, P.L.L.C. |
| Washington, D.C. 20036 | 1615 M Street, N.W., Suite 400 |
| *Counsel for AT&T Inc.* | Washington, D.C. 20036 |
| | Telephone: (202) 326-7900 |
| Michael E. Glover | Facsimile: (202) 326-7999 |
| Edward Shakin (D.C. Bar No. 450495) | *Counsel for AT&T Inc., Verizon, and the* |
| William H. Johnson (D.C. Bar No. 481876) |   *United States Telecom Association* |
| VERIZON | |
| 1515 North Courthouse Road, Suite 500 | Jonathan Banks |
| Arlington, Virginia 22201 | UNITED STATES TELECOM ASSOCIATION |
| (703) 351-3099 | 607 14th Street, N.W., Suite 400 |
| *Counsel for Verizon* | Washington, D.C. 20005-2164 |
| | (202) 326-7300 |
| | *Counsel for United States Telecom* |
| |   *Association* |

May 22, 2007