## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>     Plaintiff,<br><br>     v.<br><br>FEDERAL COMMUNICATIONS<br>COMMISSION,<br><br>     Defendant. | Civil Action No. 06-01644 (ESH) |

### ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
### AND DENYING CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

ORDERED that the Motions for Summary Judgment filed by Defendant FCC and Intervenor-Defendants AT&T Inc., Verizon, and the United States Telecom Association are GRANTED;

IT IS FURTHER ORDERED that the Cross-Motion for Summary Judgment filed by Plaintiff Center for Public Integrity is DENIED;

IT IS FURTHER ORDERED that this case is dismissed from the docket of the Court. This is a final appealable order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

SIGNED this _____ day of _____, 2007.

_____
HON. ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE