UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR PUBLIC INTEGRITY,

   Plaintiff,

   v.

FEDERAL COMMUNICATIONS
COMMISSION,

   Defendant.

Civil Action No. 06-01644 (ESH)

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
AND DENYING CROSS-MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

ORDERED that the Motions for Summary Judgment filed by Defendant FCC and Intervenor-Defendants AT&T Inc., Verizon, and the United States Telecom Association are GRANTED;

IT IS FURTHER ORDERED that the Cross-Motion for Summary Judgment filed by Plaintiff Center for Public Integrity is DENIED;

IT IS FURTHER ORDERED that this case is dismissed from the docket of the Court. This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

SIGNED this _____ day of _____, 2007.

 

_____
HON. ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE