# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY,** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**FEDERAL COMMUNICATIONS** )<br>**COMMISSION,** )<br>)<br>*Defendant,* )<br>)<br>**AT&T INC., VERIZON, UNITED STATES** )<br>**TELECOMMUNICATIONS** )<br>**ASSOCIATION, and WIRELESS** )<br>**COMMUNICATIONS ASSOCIATION** )<br>**INTERNATIONAL,** )<br>)<br>*Defendant-Intervenors.* )<br>) | Civil Action No. 06-1644 (ESH) |

**ORDER GRANTING WCA MOTION FOR SUMMARY JUDGMENT**

IT IS ORDERED THAT the Motion for Summary Judgment filed by Defendant-Intervenor Wireless Communications Association International is GRANTED and the Plaintiff's Cross-Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED THAT the Complaint is Denied.

_____
United States District Judge

Date: _____