UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>*Plaintiff,*<br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>*Defendant,*<br><br>AT&T INC., VERIZON, UNITED STATES TELECOMMUNICATIONS ASSOCIATION, and WIRELESS COMMUNICATIONS ASSOCIATION INTERNATIONAL,<br><br>*Defendant-Intervenors.* | Civil Action No. 06-1644 (ESH) |

**ORDER GRANTING WCA MOTION FOR SUMMARY JUDGMENT**

IT IS ORDERED THAT the Motion for Summary Judgment filed by Defendant-Intervenor Wireless Communications Association International is GRANTED and the Plaintiff's Cross-Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED THAT the Complaint is Denied.

_____
United States District Judge

Date: _____