UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center for Public Integrity,
    Plaintiff,

v.                                 Civil Action No. 06-1644 (ESH)
                                   ECF

Federal Communications Commission, *et al.*,
    Defendants.

### DECLARATION OF CLAIR KAYE

I, Clair Kaye, hereby declare as follows:

1.     I am Clair Kaye, Treasurer of Cumberland Internet Inc., a wireless Internet service provider ("ISP") in Cumberland County, Illinois.

2.     Cumberland Internet began in 1996 as a dial-up ISP and in 1999 added wireless Internet service. The company uses the 802.11 IEEE Wireless Fidelity, or WiFi, protocol for broadband delivery.

3.     I have an MBA from Auburn University in Alabama, and a BS in Civil Engineering from the University of Illinois. I have also worked in the oil and highway construction industries.

4.     Wireless Internet service providers offer opportunities for education and advancement for the people who live in rural areas.

5.     Cumberland Internet offers Internet service in seven (7) ZIP code areas: 62468, 62428, 62462, 62420, 62401, 62447 and 62467.

6.     Cumberland Internet would not object to the public identification of the ZIP codes in which we offer service. This information is already available to our competitors through routine market research efforts. Likewise, Cumberland Internet and I are aware with a high level of precision which other companies provide broadband service in our geographic market and

where they do so. On the other hand, making this information about all service providers more easily available to consumers would promote healthy competition. Having a publicly accessible database of the ZIP codes in which broadband companies offer service would aid in our ability to attract customers.

7. Based on my knowledge of the telecommunications industry in the United States, I consider it unlikely that disclosure of the ZIP codes served by each broadband provider would cause competitive harm to those companies because it is the equivalent of a consumer looking in the yellow pages of a phone book. Broadband providers of all sizes advertise and are listed in the phone book. Such advertisements and listings take place in the areas in which broadband providers offer service. Such advertisements and listings are not commercially sensitive information.

8. Cumberland Internet would object to a release of the number of our subscribers within each ZIP code in which we offer service. This information is not now available to our competitors, and its release could cause competitive harm to Cumberland Internet.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this 12th day of June, 2007.

_Clair Kaye_
Clair Kaye

2