UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-01644 (ESH) |
| | ) |
| FEDERAL COMMUNICATIONS | ) |
| COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered plaintiff's reply [Dkt. 41] and reviewed the supplemental declaration of Alan I. Feldman [Dkt. 35-2] filed by the FCC, the Court finds that the FCC's description of its search for "technical information about the structure of the . . . Form 477 database" is insufficiently detailed. *See, e.g.*, *Weisberg v. U.S. Dep't of Justice*, 627 F.2d 365, 371 (D.C. Cir. 1980) ("[T]he agency affidavits now before us do not denote which files were searched or by whom, do not reflect any systematic approach to document location, and do not provide information specific enough to enable Weisberg to challenge the procedures utilized. Under these circumstances, . . . summary judgment was improper."). Therefore, it is hereby

**ORDERED** that, on or before August 14, 2007, the FCC shall file a supplemental affidavit to respond to the argument presented at page ten of plaintiff's reply.

In addition, in view of Feldman's statement that Form 477 data are "maintained electronically in either a Microsoft Access database or in a[n] SAS dataset" (Feldman Decl. ¶ 35), it is

1

**FURTHER ORDERED** that, on or before August 14, 2007, the FCC shall respond to plaintiff's argument that the FCC should be required to provide "redacted" information from Part V of the Form 477. (*See* Reply at 3–9.) Any defendant-intervenors wishing to respond to plaintiff's argument regarding the disclosure of redacted information from Part V must do so by the same date. No continuances shall be granted, and any response shall be limited to no more than five (5) pages.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 6, 2007