UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL COMMUNICATIONS )<br>COMMISSION ET AL., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-1644 (ESH) |

## SECOND SUPPLEMENTAL DECLARATION OF ALAN I. FELDMAN

1.   I am presently employed as Acting Chief, Industry Analysis and Technology Division ("IATD"), Wireline Competition Bureau ("WCB"), Federal Communications Commission ("FCC" or "Commission"). I have served in that capacity and as a Deputy Division Chief in IATD since the FCC Form 477 was implemented in March 2000, and have been with WCB and its predecessor, the Common Carrier Bureau, since May 1971.

2.   The information set forth in this Second Supplemental Declaration is based upon my official knowledge acquired in my management positions in IATD, WCB, FCC, and supplements the Declaration that I executed in this case on January 8, 2007, and the Supplemental Declaration that I executed on May 15, 2007.

3.   As stated in my Supplemental Declaration, the FCC possesses no records containing "technical information about the structure of the FCC's Form 477 database." Given the nature of the FCC's electronic Form 477 database, it was unnecessary to search any files or records to arrive at this conclusion. I instead met with all of the technical staff associated with the programming aspects of the FCC Form 477, e.g., the process of building the dataset, inputting the data, and using the database to generate FCC reports, and asked those individuals whether any documentation related to the structure, purpose, operation, maintenance, or data requirements for any computer program, operating system, or hardware device associated with the structure of the FCC Form 477 database had been created. The consensus was that no such documentation exists. Rather, the database was created using off-the-shelf Microsoft Access and Excel software, with no customized programming or software alterations. The Form 477 and its instructions, which are publicly available, along with the database itself, are the only items necessary to access and comprehend the database contents.

4.   I have reviewed and concur with the factual assertions set forth in the attached Defendant FCC's Response to the Court's August 6, 2007 Order.

2

5.  Pursuant to 28 U.S.C. § 1746, I, Alan I. Feldman, declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of August, 2007.

*Alan I. Feldman* (signature)

Alan I. Feldman