# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

CENTER FOR PUBLIC INTEGRITY,                )

     **Plaintiff,**                )

    **v.**                )  **Civil Action No.  06-01644 (ESH)**

FEDERAL COMMUNICATIONS                )
COMMISSION, *et al.*,                )

    **Defendants.**                )
_____

## ORDER

For the reasons stated in the accompanying opinion, it is hereby

**ORDERED** that the motions for summary judgment of the FCC [Dkt. 9], AT&T Inc., *et al.* [Dkt. 24], and the Wireless Communications Association International [Dkt. 30] are **GRANTED**, except that the FCC must produce the Form 477 cover page data (excluding the data contained in boxes five and six) and the part and line data in Part IV for June 2005 through June 2006; and it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt. 32] is **DENIED**, except that the FCC must produce the Form 477 cover page data (excluding the data contained in boxes five and six) and the part and line data in Part IV for June 2005 through June 2006 within sixty days of the date of this Order.


        /s/
      ELLEN SEGAL HUVELLE
      United States District Judge

Date: August 27, 2007