UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center for Public Integrity,    |
    Plaintiff,    |
        |
v.    |   Civil Action No. 06-1644 (ESH)
        |   ECF
Federal Communications Commission, *et al.*,    |
    Defendants.    |

## DECLARATION OF BEN WELSH

I, Benjamin ("Ben") Welsh, hereby declare as follows:

1. I am Ben Welsh, Editor of Interactive Technologies at the Center for Public Integrity ("Center") in Washington, D.C.

2. I am more than 18 years of age.

3. I have been employed by the Center since January 2006, serving as Assistant Database Editor from that time until August 27, 2007, when I assumed my current position.

4. I have extensive experience in database programming, having led or contributed to a half-dozen professional journalism projects that were centered on database development and analysis. I was trained in database administration and other computer programming tasks by the National Institute of Computer-Assisted Reporting at the Missouri School of Journalism.

5. My responsibilities at the Center for Public Integrity have included playing a major role in the revision, updating and overhaul of the Media Tracker database that is part of the telecommunications and media project. The Media Tracker is a free database of more than five million records that tells Internet users who owns the media and communications networks where they live. For example, by typing in ZIP code 60614 in Chicago, the user sees detailed information about the 20 television stations, the 56 radio stations, the four cable companies (with

14 franchises) that reach some part of that ZIP code, and the 35 newspapers published within 100 miles.

6.  For the ZIP code 60614, the Media Tracker reports that there are 17 broadband providers, citing data collected by the Wireline Competition Bureau ("WCB") as of December 31, 2005.

7.  The Media Tracker does not include the names of the companies providing broadband service as they are not made publicly available by the FCC.

8.  I am familiar with databases released by the Federal Communication Commission ("FCC"), including the Consolidated Database System ("CDBS"), the Cable Operations and Licensing System ("COALS"), the Electronic Comment Filing System ("ECFS") and the portions of its Form 477 database released via the WCB's semi-annual reports.

9.  I am familiar with ZIP code databases, including the standard sets provided by Environmental Systems Research Institute ("ESRI"), Dynamap and the United States Postal Service ("USPS").

10. The ZIP code 20554 is occupied by the headquarters of FCC, and the agency has on occasion referred to ZIP code 20554 as a "unique" ZIP code because it contains only one entity.

11. According to a disclosure made in the heading of the WCB's semi-annual broadband reports, "Zip Codes by Number of High-Speed Service Providers," the FCC relies upon the "Dynamap/ZIP Code Boundary and Inventory Files" to process Form 477 data.

12. I have access to similar version of the Dynamap file through a distribution made by the ESRI, a provider of geographic information system ("GIS") software.

13. An ESRI manual describing the contents of Dynamap's product is entitled "Product User Guide: Dynamap/2000" and can be accessed online at http://www.esri.com/library/usermanuals/gdtusstreets.pdf.

14. On page 87, the manual details that the dataset includes a "ZIP_TYPE" field, which, as defined on pages 65 and 66, allows for a database technician to identify and segregate those unique ZIP codes that contain only one entity.

15. On page 66 of the Dynamap manual, a unique ZIP code is defined as follows: "A unique ZIP Code is one that the USPS has assigned to a business, site, or other organization."

16. On a date after August 14, 2007, I downloaded the FCC's most recent "Zip Codes by Number of High-Speed Service Providers" report, which includes data current as of June 30, 2006.

17. I made an electronic cross-reference between the Dynamap ZIP code table and the WCB report on "Zip Codes by Number of High-Speed Service Provider," with data current as of June 30, 2006. The electronic cross-reference finds that only 201 ZIP codes designated as unique in the "ZIP_TYPE" field of the Dynamap table appear in the WCB report, out of a total 30,097 ZIP codes included in the WCB report.

18. The ZIP code 20554 is not among these 201 "unique" ZIP codes included in the WCB report. While the ZIP code 20554 is designated as a "unique" ZIP code in the Dynamap ZIP code table, it is not among those ZIP codes included in the WCB report.

19. Of the 201 ZIP codes designated as unique in the "ZIP_TYPE" field that appear in the WCB report, 115 are listed as having between 1-3 broadband providers.

20. Using a similar electronic cross-reference, redacting the records in the Form 477 database that qualify as pertaining to unique ZIP Codes should be a simple procedure.

21.     The Dynamap ZIP code table on page 87 of the manual also includes a field, named "ENC_ZIP," that reports whether a ZIP code is enclosed by a larger ZIP code.

22.     On page 63 of the Dynamap manual, an enclosing ZIP code is defined as follows: "For all point ZIPs, the Dynamap/ZIP Inventory file provides an enclosing ZIP to which data for that point ZIP can be mapped. The enclosing ZIP is identical for all entries that are located within the same ZIP."

23.     In the Dynamap ZIP code table, the ZIP code 20554 is reported as being enclosed by the parent ZIP code 20009.

24.     Because the enclosed ZIP codes commonly do not have a defined geographic area, the Media Tracker functions by reclassifying an enclosed ZIP code as its parent ZIP code. For example, if a user searches the ZIP code 20554 in the Media Tracker, the application redirects the user to the parent ZIP code 20009, and provides the user with information about the number of broadband providers available in the ZIP code 20009.

25.     It is unknown to the Center whether the FCC conducts a similar process when it creates the semi-annual "Zip Codes by Number of High-Speed Service Providers" report. In other words, it is unknown to the Center whether the FCC includes data about the number of broadband providers serving an enclosed ZIP code, if there be such providers, among the data for the number of broadband providers serving the parent ZIP code.

26.     Conventionally, information about whether such a process is practiced is something that would be included in standard database documentation.

27.     Until August 14, 2007, I was not aware that the FCC did not keep documentation for its Form 477 database.

28. On a date after August 14, 2007, the Center for Public Integrity downloaded each of the FCC's publicly available versions of the Form 477 data, the semi-annual report titled "Zip Codes by Number of High-Speed Service Providers," beginning on December 30, 1999, and found that none of the reports included a listing for the ZIP code 20554.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this _[11th]_ day of September, 2007.

/s/
Benjamin Welsh