**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Center for Public Integrity,<br>     Plaintiff, | \| |
| | \| |
| v. | \|  Civil Action No. 06-1644 (ESH) |
| | \|  ECF |
| Federal Communications Commission, *et al.*, | \| |
|      Defendants. | \| |

**[PROPOSED]
ORDER**

Upon consideration of Plaintiff's Motion to Alter or Amend the Judgment, it is this _____

day of September, 2007, hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that this Court's Order dated August 27, 2007 is hereby

AMENDED to provide that Defendant Federal Communications Commission shall produce to

Plaintiff Part V data from Forms 477, with technology type and unique ZIP codes redacted.


_____

Hon. Ellen Segal Huvelle
United States District Judge