UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,   )<br>  )<br>  Plaintiff,   )<br>  )<br>  v.   )<br>  )<br>FEDERAL COMMUNICATIONS   )<br>COMMISSION *ET AL.*,   )<br>  )<br>  Defendants.   )<br>_____)  | Civil Action No. 06-1644 (ESH) |

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion to Alter or Amend the Judgment, Defendant Federal Communications Commission's Opposition thereto and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
555 4 Street, N.W.
Room E4106
Washington, D.C. 20530


PETER NEWBATT SMITH
Center for Public Integrity
910 17th Street, NW
7th Floor
Washington, DC 20006-2606